**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Illinois__
(State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Illinois Valley Cellular RSA 2-I, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | Illinois Valley Cellular RSA 2-I Partnership |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 5 8 – 1 9 1 8 8 8 6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 200 Riverfront Drive | |
| Number   Street | Number   Street |
| | P.O. Box |
| Marseilles, IL   61341-1454 | |
| City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| La Salle | |
| County | Number   Street |
| | |
| | City   State   ZIP Code |

5. **Debtor's website** (URL) _____

| Debtor | Illinois Valley Cellular RSA 2-I, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    Illinois Valley Cellular RSA 2-I, LLC
Name

Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.    District _____    When _____    Case number _____
MM / DD / YYYY

District _____    When _____    Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.    Debtor    Illinois Valley Cellular RSA 2-II, LLC    Relationship    Affiliate

District    Northern District of Illinois    When    10/28/2022
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____                    _____
City                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

Debtor   __Illinois Valley Cellular RSA 2-I, LLC_____
    Name

Case number *(if known)*_____

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☐ 1-49<br>☒ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☒ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  __10/28/2022__<br>         MM / DD /YYYY<br><br>**✗** _____<br>Signature of authorized representative of debtor<br><br>Title  __President of IVC Acquisition, LLC__<br><br>        Jonathan D. Foxman _____<br>        Printed name |

| Debtor | Illinois Valley Cellular RSA 2-I, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✗  /s/ Shelly A. DeRousse

Signature of attorney for debtor

Date   10/28/2022

MM  / DD  / YYYY

Shelly A. DeRousse

Printed name

Freeborn & Peters LLP

Firm name

311 South Wacker Drive, Suite 3000

Number      Street

Chicago, IL 60606

City

State   ZIP Code

312-360-6000

Contact phone

sderousse@freeborn.com

Email address

6274798 IL

Bar number      State

## RESOLUTION AUTHORIZING FILING OF
## CHAPTER 11 BANKRUPTCY PETITION
## BY ILLINOIS VALLEY CELLULAR RSA 2-I, LLC.

The undersigned, Jonathan D. Foxman, President of IVC Acquisition, LLC, a Delaware limited liability company ("*IVC Acquisition*"), does hereby (i) certify that IVC Acquisition is the sole member of Illinois Valley Cellular RSA 2-I, LLC (the "*Company*"); (ii) consents to the adoption of; and (iii) hereby adopts as binding resolutions of the Company the following resolutions which, in the judgment of the undersigned, are desirable and in the best interests of the Company:

RESOLVED that it is appropriate for the Company to file for bankruptcy reorganization under chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*"), and it is in the best interests of the Company to file a petition under chapter 11 of the Bankruptcy Code; and

RESOLVED further that Jonathan D. Foxman and Daniel E. Hopkins ("*Authorized Agents*") are each independently authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court for the Northern District of Illinois and may effectuate the sale of the Company's assets; and

RESOLVED further that the Authorized Agents are authorized to engage and retain the law firm of Freeborn & Peters LLP ("*Freeborn*") on behalf of the Company on all matters related to its chapter 11 case, including the filing of all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which it deems necessary, proper, or desirable in connection with the chapter 11 case.

Effective, this 27th day of October, 2022.

Illinois Valley Cellular RSA 2-I, LLC

By:   Jonathan D. Foxman, President of IVC
      Acquisition, LLC, a Delaware limited
      liability company, the sole Member of
      Illinois Valley Cellular RSA 2-I, LLC

**Fill in this information to identify the case:**

Debtor name   **Illinois Valley Cellular RSA 2-I, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 28, 2022**          X _____
                                             Signature of individual signing on behalf of debtor

                                             **Jonathan D. Foxman**
                                             Printed name

                                             **President of IVC Acquisition, LLC**
                                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Illinois Valley Cellular RSA 2-I, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **VB S-1 Assets LLC (Vertical Bridge)** PO Box 743906 Atlanta, GA 30374 | **Isabel Rivera** IRivera@verticalbridge.com 561-406-4060 | **Cell site rent** | | | | $474,472.56 |
| **Intertop Technologies** 13500 Powers Court, Ste. 200 Fort Myers, FL 33912 | **Sean Stockinger** sean.stockinger@interoptechnologies.com 239-425-2599 | | | | | $394,922.36 |
| **Transaction Network Services (TNS)** One Dulles Corridor 10740 Parkridge Boulevard, Ste. 100 Reston, VA 20191 | **Jennifer Street** jstreet@tnsi.com 703-453-8538 | | | | | $370,113.60 |
| **Casa Systems** 100 Old River Road Andover, MA 01810 | **Arjen Peirce** arjen.peirce@casa-systems.com 952-457-4866 | | | | | $142,252.88 |
| **Commsoft** 96 Thompson Hil Road Rensselaer, NY 12144 | **Mike Donnelly** michael.donnelly@commsoft.net 518-720-3702 | | | | | $134,640.58 |
| **Ericsson Inc.** 6300 Legacy Drive Plano, TX 75024 | **Alan Genovise** alan.genovise@ericsson.com 847-420-1021 | | | | | $103,070.44 |
| **Metaswitch Networks** 11955 Freedom Drive Reston, VA 20190 | **Teresa Doran** teresadoran@microsoft.com 703-480-0514 | | | | | $79,518.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Illinois Valley Cellular RSA 2-I, LLC**                              Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Illinois State Police (E911) State 911 Bureau 801 South 7th Street Springfield, IL 62703** | **Jake Ward** **ISP.911Admin@illinois.gov 217-557-7766** | | | | | **$65,156.82** |
| **LikeWize Agency 1900 West Kirkwood Boulevard Suite 1600 C Southlake, TX 76092** | **Erick Alvarez** **Erick.Alvarez@likewize.com 678-993-9352** | **ACH-WPP wireless protection** | | | | **$22,647.13** |
| **Inteliquent Anpi LLC 9081 Paysphere Circle Chicago, IL 60674** | **Amy Perry** **amy.perry@inteliquent.com 217-862-1957** | **ACH-Long Distance** | | | | **$16,485.76** |
| **LikeWize Device 1900 West Kirkwood Boulevard Suite 1600 C Southlake, TX 76092** | **Linlin Liu** **Linlin.Liu@likewize.com** | **ACH-WPP wireless protection** | | | | **$13,243.27** |
| **19 Props, LLC Dept. 9515 PO Box 30516 Lansing, MI 48909** | **Abby Galicia** **agalicia@plazacorp.net** | **Pontiac Retail Rent** | | | | **$10,770.89** |
| **Clearsky Technologies, Inc. 2400 Lake Orange Drive Suite 105 Orlando, FL 32837** | **Ron Willett** **RWillett@csky.com 407-617-4970** | | | | | **$9,320.05** |
| **Intrado Life and Safety, Inc. 1601 Dry Creek Drive Longmont, CO 80503** | **Rick Winne** **rwinne@intrado.com 248-943-6372** | | | | | **$7,150.00** |
| **Peru (SRX LLC) Rivercrest Realty Assoc. LLC 8816 Six Forks Road, Ste. 201 Raleigh, NC 27615** | **Kaylee Look** **klook@certcon.com 817-349-2261** | **ACH-Peru Retail Rent** | | | | **$7,060.30** |
| **Mankato Networks LLC 124 N Broad Street Mankato, MN 56001** | **Dan Gieser** **dangieser@mankatonetworks.net 507-327-5341** | | | | | **$6,682.50** |
| **AT&T Cabs Department PO Box 5011 Carol Stream, IL 60197** | **Brent Taylor** **bt166x@att.com 309-863-8104** | | | | | **$6,514.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Illinois Valley Cellular RSA 2-I, LLC**
Name
                                                              Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Streator Semmes Dover LLC 10689 N. Pennsylvania Street Suite 100 Indianapolis, IN 46280** | **Lloyd Otani lotani@sandordev. com 480-385-1309** | **ACH-Streator Retail Rent** | | | | **$4,911.74** |
| **Columbus Development Company PO Box 9728 Peoria, IL 61612** | **Sean sean@ottawa-leasi ng.com 815-269-6605** | **Ottowa Retail Rent** | | | | **$3,577.50** |
| **OSG 775 Washington Avenue Carlstadt, NJ 07072** | **Lora Southard Lora.Southard@os gconnect.com 336-783-5944** | | | | | **$3,509.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Illinois Valley Cellular RSA 2-I, LLC**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

For legal services, I have agreed to accept                                              $ _____

Prior to the filing of this statement I have received                              $ _____

Balance Due                                                                                      $ _____

■  **RETAINER**

For legal services, I have agreed to accept and received a retainer of         $         **50,000.00**

The undersigned shall bill against the retainer at an hourly rate of            $            **635.00**
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.  The source of the compensation paid to me was:

☐ Debtor     ■ Other (specify):     **IVC Acquisition, LLC, Debtor's sole member provided a retainer as a loan to the Debtor and affiliated Debtor**

3.  The source of compensation to be paid to me is:

■ Debtor     ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
    **Such other legal services as may be required for the debtor in the chapter 11 case as set forth in any application to employ Freeborn & Peters LLP.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **Illinois Valley Cellular RSA 2-I, LLC**                     Case No. _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 28, 2022**                                    **/s/ Shelly A. DeRousse**
*Date*                                                  **Shelly A. DeRousse**
                                                        *Signature of Attorney*
                                                        **Freeborn & Peters LLP**
                                                        **311 South Wacker Drive**
                                                        **Suite 3000**
                                                        **Chicago, IL 60606**
                                                        **312-360-6315   Fax: (312) 360-6520**
                                                        **sderousse@freeborn.com**
                                                        *Name of law firm*


FREEBORN & PETERS LLP

SHELLY A. DEROUSSE
Partner

Freeborn & Peters LLP
*Attorneys at Law*
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

(312) 360-6315 direct
(312) 360-6520 fax

sderousse@freeborn.com

www.freeborn.com

October 27, 2022

**<u>Via E-Mail</u>**

Mr. Dan Hopkins
Illinois Valley Cellular RSA 2-I, LLC
Illinois Valley Cellular RSA 2-II, LLC
200 Riverfront Drive
Marseilles, IL 61341
dhopkins@cellonenation.com

Re:   Representation on Restructuring Matters

Dear Dan,

Thank you for selecting Freeborn & Peters LLP to represent Illinois Valley Cellular RSA 2-I, LLC ("IVC I") and Illinois Valley Cellular RSA 2-II, LLC ("IVC II" and together with IVC I, "IVC" or "you") in connection with restructuring issues, including but not limited to a bankruptcy filing of IVC and related matters. The terms of our representation are set forth in this letter.

I will be principally responsible for services provided to you, with the assistance of my partners Elizabeth Janczak and Jason Ben. As circumstances warrant, other attorneys or non-attorney professionals may also be assigned to work on this matter.

Our fees reflect the value of our services and are based on hourly billing rates that take into account the complexity of the matter, the skill and experience required to perform the services, the time constraints imposed by the circumstances and the size of the matter, among other factors. As a result, a professional's rate may vary from one assignment to another. My time for this matter will be billed at $635 per hour, Jason Ben will be billed at $600 per hour and Elizabeth Janczak will be billed at $500 per hour. The rates of others who may work on your matters range from $335 to $800 per hour. Our rates are reviewed at least annually and may be increased during the course of our representation of you.

An advance payment retainer in the amount of $50,000.00 is required as present payment for our commitment to provide you with future legal services as discussed in this letter. This retainer will become the property of Freeborn & Peters upon receipt and will be deposited in the firm's general account. This retainer will not be held in a client trust account. We will mail you monthly bills detailing the work that was performed on your matter(s). These monthly bills first will be applied against the advance payment retainer, provided that we will apply the retainer to any

Chicago, IL • New York, NY • Richmond, VA • Springfield, IL • Tampa, FL

October 27, 2022
Page 2

outstanding fees immediately before your bankruptcy filing and not apply the retainer against any fees for services performed after a bankruptcy filing unless any required approval has been granted by the court.   The unused balance of the retainer at the time of your bankruptcy filing will be allocated equally to IVC I and IVC II for the purposes of disclosures upon filing, but may be re-aggregated for the benefit of IVC as a whole if the court orders joint administration of the two cases. If, at the time your representation by Freeborn & Peters is terminated, any portion of the advanced payment retainer remains unearned, Freeborn & Peters will return the unearned portion of the retainer to you.

Please be advised that the choice of the type of retainer to be used is yours alone.  You may be able to obtain representation elsewhere by providing a security retainer, which is a retainer that remains your property and is held in a client trust account.  Freeborn & Peters is unwilling to represent you without receiving an advance payment retainer and we believe such a retainer is in your best interest because it protects the funds you provide Freeborn & Peters from potential creditors.

In order to avoid misunderstandings concerning potential conflicts of interest, it is our policy to clarify the identity of our clients and the circumstances under which we may represent other clients with interests which are or may be adverse to yours.  In that regard, it is our policy that our representation of IVC does not extend to its parents, subsidiaries, employees, officers, directors, shareholders, members, managers, partners or other affiliates.

In addition, we are accepting this engagement with your consent that we may accept any other engagement from an existing or new client, even if the matter requires that we take a position that is or might be directly adverse to you or one of your affiliates, provided that the engagement is not substantially related to the subject matter of any services we have provided to you and will not require disclosure of any of your confidential information.  This advance waiver of conflicts includes litigation matters in which we may represent a client who is adverse to you or another member of your corporate family.

Accompanying this letter is a memorandum that outlines Freeborn & Peters' other terms of engagement.  If you have questions concerning any of the information presented here, or should you have a concern or question at any time during our representation, please call me.  To confirm your assent with the terms of our representation, please sign the enclosed copy of this letter and return it to me.

Again, thank you for giving us the opportunity to serve you.  We look forward to a long and mutually rewarding relationship with you and others at IVC.

Very truly yours,

Shelly A. DeRousse

October 27, 2022
Page 3

SAD/saa

AGREED TO AND ACCEPTED:

Illinois Valley Cellular RSA 2-I, LLC

By: _____

Daniel E. Hopkins, on behalf of its Managing Member

Date: _____10 - 27 - 2022_____

Illinois Valley Cellular RSA 2-II, LLC

By: _____

Daniel E. Hopkins, on behalf of its Managing Member

Date: _____10 - 27 - 2022_____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Illinois Valley Cellular RSA 2-I, LLC, | ) | Case No. Case No. _____ |
| | ) | |
| Debtor. | ) | Hon. _____ |
| | ) | |

## **CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Illinois Valley Cellular RSA 2-I, LLC in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

> IVC Acquisition, LLC owns 100% interest in the debtor.

Dated:  October 28, 2022

**ILLINOIS  VALLEY  CELLULAR  RSA,  2-I,
LLC.**

By:   /s/ Shelly A. DeRousse _____
One of Its Attorneys

Shelly A. DeRousse
Elizabeth L. Janczak
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606-6677
Telephone:  312.360.6000
Facsimile:  312.360.6520
sderousse@freeborn.com
ejanczak@freeborn.com

**United States Bankruptcy Court**
**Northern District of Illinois**

In re   **Illinois Valley Cellular RSA 2-I, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **53**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **October 28, 2022**

Jonathan D. Foxman/President of IVC Acquisition, LLC
Signer/Title

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

19 Props, LLC
Dept. 9515
PO Box 30516
Lansing, MI 48909


Ameren Illinois
300 Liberty
Peoria, IL 61602


American Tower LLC
Rent Peru Site
10 Presidential Way
Woburn, MA 01801


AT&T Cabs Department
PO Box 5011
Carol Stream, IL 60197


Atis
1200 G Street NW
Suite 500
Washington, DC 20005


Casa Systems
100 Old River Road
Andover, MA 01810


Central Louisiana Cellular, LLC
295 E. Swedesford Road, Suite 356
Wayne, PA 19087


City of Gibson City - Rent
101 E. 8th Street
Gibson City, IL 60936


City of Peru
4005 Plank Road
Peru, IL 61354


City of Peru - Tower Rent
PO Box 299
Peru, IL 61354

City of Princeton - Rent
2 South Main Street
Princeton, IL 61356


Clearsky Technologies, Inc.
2400 Lake Orange Drive
Suite 105
Orlando, FL 32837


Columbus Development Company
PO Box 9728
Peoria, IL 61612


Comcast
PO Box 70219
Philadelphia, PA 19176


ComEd Customer Care
PO Box 805379
Chicago, IL 60680-5379


Commscope Technologies, LLC
1100 Commscope Place SE
PO Box 1729
Hickory, NC 28602


Commsoft
96 Thompson Hil Road
Rensselaer, NY 12144


Corn Belt Energy Corp.
1 Energy Way
Bloomington, IL 61705


Digital Matrix Systems
4975 Preston Park Blvd.
Suite 700
Plano, TX 75093


Eastern Illinois Electric
330 W. Ottawa
PO Box 96
Paxton, IL 60957

Ericsson Inc.
6300 Legacy Drive
Plano, TX 75024


Fairbury Radio Shack
210 West Locust
Fairbury, IL 61739


Frontier
PO Box 740407
Cincinnati, OH 45274


GTP Acquisition Partners
American Tower Corp.
10 Presidential Way
Woburn, MA 01801


Hoods Ace Hardware
119 N. Sangamon
Gibson City, IL 60936


Illiana Realty
PO Box 158
Watseka, IL 60970


Illinois State Police (E911)
State 911 Bureau
801 South 7th Street
Springfield, IL 62703


Inteliquent
Anpi LLC
9081 Paysphere Circle
Chicago, IL 60674


Intertop Technologies
13500 Powers Court, Ste. 200
Fort Myers, FL 33912


Intrado Life and Safety, Inc.
1601 Dry Creek Drive
Longmont, CO 80503

Leonore Mutual Telephone Inc.
PO Box 228
Leonore, IL 61332


LikeWize Agency
1900 West Kirkwood Boulevard
Suite 1600 C
Southlake, TX 76092


LikeWize Device
1900 West Kirkwood Boulevard
Suite 1600 C
Southlake, TX 76092


Lukas, LaFuria, Lantor & Sachs
8350 Broad Street, Ste 1450
Tysons, VA 22102


Mankato Networks LLC
124 N Broad Street
Mankato, MN 56001


Marshall-Putnam Fair Assoc.
PO Box 114
Henry, IL 61537


Mediacom
PO Box 5744
Carol Stream, IL 60197


Metaswitch Networks
11955 Freedom Drive
Reston, VA 20190


Miller's Hardware
107 N. Main
Toluca, IL 61369


Missouri Network Alliance
4215 Phlips Farm Road
Suite 103
Columbia, MO 65201

OSG
775 Washington Avenue
Carlstadt, NJ 07072


Peru (SRX LLC)
Rivercrest Realty Assoc. LLC
8816 Six Forks Road, Ste. 201
Raleigh, NC 27615


Princeton Municipal Utilities
2 Main Street S.
Princeton, IL 61356


Rina, LLC
PO Box 157
Roosevelt, UT 84066


Solusur LLC
6303 Blue Lagoon Drive
Suite 320
Miami, FL 33126


Streator Semmes Dover LLC
10689 N. Pennsylvania Street
Suite 100
Indianapolis, IN 46280


The Reserves Network
PO Box 373415
Cleveland, OH 44193


Transaction Network Services (TNS)
One Dulles Corridor
10740 Parkridge Boulevard, Ste. 100
Reston, VA 20191


Tripwireless
4941 Allison Street
Suite 7 & 8
Arvada, CO 80002


VB S-1 Assets LLC (Vertical Bridge)
PO Box 743906
Atlanta, GA 30374

```
VIIZ Communications, Inc.
200 A 6420 6A Street SE
Calgary, AB T2H2B7
CANADA


Windstream
4001 Rodney Parham Road
Little Rock, AR 72212


Womble Bond Dickinson
One West Fourth Street
Winston Salem, NC 27101
```

**Illinois Valley Cellular**
**Consolidating Balance Sheet**
**December 31, 2021**

| | Illinois Valley Cellular RSA 2-I | Illinois Valley Cellular RSA 2-I | Eliminations | Consolidated |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash and cash equivalents | $ 209,406 | $ 59,452 | | $ 268,858 |
| Accounts receivable | | | | - |
| Due from customers | 498,422 | 112,848 | | 611,270 |
| Affiliated companies | 1,036,992 | - | (1,036,992) | - |
| Other | 27,103 | 969 | | 28,072 |
| Contract assets | 1,057,097 | 462,059 | | 1,519,156 |
| Inventory | - | 275,264 | | 275,264 |
| Prepayments | | - | | - |
| | 2,829,020 | 910,592 | (1,036,992) | 2,702,620 |
| **Other Noncurrent Assets** | | | | |
| Contract assets | 545,175 | 227,214 | | 772,389 |
| Other investments | 166,429 | 18,252 | | 184,681 |
| Goodwill, net | 355,500 | 168,000 | | 523,500 |
| Intangibles, net | 1,745,000 | 410,000 | | 2,155,000 |
| | 2,812,104 | 823,466 | - | 3,635,570 |
| **Property, Plant and Equipment** | | | | |
| Wireless plant in service | 16,691,782 | 4,708,548 | | 21,400,330 |
| Less accumulated depreciation | 5,955,619 | 1,279,246 | - | 7,234,865 |
| | 10,736,163 | 3,429,302 | | 14,165,465 |
| Plant under construction | 2,029,941 | 78,906 | | 2,108,847 |
| | 12,766,104 | 3,508,208 | - | 16,274,312 |
| **Total assets** | $ 18,407,228 | $ 5,242,266 | $ (1,036,992) | $ 22,612,502 |

**Illinois Valley Cellular**
**Consolidating Balance Sheet**
**December 31, 2021**

| | Illinois Valley Cellular RSA 2-I | Illinois Valley Cellular RSA 2-I | Eliminations | Consolidated |
|---|---|---|---|---|
| **Current Liabilities** | | | | |
| Current portion of long-term debt | $ 927,085 | $ - | | $ 927,085 |
| Accounts payable | | | | - |
| Affiliates | 253,773 | 1,729,185 | (1,036,992) | 945,966 |
| Trade | 543,008 | 110,408 | | 653,416 |
| Other | 335,479 | 226,277 | | 561,756 |
| Customer deposits | 982 | 211 | | 1,193 |
| Advanced billings | 367,213 | 54,352 | | 421,565 |
| Deferred gain - current portion | 217,981 | 60,941 | | 278,922 |
| Other | 115,410 | 45,039 | | 160,449 |
| | 2,760,931 | 2,226,413 | (1,036,992) | 3,950,352 |
| **Noncurrent Liabilities and Deferred Credits** | | | | |
| Lease liability | 7,426,178 | 2,603,947 | | 10,030,125 |
| Deferred gain | 5,649,286 | 1,640,338 | | 7,289,624 |
| | 13,075,464 | 4,244,285 | - | 17,319,749 |
| **Stockholder's Equity** | | | | |
| Contributed capital | 10,357,566 | 2,562,070 | | 12,919,636 |
| Retained deficit | (7,786,733) | (3,790,502) | - | (11,577,235) |
| | 2,570,833 | (1,228,432) | - | 1,342,401 |
| **Total assets** | $ 18,407,228 | $ 5,242,266 | $ (1,036,992) | $ 22,612,502 |

**Illinois Valley Cellular**
**Consolidating Statement of Income and Retained Earnings**
**December 31, 2021**

| | Illinois Valley Cellular RSA 2-I | Illinois Valley Cellular RSA 2-II | Intercompany Eliminations | Consolidated |
|---|---|---|---|---|
| **Operating Revenues** | | | | |
| Wireless services | $ 6,452,851 | $ 2,626,875 | | $ 9,079,726 |
| Equipment sales | 1,441,717 | 648,113 | | 2,089,830 |
| Switching services | 732,306 | - | (732,306) | - |
| Gain on tower sale | 217,665 | 60,941 | - | 278,606 |
| Miscellaneous services | 174,600 | 31,168 | | 205,768 |
| | 9,019,139 | 3,367,097 | (732,306) | 11,653,930 |
| **Operating Expenses** | | | | |
| Cost of wireless services | 4,377,606 | 2,064,876 | (732,306) | 5,710,176 |
| Cost of equipment sales | 1,627,992 | 729,867 | | 2,357,859 |
| Selling, general and administrative | 3,900,086 | 1,357,611 | | 5,257,697 |
| Depreciation, amortization and accretion | 1,509,802 | 373,325 | | 1,883,127 |
| | 11,415,486 | 4,525,679 | (732,306) | 15,208,859 |
| **Operating Income (Loss)** | (2,396,347) | (1,158,582) | - | (3,554,929) |
| **Other Income (Expense)** | | | | |
| Interest and dividend income | 31,948 | 329 | | 32,277 |
| Interest expense | (516,024) | (175,670) | | (691,694) |
| Non-service components of net pension costs | (179,917) | (63,217) | | (243,134) |
| Other, net | - | | - | - |
| | (663,993) | (238,558) | - | (902,551) |
| **Net Income (Loss)** | $ (3,060,340) | $ (1,397,140) | $ - | $ (4,457,480) |
| **Retained Earnings (Deficit), Beginning of Year** | (5,696,550) | (2,819,410) | - | (8,515,960) |
| **Cumulative Effect Adjustment** | 970,157 | 426,048 | - | 1,396,205 |
| **Retained Earnings (Deficit), End of Year** | (7,786,733) | (3,790,502) | - | (11,577,235) |

Illinois Valley Cellular RSA 2-I
Statement of Cashflows

|  | **2021** |
|---|---|
| Net Loss | $ (3,060,340) |
| Adjustments to reconcile net loss to net cash provided by operating activities | |
| Depreciation, amortization, accretion | 1,509,802 |
| Changes in | |
| Accounts receivable | 142,029 |
| Accounts receivable affiliates | 278,799 |
| Prepayments | 123,748 |
| Inventory | - |
| Accounts Payable | 643,231 |
| Accounts Payable affiliates | 182,273 |
| Deferred gain | (3,794) |
| Lease liability | (71,793) |
| Other assets and liabilities | 336,086 |
| Net cash used in operating activities | 80,041 |
| Investing activities | |
| Capital expenditures | (478,605) |
| Financing Activities | - |
| Decrease in Cash and Cash Equivalents | (398,564) |
| Cash and Cash Equivalents beginning of year | 607,970 |
| Cash and Cash Equivalents end of year | $    209,406 |

Illinois Valley Cellular RSA 2-II
Statement of Cashflows

|  | **2021** |
|---|---|
| Net Loss | $ (1,397,140) |
| Adjustments to reconcile net loss to net cash provided by operating activities | |
| Depreciation, amortization, accretion | 373,325 |
| Changes in | |
| Accounts receivable | 347 |
| Accounts receivable affiliates | - |
| Prepayments | 40,575 |
| Inventory | 250,887 |
| Accounts Payable | 207,141 |
| Accounts Payable affiliates | 395,712 |
| Deferred gain | - |
| Lease liability | (80,821) |
| Other assets and liabilities | 204,529 |
| Net cash used in operating activities | (5,445) |
| Investing activities | |
| Capital expenditures | (39,258) |
| Financing Activities | - |
| Decrease in Cash and Cash Equivalents | (44,703) |
| Cash and Cash Equivalents beginning of year | 104,155 |
| Cash and Cash Equivalents end of year | $   59,452 |

**Illinois Valley Cellular**
**Consolidating Balance Sheet**
**September 30, 2022**

| | Illinois Valley Cellular RSA 2-I | Illinois Valley Cellular RSA 2-I | Eliminations | Consolidated |
|---|---|---|---|---|
| **Current Assets** | | | | |
| Cash and cash equivalents | $ 159,190 | $ 19,052 | | $ 178,242 |
| Accounts receivable | | | | - |
| Due from customers, less allowance of $84,347 | 26,291 | 600,998 | | 627,289 |
| Affiliated companies | 2,995,677 | 2,261,501 | (5,257,178) | - |
| Other | 26,793 | 101 | | 26,894 |
| Contract assets | 796,897 | 335,367 | | 1,132,264 |
| Inventory | - | 181,244 | | 181,244 |
| Prepayments | 78,515 | 24,682 | | 103,197 |
| | 4,083,363 | 3,422,945 | (5,257,178) | 2,249,130 |
| | | | | |
| **Other Noncurrent Assets** | | | | |
| Contract assets | 315,071 | 133,944 | | 449,015 |
| Other investments | 142,966 | 13,909 | | 156,875 |
| Goodwill, net | 302,250 | 142,800 | | 445,050 |
| Intangibles, net | 1,745,000 | 410,000 | | 2,155,000 |
| | 2,505,287 | 700,653 | - | 3,205,940 |
| | | | | |
| **Property, Plant and Equipment** | | | | |
| Wireless plant in service | 16,693,087 | 4,709,007 | | 21,402,094 |
| Less accumulated depreciation | 6,142,789 | 1,454,139 | - | 7,596,928 |
| | 10,550,298 | 3,254,868 | | 13,805,166 |
| Plant under construction | 2,257,983 | 78,906 | | 2,336,889 |
| | 12,808,281 | 3,333,774 | - | 16,142,055 |
| | | | | |
| **Total assets** | $ 19,396,931 | $ 7,457,372 | $ (5,257,178) | $ 21,597,125 |

**Illinois Valley Cellular**
**Consolidating Balance Sheet**
**September 30, 2022**

| | Illinois Valley Cellular RSA 2-I | Illinois Valley Cellular RSA 2-I | Eliminations | Consolidated |
|---|---|---|---|---|
| **Current Liabilities** | | | | |
| Current portion of long-term debt | $ 787,338 | $ - | | $ 787,338 |
| Accounts payable | | | | - |
| Affiliates | 2,440,591 | 3,691,457 | (5,257,178) | 874,870 |
| Trade | 1,695,845 | 974,203 | | 2,670,048 |
| Other | 397,700 | 353,439 | | 751,139 |
| Customer deposits | 982 | 211 | | 1,193 |
| Advanced billings | 367,213 | 54,352 | | 421,565 |
| Deferred gain - current portion | 217,981 | 60,941 | | 278,922 |
| Other | 122,978 | 70,676 | | 193,654 |
| | 6,030,628 | 5,205,279 | (5,257,178) | 5,978,729 |
| **Noncurrent Liabilities and Deferred Credits** | | | | |
| Lease liability | 7,422,396 | 2,665,527 | | 10,087,923 |
| Deferred gain | 5,485,861 | 1,533,726 | | 7,019,587 |
| | 12,908,257 | 4,199,253 | - | 17,107,510 |
| **Stockholder's Equity** | | | | |
| Contributed capital | 10,357,566 | 2,562,070 | | 12,919,636 |
| Retained deficit | (9,899,520) | (4,509,230) | - | (14,408,750) |
| | 458,046 | (1,947,160) | - | (1,489,114) |
| **Total assets** | $ 19,396,931 | $ 7,457,372 | $ (5,257,178) | $ 21,597,125 |

**Illinois Valley Cellular**
**Consolidating Statement of Income and Retained Earnings**
**September 30, 2022**

| | Illinois Valley Cellular RSA 2-I | Illinois Valley Cellular RSA 2-II | Intercompany Eliminations | Consolidated |
|---|---:|---:|---:|---:|
| **Operating Revenues** | | | | |
| Wireless services | $ 4,483,395 | $ 1,884,291 | | $ 6,367,686 |
| Equipment sales | 875,579 | 381,442 | | 1,257,021 |
| Switching services | 549,230 | - | (549,230) | - |
| Gain on tower sale | 163,485 | 45,671 | - | 209,156 |
| Miscellaneous services | 120,349 | 23,710 | | 144,059 |
| | 6,192,038 | 2,335,114 | (549,230) | 7,977,922 |
| | | | | |
| **Operating Expenses** | | | | |
| Cost of wireless services | 2,720,370 | 1,634,307 | (549,230) | 3,805,447 |
| Cost of equipment sales | 571,149 | 236,909 | | 808,058 |
| Selling, general and administrative | 3,909,849 | 850,817 | | 4,760,666 |
| Depreciation, amortization and accretion | 789,420 | 200,093 | | 989,513 |
| | 7,990,788 | 2,922,126 | (549,230) | 10,363,684 |
| | | | | |
| **Operating Income (Loss)** | (1,798,750) | (587,012) | - | (2,385,762) |
| | | | | |
| **Other Income (Expense)** | | | | |
| Interest and dividend income | 441 | 148 | | 589 |
| Interest expense | (314,478) | (131,864) | | (446,342) |
| Other, net | - | | | |
| | (314,037) | (131,716) | - | (445,753) |
| | | | | |
| **Net Income (Loss)** | $ (2,112,787) | $ (718,728) | $ - | $ (2,831,515) |
| | | | | |
| **Retained Earnings (Deficit), Beginning of Year** | (7,786,733) | (3,790,502) | - | (11,577,235) |
| | | | | |
| **Retained Earnings (Deficit), End of Year** | (9,899,520) | (4,509,230) | - | (14,408,750) |

Illinois Valley Cellular RSA 2-I
Statement of Cashflows

|  | YTD 9/30/2022 |
|---|---|
| Net Loss | $ (2,112,787) |
| Adjustments to reconcile net loss to net cash provided by operating activities |  |
| Depreciation, amortization, accretion | 789,420 |
| Changes in |  |
| Accounts receivable | 472,441 |
| Accounts receivable affiliates | (1,958,685) |
| Prepayments | (78,515) |
| Inventory | - |
| Accounts Payable | 1,215,058 |
| Accounts Payable affiliates | 2,186,818 |
| Deferred gain | - |
| Lease liability | (3,782) |
| Other assets and liabilities | (330,837) |
| Net cash used in operating activities | 179,131 |
| Investing activities |  |
| Capital expenditures | (229,347) |
| Financing Activities | - |
| Decrease in Cash and Cash Equivalents | (50,216) |
| Cash and Cash Equivalents beginning of year | 209,406 |
| Cash and Cash Equivalents end of year | $ 159,190 |

Illinois Valley Cellular RSA 2-II
Statement of Cashflows

|  | YTD 9/30/2022 |
|---|---|
| Net Loss | $ (718,728) |
| Adjustments to reconcile net loss to net cash provided by operating activities | |
| Depreciation, amortization, accretion | 200,093 |
| Changes in | |
| Accounts receivable | (487,282) |
| Accounts receivable affiliates | (2,261,501) |
| Prepayments | (24,682) |
| Inventory | 94,020 |
| Accounts Payable | 990,957 |
| Accounts Payable affiliates | 1,962,272 |
| Deferred gain | - |
| Lease liability | 61,580 |
| Other assets and liabilities | 372,218 |
| Net cash used in operating activities | 188,947 |
| Investing activities | |
| Capital expenditures | (229,347) |
| Financing Activities | - |
| Decrease in Cash and Cash Equivalents | (40,400) |
| Cash and Cash Equivalents beginning of year | 59,452 |
| Cash and Cash Equivalents end of year | $ 19,052 |

ILLINOIS VALLEY CELLULAR RSA 2-I
PARTNERSHIP
FORM 1065
TAX YEAR 2020

| **Diagnostic Report** |
|---|

**Tax Year** : 2020                                    **Return No** :  4781LP
**Taxpayer** : ILLINOIS VALLEY CELLULAR RSA 2-I
**ID No**   : 58-1918886

** NO SEVERE DIAGNOSTICS DETECTED **

INFORMATIONAL DIAGNOSTICS: TOTAL 3
----------------------------------
FEDERAL (3)
  1.BEGINNING CAPITAL ON SCHEDULES L AND M-2 DO NOT AGREE
   SCHEDULE M-2 BEGINNING      4,511,749.
   SCHEDULE L BEGINNING         -128,540.
   DIFFERENCE                  4,640,289.
   YOU MAY ATTACH A FOOTNOTE TO RECONCILE ANY DIFFERENCES.

  2.FORM 1065, SCHEDULE B, LINE 25 QUESTION
   THE PARTNERSHIP IS ELECTING OUT OF THE CENTRALIZED PARTNERSHIP AUDIT
   REGIME. THE TAXPAYER MUST PROVIDE NOTICE TO ALL PARTNERS THAT THE
   PARTNERSHIP HAS ELECTED OUT.

  3.SCHEDULE K-1, ITEM L
   A PARTNERSHIP IS REQUIRED TO REPORT A PARTNER'S BEGINNING AND ENDING
   SHARES OF TAX BASIS CAPITAL ON SCHEDULE K-1, LINE 20 USING CODE AH IF THE
   TAX BASIS CAPITAL WOULD BE NEGATIVE AT THE BEGINNING OR END OF THE TAX
   YEAR. SEE NOTICE 2019-20 FOR MORE INFORMATION, INCLUDING PENALTY RELIEF
   FOR FAILURE TO REPORT TAX BASIS. CLIENT CAN ENTER THE DETAIL THROUGH
   ORGANIZER
    SCH K FOLDER
    OTHER INFORMATION
    OTHER ITEMS NOT CARRYING TO
   SCH. M-1. IF E-FILING THE FEDERAL RETURN, CLIENTS MAY WANT TO CREATE A
   PARTNER FOOTNOTE ASSOCIATED W/SCH K-1, LINE 20 AND SELECT AH OTHER
   INFORMATION TO ENSURE PARTNER DETAILS ARE INCLUDED IN THE XML OR ATTACH A
   PDF STATEMENT.


** NO FEDERAL ELECTRONIC FILING DIAGNOSTICS DETECTED **

** NO STATE ELECTRONIC FILING DIAGNOSTICS DETECTED **

ELECTRONIC FILING - ALERTS: TOTAL 3
-----------------------------------
FEDERAL (1)
  4.FEDERAL K-1 E-FILE
   ACCORDING TO THE FEDERAL K-1 SCHEMA, ONLY LINE ITEM TOTAL AMOUNTS FOR
   LINES 11, 13,15, 16, 17, AND 20 ARE ELECTRONICALLY FILED. NO DETAIL WILL
   BE ELECTRONICALLY FILED. IF YOU WISH TO INCLUDE DETAIL, PARTNER FOOTNOTES
   AND/OR GENERAL DEPENDENCY STATEMENTS CAN BE CREATED TO BE INCLUDED IN THE
   E-FILE.

STATES (2)
GENERAL (1)
(CONT.)

* indicates Diagnostic has been suppressed.

**Diagnostic Report**

**Tax Year** : 2020                                    **Return No:**  4781LP
**Taxpayer** : ILLINOIS VALLEY CELLULAR RSA 2-I
**ID No**   : 58-1918886

ELECTRONIC FILING - ALERTS: TOTAL 3(CONT.)
-------------------------------------------
  5.COMMON STATE E-FILE ALERT
   PLEASE REVIEW AND VERIFY THAT THE PIN IS ACCURATE AND THAT THE PREPARER
   IS THE REGISTERED OWNER OF THE PTIN.

ILLINOIS (1)
  6.* IL1065-4600-1
   IF FORM IL-1065 STEP 3 LINE 11 (TOTAL) IS GREATER THAN ZERO, THEN YOU MAY HAVE REPORTED AN
    IRC SECTION 965(C) DEDUCTION LISTED ON LINE 3 OF THE IRC 965 TRANSITION TAX STATEMENT. PL
   EASE EMAIL THE IRC 965 TRANSITION TAX STATEMENT TO REV.BITSUPPLEMENTAL@ILLINOIS.GOV. IF YO
   U FAIL TO PROVIDE THE IRC 965 TRANSITION TAX STATEMENT, THE ITEM OF EXPENSE REPORTED ON FO
   RM IL-1065 STEP 3 LINE 11 (TOTAL) WILL BE DISALLOWED AND A RETURN CORRECTION NOTICE WILL B
   E ISSUED REQUESTING THE STATEMENT FOR VERIFICATION. THE IRC 965 TRANSITION TAX STATEMENT I
   S REQUIRED TO REINSTATE THE ITEM OF EXPENSE.


** NO ELECTRONIC FILING REJECTS DETECTED **


** NO ELECTRONIC FILING XML VALIDATION ERRORS DETECTED **

* indicates Diagnostic has been suppressed.

| Estimated Values Summary Report |
|---|

**Tax Year :** 2020          **Return No:** 4781LP

**Taxpayer:** ILLINOIS VALLEY CELLULAR RSA 2-I

**ID No  :** 58-1918886

| Screen Name | Estimated Value |
|---|---|

\*\* NO ESTIMATED VALUES DETECTED \*\*

0X9092 1.000

4781LP   R10Y   09/14/2021  19:27:05  V20-6.7F  1167103

BKD, LLP
8517 EXCELSIOR DRIVE, SUITE 301
MADISON, WI  53717

ILLINOIS VALLEY CELLULAR RSA 2-I
PARTNERSHIP
200 RIVERFRONT DRIVE
MARSEILLES, IL  61341-1454

0X8510 1.000

ILLINOIS VALLEY CELLULAR RSA 2-I
PARTNERSHIP
200 RIVERFRONT DRIVE
MARSEILLES, IL  61341-1454

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
OGDEN, UT  84201-0011

0X8520 1.000

ILLINOIS VALLEY CELLULAR RSA 2-I
PARTNERSHIP
200 RIVERFRONT DRIVE
MARSEILLES, IL  61341-1454

ILLINOIS DEPARTMENT OF REVENUE
P.O. BOX 19031
SPRINGFIELD, IL 62794-9031

ILLINOIS VALLEY CELLULAR RSA 2-I
PARTNERSHIP
200 RIVERFRONT DRIVE
MARSEILLES, IL  61341-1454

ILLINOIS DEPARTMENT OF REVENUE
P.O. BOX 19053
SPRINGFIELD, IL 62794-9053

0X8530 1.000

| | Override Summary Report | |
|---|---|---|

**Tax Year :** 2020                                    **Return No:** 4781LP
**Taxpayer:** ILLINOIS VALLEY CELLULAR RSA 2-I
**ID No** : 58-1918886

| Screen Name | Override Data | Automatic/Computed Data |
|---|---|---|
| GRID - GENERAL INFORMATION (C | IL | XX |
| GRID - PAID PREPARER INFORMAT | WW | W |
| PARTNER DATA | A | P |
| PARTNER DATA | A | P |
| PARTNER DATA | A | P |
| PARTNER DATA | G | T |
| PARTNER DATA | G | T |
| PREPARER OPTIONS | 09/14/2021 | NONE |
| SCHEDULE B DETAILS | E | |
| SCHEDULE B DETAILS | E | |
| SCHEDULE B DETAILS | E | |
| TRANSFER OPTIONS | X | D |
| TRANSFER OPTIONS | X | B |
| WITHOUT AMOUNTS | 3 | 2 |

**BKD**
CPAs & Advisors



8517 Excelsior Drive, Suite 301 **|** Madison, WI 53717-2910 **|** 608.664.9110

Illinois Valley Cellular RSA 2-I
Partnership
200 Riverfront Drive
Marseilles, IL  61341-1454

Enclosed are the following partnership returns prepared on behalf of Illinois Valley Cellular RSA 2-I Partnership for the year ended December 31, 2020.

    2020 U.S. Return of Partnership Income
    2020 IRS e-file Signature Authorization for Form 1065
    2020 Illinois Partnership Replacement Tax Return

Please refer to the filing instructions for further details on each return.

If journal entries, transactions or coding were prepared that should be posted to your general ledger, they are enclosed for your review and approval.  Please contact us if you have any questions about these items or believe they are in error.

These return(s) were prepared from information provided by you or your representative.  The preparation of tax returns does not include the independent verification of information used.  Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements.  If you note anything which may require a change to the return(s), please contact us before filing them.  We recommend that you retain all pertinent records that support the information reported on your return.

Before preparing your tax return, we provided you with access to a summary of transactions identified by the U.S. Treasury as reportable transactions.  The law provides for a penalty as high as $200,000 per transaction for failure to adequately disclose any of them on your tax return if applicable.  Unless you notified us otherwise, your tax return was prepared with the assumption you have not engaged in any reportable transaction.  Otherwise, we have prepared your tax return in accordance with the information you provided to us and have attached the appropriate disclosure statement to your tax return.  We are not liable for any penalties resulting from your failure to provide us with accurate and timely information about such transactions or to timely file the required disclosure statements. If you have any questions about reportable transactions, please contact us before filing your return.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


JOE A LYNN

Enclosures

**BKD**
CPAs & Advisors

**PRAXITY**
Empowering Business Globally

8517 Excelsior Drive, Suite 301  |  Madison, WI 53717-2910  |  608.664.9110

**Illinois Valley Cellular RSA 2-I**
**Partnership**
Instructions for Filing
Form 8879-PE
2020 IRS e-file Signature Authorization for Form 1065
for the year ended December 31, 2020

The original form should be signed (using full name and title) and dated by an authorized general partner or limited liability company member manager of the partnership.

Return your signed Form 8879 as soon as possible by mail, fax or email:

BKD, LLP
8517 Excelsior Drive, Suite 301
Madison, WI  53717

Fax  608.664.9112  Attn:  e-File Administrator

efilemadison@bkd.com

A copy of Schedule K-1 should be distributed to each partner.

DO NOT separately file a paper Form 1065 with the Internal Revenue Service.  Doing so will delay the processing of your return.

We must receive your signed form before we can electronically transmit your return, which is due on September 15, 2021.  We would appreciate your returning this form as soon as possible as this will expedite the processing of your return.  The Internal Revenue Service will notify us when your return is accepted.  Please note that the IRS does not consider your return as filed until they confirm acceptance of the return.

Form **8879-PE**

**IRS _e-file_ Signature Authorization for Form 1065**

OMB No. 1545-0123

► **ERO must obtain and retain completed Form 8879-PE.**

► **Go to _www.irs.gov/Form8879PE_ for the latest information.**

**20**20

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning _____ , 2020, and ending _____ , 20 ____

| Name of partnership | Employer identification number |
|---|---|
| ILLINOIS VALLEY CELLULAR RSA 2-I | 58-1918886 |

**Part I**   **Tax Return Information** (Whole dollars only)

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) . . . . . . . . . . . . . | 1 | 11,297,191. |
| 2 | Gross profit (Form 1065, line 3) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 9,271,155. |
| 3 | Ordinary business income (loss) (Form 1065, line 22) . . . . . . . . . . . . . . . . . . . . | 3 | -547,195. |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) . . . . . . . . . . . . . | 4 | |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) . . . . . . . . . . . . . . . | 5 | |

**Part II**   **Declaration and Signature Authorization of Partner or Member**
**(Be sure to get a copy of the partnership's return.)**

Under penalties of perjury, I declare that I am a partner or member of the above partnership and that I have examined a copy of the partnership's 2020 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**Partner's or Member's PIN: check one box only**

[X]   I authorize  BKD, LLP _____  to enter my PIN  [1] [7] [2] [9] [2]  as my signature
          **ERO firm name**                                          **Don't enter all zeros**
on the partnership's 2020 electronically filed return of partnership income.

[ ]   As a partner or member of the partnership, I will enter my PIN as my signature on the partnership's 2020 electronically filed
          return of partnership income.

Partner's or member's signature ► _____

Title ► PRESIDENT                                                    Date ► 09/14/2021

**Part III**   **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   [3] [9] [8] [0] [8] [3] [4] [4] [0] [1] [6]
                                                                                          **Don't enter all zeros**

I certify that the above numeric entry is my PIN, which is my signature on the 2020 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS _e-file_ Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS _e-file_ Providers for Business Returns.

ERO's signature ► _____        Date ► _____

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.

Form **8879-PE** (2020)

JSA
0P8907 1.000

**Electronic Return Acknowledgement**

**Tax Year :** 2020                                          **Return No:** 4781LP
**Taxpayer:** ILLINOIS VALLEY CELLULAR RSA 2-I
**ID No   :** 58-1918886

| | |
|---|---|
| Return Identification Number | : 3/2/2021 10:52:00 AM |
| Return Type | : 7004 |
| Filing Type Description | : FEDERAL EXTENSION |
| Tax Period End Date | : 12/31/2020 |
| Electronic Postmark | : 3/2/2021 10:52:00 AM |
| Return Status | : ACCEPTED |
| Status Date | : 03/02/2021 |

ELECTRONIC POSTMARK: THIS IS THE TRANSMISSION DATE AND TIMESTAMP AS PER CENTRAL TIME.

0X9060 1.000

4781LP   R10Y   09/14/2021 19:27:05V20-6.7F  1167103

Electronic Filing Information: PDF Attachments Included in this Return

Jurisdiction:                                                    No. of Attachments:

FE                                                               4781LP_FORM 3115.PDF
FORM 3115 - CHANGE IN ACCOUNTING METHOD AUTOMATIC              FE

| Form **1065** | | **U.S. Return of Partnership Income** | | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning _____, 2020, ending _____, 20_____.
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

**2020**

| **A** Principal business activity | Name of partnership | **D** Employer identification number |
|---|---|---|
| COMMUNICATIONS | ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP | 58-1918886 |
| **B** Principal product or service | | **E** Date business started |
| CELLULAR TEL | Number, street, and room or suite no. If a P.O. box, see instructions. | |
| | 200 RIVERFRONT DRIVE | 08/01/1990 |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instructions) |
| 517000 | MARSEILLES, IL 61341-1454 | $ |

**Type or Print**

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☒ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**J** Check if Schedules C and M-3 are attached. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

### Income

| | | | |
|---|---|---|---:|
| **1a** | Gross receipts or sales. . . . . . . . . . . . . . . . . . . | **1a** 11,297,191. | |
| **b** | Returns and allowances . . . . . . . . . . . . . . . . . | **1b** | |
| **c** | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | 11,297,191. |
| **2** | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . | **2** | 2,026,036. |
| **3** | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . | **3** | 9,271,155. |
| **4** | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) STMT. 1 | **4** | -1,561. |
| **5** | Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . . . . . . | **5** | |
| **6** | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . | **6** | |
| **7** | Other income (loss) (attach statement) . . . . . . . . . . . . . SEE STATEMENT 1 . . | **7** | 1,455. |
| **8** | **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . . . . . . | **8** | 9,271,049. |

### Deductions (see instructions for limitations)

| | | | |
|---|---|---|---:|
| **9** | Salaries and wages (other than to partners) (less employment credits) . . . . . . . . . | **9** | 1,663,644. |
| **10** | Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 407,080. |
| **12** | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| **13** | Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 1,445,816. |
| **14** | Taxes and licenses . . . . . . . . . . . . . . . . . . SEE STATEMENT 1 . . | **14** | 123,518. |
| **15** | Interest (see instructions) . . . . . . . . . . . . . . . SEE STATEMENT 1 . . | **15** | NONE |
| **16a** | Depreciation (if required, attach Form 4562) . . . . | **16a** 242,270. | |
| **b** | Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** 242,270. |
| **17** | Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . . . . . . | **17** | |
| **18** | Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | 222,653. |
| **19** | Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 645,819. |
| **20** | Other deductions (attach statement) . . . . . . . . . . . SEE STATEMENT 1 . . | **20** | 5,067,444. |
| **21** | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . | **21** | 9,818,244. |
| **22** | **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . . . | **22** | -547,195. |

### Tax and Payment

| | | | |
|---|---|---|---:|
| **23** | Interest due under the look-back method - completed long-term contracts (attach Form 8697) | **23** | |
| **24** | Interest due under the look-back method - income forecast method (attach Form 8866) . . . | **24** | |
| **25** | BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . . . . . . . | **25** | |
| **26** | Other taxes (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | |
| **27** | **Total balance due.** Add lines 23 through 26 . . . . . . . . . . . . . . . . . . . . | **27** | |
| **28** | Payment (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28** | |
| **29** | **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . . . . . | **29** | |
| **30** | **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . . . . . | **30** | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ PRESIDENT
GLENN RAUH
Signature of partner or limited liability company member

▶ 09/14/2021
Date

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

### Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JOE A LYNN | | 09/14/2021 | | P01270416 |

Firm's name ▶ BKD, LLP    Firm's EIN ▶ 44-0160260

Firm's address ▶ 8517 EXCELSIOR DRIVE, SUITE 301
MADISON, WI 53717    Phone no. 608.664.9110

For Paperwork Reduction Act Notice, see separate instructions.

Form **1065** (2020)

JSA  0P1010 4.000

4781LP  R10Y  09/14/2021 19:27:05 V20-6.7F 1167103

Form 1065 (2020)   ILLINOIS VALLEY CELLULAR RSA 2-I          58-1918886   Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

| | | | | |
|---|---|---|---|---|
| **a** | [X] Domestic general partnership | **b** | [ ] Domestic limited partnership | |
| **c** | [ ] Domestic limited liability company | **d** | [ ] Domestic limited liability partnership | |
| **e** | [ ] Foreign partnership | **f** | [ ] Other ▶ | |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | Yes | No |
|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . | | | | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during calendar year 2020, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . . | | X |
| **10a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . | X | |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . | | X |

Form **1065** (2020)

Form 1065 (2020)    ILLINOIS VALLEY CELLULAR RSA 2 PARTNERS    58-1918886   Page **3**

**Schedule B**   **Other Information** *(continued)*

| | | Yes | No |
|---|---|---|---|
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **11** | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐ | | |
| **12** | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **13** | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| **14** | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership   ▶ | | X |
| **15** | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| **16a** | Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . . . . . . . | X | |
| **b** | If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| **17** | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | |
| **18** | Enter the number of partners that are foreign governments under section 892 . . ▶ | | |
| **19** | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . | | X |
| **20** | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| **21** | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . . | | X |
| **22** | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . ▶ $ | | |
| **23** | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **24** | Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . | X | |
| **a** | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| **b** | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| **c** | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| **25** | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | X | |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶   3. | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶

| U.S. address of PR ▶ | | U.S. phone number of PR ▶ | |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual ▶ | | U.S. phone number of designated individual ▶ | |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **26** | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 16 . . . . . . . . . . . ▶ $ | | |
| **27** | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . ▶ | | |
| **28** | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **29** | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:        By Vote         By Value | | X |

Form **1065** (2020)

Form 1065 (2020)   ILLINOIS VALLEY CELLULAR RSA 2 PARTNERSHIP   58-1918886   **Page 4**

| **Schedule K** | **Partners' Distributive Share Items** | | | **Total amount** |
|---|---|---|---|---:|

| | | | | |
|---|---|---|---|---:|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | | **1** | −547,195. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a** **b** Capital **4b** | | | |
| | **c** Total. Add lines 4a and 4b | | **4c** | |
| | **5** Interest income                          SEE STATEMENT 2 | | **5** | 3,666. |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | | **6a** | |
| | **b** Qualified dividends **6b**          **c** Dividend equivalents **6c** | | | |
| | **7** Royalties | | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065))     STMT 2 | | **9a** | −66,942. |
| | **b** Collectibles (28%) gain (loss) | **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ | | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | | **12** | |
| | **13a** Contributions | | **13a** | 11,781. |
| | **b** Investment interest expense | | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶ **(2)** Amount ▶ | | **13c(2)** | |
| | **d** Other deductions (see instructions) Type ▶ | | **13d** | 3,554. |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | | **14a** | |
| | **b** Gross farming or fishing income | | **14b** | |
| | **c** Gross nonfarm income | | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | | **15a** | |
| | **b** Low-income housing credit (other) | | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **15c** | |
| | **d** Other rental real estate credits (see instructions) Type ▶ | | **15d** | |
| | **e** Other rental credits (see instructions) Type ▶ | | **15e** | |
| | **f** Other credits (see instructions) Type ▶ | | **15f** | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶ | | | |
| | **b** Gross income from all sources | | **16b** | |
| | **c** Gross income sourced at partner level | | **16c** | |
| | Foreign gross income sourced at partnership level | | | |
| | **d** Reserved for future use ▶               **e** Foreign branch category ▶ | | **16e** | |
| | **f** Passive category ▶          **g** General category ▶          **h** Other (attach statement) ▶ | | **16h** | |
| | Deductions allocated and apportioned at partner level | | | |
| | **i** Interest expense ▶          **j** Other ▶ | | **16j** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | | |
| | **k** Reserved for future use ▶          **l** Foreign branch category ▶ | | **16l** | |
| | **m** Passive category ▶          **n** General category ▶          **o** Other (attach statement) ▶ | | **16o** | |
| | **p** Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | | **16p** | |
| | **q** Reduction in taxes available for credit (attach statement) | | **16q** | |
| | **r** Other foreign tax information (attach statement) | | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment          SEE STATEMENT 2 | | **17a** | −23,967. |
| | **b** Adjusted gain or loss | | **17b** | |
| | **c** Depletion (other than oil and gas) | | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | | **17e** | |
| | **f** Other AMT items (attach statement) | | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | | **18a** | |
| | **b** Other tax-exempt income | | **18b** | |
| | **c** Nondeductible expenses          SEE STATEMENT 3 | | **18c** | 4,057. |
| | **19a** Distributions of cash and marketable securities | | **19a** | |
| | **b** Distributions of other property | | **19b** | 4,661,016. |
| | **20a** Investment income          SEE STATEMENT 3 | | **20a** | 3,666. |
| | **b** Investment expenses | | **20b** | |
| | **c** Other items and amounts (attach statement)          SEE STATEMENT 3 | | | |

JSA
0P1030 1.000

Form **1065** (2020)

Form 1065 (2020)   ILLINOIS VALLEY CELLULAR RSA 2   58-1918886   Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p . . . . . . . . . . . . . . . . . . . . . . . | | | | **1** | **-625,806.** |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | -625,806. | | | | | |
| b | Limited partners | | | | | | |

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash . . . . . . . . . . . . . . | | 1,601,331. | | |
| 2a | Trade notes and accounts receivable . . . . . | 2,218,767. | | | |
| b | Less allowance for bad debts . . . . . . . . | 12,018. | 2,206,749. | | |
| 3 | Inventories . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . | | | | |
| 5 | Tax-exempt securities . . . . . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . | STMT 4 | 518,061. | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans . . . . . . | | | | |
| 8 | Other investments (attach statement) . . . . . | STMT 4 | 372,294. | | |
| 9a | Buildings and other depreciable assets . . . . | 33,021,916. | | | |
| b | Less accumulated depreciation . . . . . . | 30,836,260. | 2,185,656. | | |
| 10a | Depletable assets . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . | | | | |
| 11 | Land (net of any amortization) . . . . . . | | | | |
| 12a | Intangible assets (amortizable only) . . . . . | | | | |
| b | Less accumulated amortization . . . . . | | | | |
| 13 | Other assets (attach statement) . . . . . . | STMT 4 | 8,219,515. | | |
| 14 | Total assets . . . . . . . . . . . | | 15,103,606. | | |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable . . . . . . . . . . | | 426,917. | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year . . | | | | |
| 17 | Other current liabilities (attach statement) . . | STMT 4 | 913,967. | | |
| 18 | All nonrecourse loans . . . . . . . . | | | | |
| 19a | Loans from partners (or persons related to partners) . . | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more . . | | | | |
| 20 | Other liabilities (attach statement) . . . . . . | STMT 4 | 13,891,262. | | |
| 21 | Partners' capital accounts . . . . . . . . . | | -128,540. | | |
| 22 | Total liabilities and capital . . . . . . | | 15,103,606. | | |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . | -4,721,171. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): STMT 5 | 1,330,717. | a | Tax-exempt interest $ _____ SEE STATEMENT 5 | 214,187. |
| 3 | Guaranteed payments (other than health insurance) . . . . . . . . . . | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $ _____ SEE STATEMENT 5 | 559,770. |
| a | Depreciation $ STMT 5 | 1,337,558. | | | |
| b | Travel and entertainment $ _____ | 4,057. | 8 | Add lines 6 and 7 . . . . . . . . . | 773,957. |
| | SEE STATEMENT 5 | 2,196,990. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . . | -625,806. |
| 5 | Add lines 1 through 4 . . . . . . . | 148,151. | | | |

## Schedule M-2   Analysis of Partners' Capital Accounts

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . | 4,511,749. | 6 | Distributions: **a** Cash . . . . . . . . . . | |
| 2 | Capital contributed: **a** Cash . . . . . . | | | **b** Property . . . . . . . . | 4,661,016. |
| | **b** Property . . . . . | | 7 | Other decreases (itemize): _____ | |
| 3 | Net income (loss) per books . . . . . | -629,863. | | SEE STATEMENT 6 | 80,743. |
| 4 | Other increases (itemize): STMT 6 | 859,873. | 8 | Add lines 6 and 7 . . . . . . . . | 4,741,759. |
| 5 | Add lines 1 through 4 . . . . . . . | 4,741,759. | 9 | Balance at end of year. Subtract line 8 from line 5 | |

JSA
0P1035 1.000
4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

Form **1065** (2020)

**SCHEDULE D**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1065 or Form 8865.
▶ **Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2020**

| Name of partnership | Employer identification number |
|---|---|
| ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP | 58-1918886 |

Did the partnership dispose of any investment(s) in a qualified opportunity fund during the tax year? . . . . . . ▶ ☐ Yes ☒ No
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

## Part I  Short-Term Capital Gains and Losses - Generally Assets Held One Year or Less (see instructions)

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with **Box A** checked . . . . . . . . . . . . . . . . | | | | |
| **2** Totals for all transactions reported on Form(s) 8949 with **Box B** checked . . . . . . . . . . . . . . . . | | | | |
| **3** Totals for all transactions reported on Form(s) 8949 with **Box C** checked . . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **4** Short-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . | **4** | |
| **5** Short-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . . | **5** | |
| **6** Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts . . . . . . . . . . . . . . . | **6** | |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). Enter here and on Form 1065, Schedule K, line 8 or 11; or Form 8865, Schedule K, line 8 or 11 . . . . . . . . . | **7** | |

## Part II  Long-Term Capital Gains and Losses - Generally Assets Held More Than One Year (see instructions)

See instructions for how to figure the amounts to enter on the lines below.

This form may be easier to complete if you round off cents to whole dollars.

| | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with **Box D** checked . . . . . . . . . . . . . . . . | | | | |
| **9** Totals for all transactions reported on Form(s) 8949 with **Box E** checked . . . . . . . . . . . . . . . . | | | | |
| **10** Totals for all transactions reported on Form(s) 8949 with **Box F** checked . . . . . . . . . . . . . . . . | 10,876. | 77,818. | | −66,942. |

| | | |
|---|---|---|
| **11** Long-term capital gain from installment sales from Form 6252, line 26 or 37 . . . . . . . . . . . . . | **11** | |
| **12** Long-term capital gain or (loss) from like-kind exchanges from Form 8824 . . . . . . . . . . . . | **12** | |
| **13** Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts . . . . . . . . . . . . . . . | **13** | |
| **14** Capital gain distributions (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | **14** | |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Enter here and on Form 1065, Schedule K, line 9a or 11; or Form 8865, Schedule K, line 9a or 11 . . . . . . . . . . | **15** | −66,942. |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.

**Schedule D (Form 1065) 2020**

JSA
0X1049 2.000
4781LP   R10Y   09/14/2021   19:27:05   V20-6.7F   1167103

Form **8949**

# Sales and Other Dispositions of Capital Assets

OMB No. 1545-0074

▶ Go to *www.irs.gov/Form8949* for instructions and the latest information.

▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

Department of the Treasury
Internal Revenue Service

**2020**

Attachment
Sequence No. **12A**

| Name(s) shown on return | Social security number or taxpayer identification number |
|---|---|
| ILLINOIS VALLEY CELLULAR RSA 2-I | 58-1918886 |

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part I** **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box A, B, *or* C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☐ **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☐ **(B)** Short-term transactions reported on Form(s) 1099-B showing basis wasn't reported to the IRS
- ☐ **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the **Note** below and see *Column (e)* in the separate instructions | Adjustment, if any, to gain or loss. If you enter an amount in column (g), enter a code in column (f). See the separate instructions. (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss). Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 1b** (if **Box A** above is checked), **line 2** (if **Box B** above is checked), or **line 3** (if **Box C** above is checked) ▶

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

**For Paperwork Reduction Act Notice, see your tax return instructions.** Form **8949** (2020)

JSA
0X2615 2.000

4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

Form 8949 (2020)

Attachment Sequence No. **12A**    Page **2**

Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side

ILLINOIS VALLEY CELLULAR RSA 2-I

**Social security number or taxpayer identification number**

58-1918886

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part II**    **Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions). For short-term transactions, see page 1.

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

**You *must* check Box D, E, *or* F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- ☐ **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- ☐ **(E)** Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- ☒ **(F)** Long-term transactions not reported to you on Form 1099-B

| **1** (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis. See the **Note** below and see *Column (e)* in the separate instructions | Adjustment, if any, to gain or loss. If you enter an amount in column (g), enter a code in column (f). **See the separate instructions.** (f) Code(s) from instructions | (g) Amount of adjustment | (h) **Gain or (loss).** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|---|---|
| DISPOSAL OF CENTRAL LTE INVESTMENT | | 09/30/2020 | 10,876. | 77,818. | | | -66,942. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2 Totals.** Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, **line 8b** (if **Box D** above is checked), **line 9** (if **Box E** above is checked), or **line 10** (if **Box F** above is checked) ▶ | | | 10,876. | 77,818. | | | -66,942. |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

Form **8949** (2020)

JSA
0X2616 2.000

4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP | 58-1918886 |

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . **1** | |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2** | 2,026,036. |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . **4** | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . **5** | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . **6** | 2,026,036. |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . **7** | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . . . **8** | 2,026,036. |

**9a** Check all methods used for valuing closing inventory:

    (i) ☐ Cost

    (ii) ☒ Lower of cost or market

    (iii) ☐ Other (Specify method used and attach explanation.) ▶

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

---

Section references are to the Internal Revenue Code unless otherwise noted.

# What's New

**Small business taxpayers.** For tax years beginning after December 31, 2017, the following apply.

● A small business taxpayer (defined below), may use a method of accounting for inventories that either: (1) treats inventories as nonincidental materials and supplies, or (2) conforms to the taxpayer's financial accounting treatment of inventories.

● A small business taxpayer is not required to capitalize costs under section 263A.

# General Instructions

## Purpose of Form

Use Form 1125-A to calculate and deduct cost of goods sold for certain entities.

## Who Must File

Filers of Form 1120, 1120-C, 1120-F, 1120S, or 1065, must complete and attach Form 1125-A if the applicable entity reports a deduction for cost of goods sold.

## Inventories

Generally, inventories are required at the beginning and end of each tax year if the production, purchase, or sale of

merchandise is an income-producing factor. See Regulations section 1.471-1. If inventories are required, you generally must use an accrual method of accounting for sales and purchases of inventory items.

**Exception for certain taxpayers.** A small business taxpayer (defined below) can adopt or change its accounting method to account for inventories in the same manner as material and supplies that are non-incidental, or conform to its treatment of inventories in an applicable financial statement (as defined in section 451(b)(3)), or if it does not have an applicable financial statement, the method of accounting used in its books and records prepared in accordance with its accounting procedures. See section 471(c)(3).

A small business taxpayer claiming exemption from the requirement to keep inventories is changing its method of accounting for purposes of section 481. For additional guidance on this method of accounting, see Pub. 538, Accounting Periods and Methods. For guidance on changing to this method of accounting, see Form 3115 and the Instructions for Form 3115.

**Small business taxpayer.** A small business taxpayer is a taxpayer that (a) has average annual gross receipts of $25 million or less (indexed for inflation) for the 3 prior tax years, and (b) is not a tax shelter (as defined in section 448(d)(3)). See Pub. 538.

**Uniform capitalization rules.** The uniform capitalization rules of section 263A generally require you to capitalize, or include in inventory, certain costs incurred in connection with the following.

● The production of real property and tangible personal property held in inventory or held for sale in the ordinary course of business.

● Real property or personal property (tangible and intangible) acquired for resale.

● The production of real property and tangible personal property for use in its trade or business or in an activity engaged in for profit.

A small business taxpayer (defined above) is not required to capitalize costs under section 263A(i).

See the discussion on section 263A uniform capitalization rules in the instructions for your tax return before completing Form 1125-A. Also see Regulations sections 1.263A-1 through 1.263A-3. See Regulations section 1.263A-4 for rules for property produced in a farming business.

---

**For Paperwork Reduction Act Notice, see instructions.**

JSA
0X4012 1.000

Form **1125-A** (Rev. 11-2018)

**SCHEDULE B-1**
**(Form 1065)**

(Rev. August 2019)

Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.
▶ Go to *www.irs.gov/Form1065* for the latest information.

OMB No. 1545-0123

| Name of partnership ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP | Employer identification number (EIN) 58-1918886 |
|---|---|

**Part I**  Entities Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| MARSEILLES CELLULAR, INC. | 36-3795030 | CORPORATION | US | 100.000 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  Individuals or Estates Owning 50% or More of the Partnership (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**                    Schedule B-1 (Form 1065) (Rev. 8-2019)

JSA
0P1038 1.000
4781LP   R10Y   09/14/2021  19:27:05 V20-6.7F 1167103

| SCHEDULE B-2<br>(Form 1065)<br>(December 2018)<br>Department of the Treasury<br>Internal Revenue Service | Election Out of the Centralized<br>Partnership Audit Regime<br>► Attach to Form 1065 or Form 1066.<br>► Go to *www.irs.gov/Form1065* for instructions and the latest information. | OMB No. 1545-0123 |
|---|---|---|

| Name of Partnership  ILLINOIS VALLEY CELLULAR RSA 2-I<br>PARTNERSHIP | Employer Identification Number (EIN)<br>58-1918886 |
|---|---|

Certain partnerships with 100 or fewer partners can elect out of the centralized partnership audit regime if each partner is an individual, a C corporation, a foreign entity that would be treated as a C corporation were it domestic, an S corporation, or an estate of a deceased partner. For purposes of determining whether the partnership has 100 or fewer partners, the partnership must include all shareholders of any S corporation that is a partner. By completing Part I, you are making an affirmative statement that all of the partners in the partnership are eligible partners under section 6221(b)(1)(C) and you have provided all of the information on this schedule. See the instructions, including the instructions for the treatment of real estate mortgage investment conduits (REMICs), for more details.

**Part I**  **List of Eligible Partners**

Use the following codes under Type of Eligible Partner:

I - Individual   C - Corporation   E - Estate of Deceased Partner   F - Eligible Foreign Entity   S - S corporation

| | Name of Partner | Taxpayer Identification  Number (TIN) | Type of Eligible Partner (Code) |
|---|---|---|---|
| 1 | MARSEILLES CELLULAR, INC. | 36-3795030 | C |
| 2 | TONICA CELLULAR | 36-3795992 | C |
| 3 | MTCO CORPORATION | 36-3465368 | C |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |

*Continued on Part IV*

**Part II**  **List of S Corporation Shareholders** (For each S corporation partner, complete a separate Part II and separate Part V, if needed.)

Use the following codes under Type of Person:

I - Individual   E - Estate of Deceased Shareholder   T - Trust   O - Other

| Name of<br>S Corporation Partner ► | | TIN of Partner ► |
|---|---|---|

| | Name of Shareholder | Shareholder TIN | Type of Person (Code) |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |

*Continued on Part V*

**Part III**  **Total Number of Schedules K-1 Required To Be Issued.** See instructions.

| | | | |
|---|---|---|---|
| 1 | Total of Part I and all Parts IV Schedules K-1 required to be issued by the partnership . . . . . . . . . . . . | 1 | 3 |
| 2 | Total of Part II and all Parts V Schedules K-1 required to be issued by any S corporation partners . . . . . . . . | 2 | |
| 3 | **Total. Add line 1 and line 2** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 | 3 |

**Note:** If line 3 is more than 100, the partnership cannot make the election under section 6221(b).

**For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**                    Schedule B-2 (Form 1065) (12-2018)

0P1090 1.000        JSA

4781LP   R10Y   09/14/2021  19:27:05  V20-6.7F  1167103

**SCHEDULE M-3**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation
## for Certain Partnerships

▶ Attach to Form 1065.
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2020**

| Name of partnership | Employer identification number |
|---|---|
| ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP | 58-1918886 |

**This Schedule M-3 is being filed because (check all that apply):**

**A** ☐ The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

**B** ☐ The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked, enter the amount of adjusted total assets for the tax year _____ .

**C** ☐ The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total receipts for the tax year _____ .

**D** ☒ An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50% or more in the partnership's capital, profit, or loss on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
| MARSEILLES CELLULAR | 36-3795030 | 100.000 |
| | | |
| | | |

**E** ☐ Voluntary filer.

**Part I** **Financial Information and Net Income (Loss) Reconciliation**

**1a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?
    ☐ **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
    ☒ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?
    ☐ **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.
    ☒ **No.** Go to line 1c.

**c** Did the partnership prepare a non-tax-basis income statement for that period?
    ☒ **Yes.** Complete lines 2 through 11 with respect to that income statement.
    ☐ **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period: Beginning 01/01/2020   Ending 12/31/2020

**3a** Has the partnership's income statement been restated for the income statement period on line 2?
    ☐ **Yes.** (If "Yes," attach a statement and the amount of each item restated.)
    ☒ **No.**

**b** Has the partnership's income statement been restated for any of the 5 income statement periods immediately preceding the period on line 2?
    ☐ **Yes.** (If "Yes," attach a statement and the amount of each item restated.)
    ☒ **No.**

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | -4,721,171. |
| **b** Indicate accounting standard used for line 4a. See instructions. | | |
|   **1** ☒ GAAP   **2** ☐ IFRS   **3** ☐ Section 704(b) | | |
|   **4** ☐ Tax-basis   **5** ☐ Other (specify) ▶ _____ | | |
| **5a** Net income from noninclludible foreign entities (attach statement) . . . . . . . . . . . . . . . . . | **5a** | ( ) |
| **b** Net loss from noninclludible foreign entities (attach statement and enter as a positive amount) . . . | **5b** | |
| **6a** Net income from noninclludible U.S. entities (attach statement) . . . . . . . . . . . . . . . . . . | **6a** | ( ) |
| **b** Net loss from noninclludible U.S. entities (attach statement and enter as a positive amount). . . . . | **6b** | |
| **7a** Net income (loss) of other foreign disregarded entities (attach statement) . . . . . . . . . . . . . | **7a** | |
| **b** Net income (loss) of other U.S. disregarded entities (attach statement) . . . . . . . . . . . . . . | **7b** | |
| **8** Adjustment to eliminations of transactions between includible entities and noninclludible entities (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement). . . . . . . . . . | **9** | |
| **10** Other adjustments to reconcile to amount on line 11 (attach statement) . . . . . . . . . . . . . . | **10** | |
| **11** **Net income (loss) per income statement of the partnership. Combine lines 4a through 10** . . . . | **11** | -4,721,171. |

**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Form 1065, Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | | |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

For Paperwork Reduction Act Notice, see the instructions for your return.    Schedule M-3 (Form 1065) 2020

JSA
0P1042 1.000

Form **4562**

**Depreciation and Amortization**

**(Including Information on Listed Property)**

▶ Attach to your tax return.

▶ Go to *www.irs.gov/Form4562* for instructions and the latest information.

OMB No. 1545-0172

**2020**

Attachment
Sequence No. **179**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return
ILLINOIS VALLEY CELLULAR RSA 2-I
PARTNERSHIP

Identifying number
58-1918886

Business or activity to which this form relates

ILLINOIS VALLEY CELLULAR RSA 2-I

## Part I Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 1,040,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,590,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

## Part III MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | **17** | 162,763. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

### Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 35,745. | 5.000 | HY | 200 DB | 7,149. |
| c 7-year property | | 506,506. | 7.000 | HY | 200 DB | 72,358. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

### Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 30-year | | | 30 yrs. | MM | S/L | |
| d 40-year | | | 40 yrs. | MM | S/L | |

## Part IV Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | **22** | 242,270. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **4562** (2020)

JSA    0X2300 3.000

4781LP    R10Y    09/14/2021 19:27:05 V20-6.7F 1167103

Form 4562 (2020)    58-1918886    Page **2**

**Part V**   **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed?   **Yes**   **No**   24b If "Yes," is the evidence written?   **Yes**   **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions . . . . . . . . . **25** | | | | | | | | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | S/L - | | | |
| | | % | | | S/L - | | | |
| | | % | | | S/L - | | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 . . . . . . . . . **28** | | | | | | | | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 . . . . . . . . . . . . **29** | | | | | | | | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner" or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) . . . | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year . | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . . . . . | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . . . . . . | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person?. . . . . . | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use?. . . . . . . . . . . . . . | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners . . . . | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . . . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions . . . . . . . | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**   **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2020 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2020 tax year . . . . . . . . . . . . . . . **43** | | | | | 26,266. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . . . . . . . **44** | | | | | 26,266. |

Form **4562** (2020)

Form **8308**
(Rev. September 2018)
Department of the Treasury
Internal Revenue Service

## Report of a Sale or Exchange of Certain Partnership Interests

▶ Go to *www.irs.gov/Form8308* for the latest information.

OMB No. 1545-0123

| Name of partnership | Phone number | Employer identification number |
|---|---|---|
| ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP | 815-795-3200 | 58-1918886 |

Number, street, and room or suite no. If a P.O. box, see instructions.

200 RIVERFRONT DRIVE

City or town, state or province, country, and ZIP or foreign postal code

MARSEILLES, IL                              61341-1454

### Part I — Transferor Information (Beneficial owner of the partnership interest immediately before the transfer of that interest)
PARTNER #   5

| Name | Identifying number |
|---|---|
| MTCO CORPORATION | 36-3465368 |

Number and street (including apt. no.)

220 NORTH MENARD STREET P.O. BOX 80

City or town, state or province, country, and ZIP or foreign postal code

METAMORA, IL 61548-0800

**Notice to Transferors:** *The information on this form has been supplied to the Internal Revenue Service. The transferor in a section 751(a) exchange is required to treat a portion of the gain realized from the exchange as ordinary income. For more details, see Pub. 541, Partnerships.*

**Statement by Transferor:** *The transferor in a section 751(a) exchange is required under Regulations section 1.751-1(a)(3) to attach a statement relating to the sale or exchange to his or her return. See Instructions to Transferors for more details.*

### Part II — Transferee Information (Beneficial owner of the partnership interest immediately after the transfer of that interest)
PARTNER #   3

| Name | Identifying number |
|---|---|
| MARSEILLES CELLULAR, INC. | 36-3795030 |

Number and street (including apt. no.)

P.O. BOX 247

City or town, state or province, country, and ZIP or foreign postal code

MARSEILLES, IL 61341

### Part III — Date of Sale or Exchange of Partnership Interest ▶   12/31/2020

**Sign here only if you are filing this form by itself and not with Form 1065**

Under penalties of perjury, I declare that I have examined this return, including accompanying attachments, and to the best of my knowledge and belief, it is true, correct, and complete.

▶  Signature of partnership representative or partner or limited liability company member

▶ 09/14/2021
Date

## General Instructions

*Section references are to the Internal Revenue Code unless otherwise noted.*

**Purpose of form.** Form 8308 is filed by a partnership to report the sale or exchange by a partner of all or part of a partnership interest where any money or other property received in exchange for the interest is attributable to unrealized receivables or inventory items (that is, where there has been a section 751(a) exchange).

**Who must file.** A partnership must file a separate Form 8308 for each section 751(a) exchange of an interest in such partnership. See Regulations section 1.6050K-1.

**Note:** Form 8308 does not have to be filed if, under section 6045, Form 1099-B, Proceeds From Broker and Barter Exchange Transactions, is required to be filed with respect to the sale or exchange.

   A partnership must file Form 8308 once the partnership has notice of the section 751(a) exchange. The partnership has such notice when either:

**1.** The partnership receives written notification of the exchange from the transferor that includes the names and addresses of both parties to the exchange, the identifying numbers of the transferor and (if known) of the transferee, and the date of the exchange; or

**2.** The partnership has knowledge that there has been a transfer of a partnership interest and, at the time of the transfer, the partnership had any unrealized receivables or inventory items.

   No returns or statements are required under section 6050K if the transfer was not a section 751(a) exchange. For example, a transfer which in its entirety constitutes a gift for federal income tax purposes is not a section 751(a) exchange.

   A partnership may rely on a written statement from the transferor that the transfer was not a section 751(a) exchange unless the partnership has knowledge to the contrary. If a partnership is in doubt whether partnership property constitutes unrealized receivables or inventory items or whether a transfer constitutes a section 751(a) exchange, the partnership may file Form 8308 to avoid the risk of incurring a penalty for failure to file.

**When to file.** Generally, file Form 8308 as an attachment to Form 1065 for the tax year of the partnership that includes the last day of the calendar year in which the section 751(a) exchange took place. Form 8308 is due at the time for filing the partnership return, including extensions.

   If, however, a partnership is notified of a section 751(a) exchange after it has filed its partnership return, file Form 8308 separately, within 30 days of notification, with the service center where Form 1065 was filed.

**Copies of Form 8308 to be furnished to transferor and transferee.** All partnerships required to file Form 8308 must furnish a copy of the form to each transferor and transferee by January 31 of the year following the calendar year in which the section 751(a) exchange occurred or, if later, 30 days after the partnership has notice of the exchange.

   If the partnership does not know the identity of the beneficial owner of an interest in the partnership, the record holder of the interest is treated as the transferor or transferee.

JSA
0P2100 1.000

Form **8308** (Rev. 9-2018)

Form **8990**
(Rev. May 2020)
Department of the Treasury
Internal Revenue Service

# Limitation on Business Interest Expense Under Section 163(j)

▶ **Attach to your tax return.**
▶ **Go to** *www.irs.gov/Form8990* **for instructions and the latest information.**

OMB No. 1545-0123

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| ILLINOIS VALLEY CELLULAR RSA 2-I | 58-1918886 |

If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity ▶

Employer identification number, if any ▶

Reference ID number ▶

**Part I**  **Computation of Allowable Business Interest Expense**

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

## Section I - Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation . . . . | **1** | 3,554. | | |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) . . . . . . . . . . . . . . | **2** | | | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) . . . . . . | **3** | | | |
| 4 | Floor plan financing interest expense. See instructions . . . . . . . . | **4** | | | |
| 5 | **Total business interest expense.** Add lines 1 through 4 . . . . . . . . . . . . . . . . . . . . ▶ | **5** | | | 3,554. |

## Section II - Adjusted Taxable Income

### Taxable Income

| | | | | |
|---|---|---|---|---|
| 6 | **Taxable income.** See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | −625,806. |

### Additions (adjustments to be made if amounts are taken into account on line 6)

| | | | | |
|---|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions | **7** | | |
| 8 | Any business interest expense not from a pass-through entity. See instructions . . . . . . . . . . . . . . . . . . . . | **8** | 3,554. | |
| 9 | Amount of any net operating loss deduction under section 172 . . | **9** | | |
| 10 | Amount of any qualified business income deduction allowed under section 199A . . . . . . . . . . . . . . . . | **10** | | |
| 11 | Deduction allowable for depreciation, amortization, or depletion attributable to a trade or business. See instructions . . . . . . . | **11** | 268,536. | |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions . . . . . . . . . . . . . . . . | **12** | | |
| 13 | Other additions. See instructions . . . . . . . . . . . . . | **13** | | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) . . . . . . . . . . . . . . . . | **14** | 352. | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) . . . . . . . . . . | **15** | | |
| 16 | **Total.** Add lines 7 through 15 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **16** | | 272,442. |

### Reductions (adjustments to be made if amounts are taken into account on line 6)

| | | | | |
|---|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions . . . . . . . | **17** | ( ) | |
| 18 | Any business interest income not from a pass-through entity. See instructions . . . . . . . . . . . . . . . . . . . . | **18** | ( ) | |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions . . . . . . . . . . . . . . . . | **19** | ( ) | |
| 20 | Other reductions. See instructions . . . . . . . . . . . . | **20** | ( ) | |
| 21 | **Total.** Combine lines 17 through 20 . . . . . . . . . . . . . . . . . . . . . . . ▶ | **21** | ( ) | |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. (If zero or less, enter -0-) . . . . . . . ▶ | **22** | | |

**For Paperwork Reduction Act Notice, see the instructions.**

Form **8990** (Rev. 5-2020)

JSA
0X4100 1.000

Form 8990 (Rev. 5-2020)          Page **2**

## Section III - Business Interest Income

| | | | | | |
|---|---|---|---|---|---|
| 23 | Current year business interest income. See instructions . . . . . . . . | 23 | | | |
| 24 | Excess business interest income from pass-through entities (total of Schedule A, line 44, column (g), and Schedule B, line 46, column (d) | 24 | | | |
| 25 | **Total.** Add lines 23 and 24 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 25 | | | |

## Section IV - 163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 26 | Multiply adjusted taxable income (line 22) by the applicable percentage. See instructions . . . . . . . . . . . . . . . . | 26 | | | |
| 27 | Business interest income (line 25) . . . . . . . . . . . . . | 27 | | | |
| 28 | Floor plan financing interest expense (line 4) . . . . . . . . . . | 28 | | | |
| 29 | **Total.** Add lines 26, 27, and 28 . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 29 | | | NONE |

### Allowable Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 30 | **Total current year business interest expense deduction.** See instructions. . . . . . . . . . . . | 30 | | | NONE |

### Carryforward

SEE STATEMENT 7

| | | | | | |
|---|---|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) . . . | 31 | | | 3,554. |

## Part II    Partnership Pass-Through Items

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 . . . . . . . . . . . . . . . . . . . | 32 | | | 3,554. |

### Excess Taxable Income (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | | | |
|---|---|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) . . . . . . . . . . . . . . | 33 | | | |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) . . . . . . . . . . . . . . . . . . . | 34 | | | |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) . . . . . . . . | 35 | | | |
| 36 | **Excess taxable income.** Multiply line 35 by line 22. . . . . . . . . . . . . . . . . . . . . . . | 36 | | | |

### Excess Business Interest Income

| | | | | | |
|---|---|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 | | | |

## Part III    S Corporation Pass-Through Items

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders. See the instructions for more information.*

### Excess Taxable Income

| | | | | | |
|---|---|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) . . . . . . . . . . . . . . | 38 | | | |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.) . . . . . . . . . . . . . . . . . . . | 39 | | | |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) . . . . . . . . | 40 | | | |
| 41 | **Excess taxable income.** Multiply line 40 by line 22. . . . . . . . . . . . . . . . . . . . . . . | 41 | | | |

### Excess Business Interest Income

| | | | | | |
|---|---|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42 | | | |

Form **8990** (Rev. 5-2020)

Form 8990 (Rev. 5-2020)

Page **3**

| SCHEDULE A | Summary of Partner's Section 163(j) Excess Items |
|---|---|

*Any taxpayer that owns an interest in a partnership subject to section 163(j) should complete Schedule A before completing Part I.*

| | (a) Name of partnership | (b) EIN | Excess Business Interest Expense | | | (f) Current year excess taxable income | (g) Current year excess business interest income | (h) Excess business interest expense treated as paid or accrued (see instructions) | (i) Current year excess business interest expense carryforward ((e) minus (h)) |
|---|---|---|---|---|---|---|---|---|---|
| | | | (c) Current year | (d) Prior year carryforward | (e) Total ((c) plus (d)) | | | | |
| 43 | CENTRAL LTE HOLDINGS | 364746345 | | | | 352. | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 44 | Total . . . . . . . . ▶ | | | | | 352. | | | |

| SCHEDULE B | Summary of S Corporation Shareholder's Excess Taxable Income and Excess Business Interest Income |
|---|---|

*Any taxpayer that is required to complete Part I and is a shareholder in an s corporation that has excess taxable income or excess business interest income should complete Schedule B before completing Part I.*

| | (a) Name of S corporation | (b) EIN | (c) Current year excess taxable income | (d) Current year excess business interest income |
|---|---|---|---|---|
| 45 | | | | |
| | | | | |
| | | | | |
| | | | | |
| 46 | Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | |

Form **8990** (Rev. 5-2020)

JSA
0X4102 1.000

# INCOME FROM OTHER PASS-THROUGH ENTITIES

| Activity Name and Address | ID Number and Type of Income | Disposed Activity | Qualified low-income housing | Publicly traded prtnshp |
|---|---|---|---|---|
| CENTRAL LTE HOLDINGS, LLC | 36-4746345 | | | |
| | | NO | NO | NO |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | | | -1,561. |
| 2 | Net rental real estate income (loss) | | | | |
| 3 | Other net rental income (loss) | | | | |
| 4a | Guaranteed payments for services | | | | |
| 4b | Guaranteed payments for capital | | | | |
| 4c | Total guaranteed payments | | | | |
| 5 | Interest income | | | | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | | | |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | | | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | | | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | | | |
| 13a-g | Contributions | | | | |
| 13i,l | Deductions related to portfolio income | | | | |
| 13h | Investment interest expense | | | | |
| 13j | Section 59(e)(2) expenditures | | | | |
| 13k,m-x | Other deductions | | | | |
| 15a,c | Low-income housing credit (section 42(j)(5)) | | | | |
| 15b,d | Low-income housing credit (other) | | | | |
| 15e | Qualified rehabilitation expenditures (rental real estate) | | | | |
| 15f | Other rental real estate credits | | | | |
| 15g | Other rental credits | | | | |
| 15h-p | Other credits | | | | |
| 16b | Gross income from all sources | | | | |
| 16c | Gross income sourced at partner level | | | | |
| 16e | Foreign branch category | | | | |
| 16f | Foreign gross income (partnership level): Passive | | | | |
| 16g | Foreign gross income (partnership level): General categories | | | | |
| 16h | Foreign gross income (partnership level): Other | | | | |
| 16i | Deductions allocated and apportioned (partner level): Interest expense | | | | |
| 16j | Deductions allocated and apportioned (partner level): Other | | | | |
| 16l | Foreign branch category | | | | |
| 16m | Deductions allocated and apportioned (partnership level): Passive | | | | |
| 16n | Deductions allocated and apportioned (partnership level): General categories | | | | |
| 16o | Deductions allocated and apportioned (partnership level): Other | | | | |
| 16p | Total foreign taxes paid | | | | |
| 16q | Total foreign taxes accrued | | | | |
| 16r | Reduction in taxes available for credit | | | | |
| 16s-ai | Other foreign tax information | | | | |
| 17a | Post-1986 depreciation adjustment | | | | -15. |
| 17b | Adjusted gain or loss | | | | |
| 17c | Depletion (other than oil and gas) | | | | |
| 17d | Gross income from oil, gas, and geothermal | | | | |
| 17e | Deductions from oil, gas, and geothermal | | | | |
| 17f | Other AMT items | | | | |
| 18a | Tax-exempt interest income | | | | |
| 18b | Other tax-exempt income | | | | |
| 18c | Nondeductible expenses | | | | |
| 20a | Investment income | | | | |
| 20b | Investment expenses | | | | |

SEE STATEMENT 8

## Regulation Section 1.263(a)-1(f) - De Minimis
## Safe Harbor Election

Taxpayer Name:        ILLINOIS VALLEY CELLULAR RSA 2-I

Taxpayer Address:     200 RIVERFRONT DRIVE MARSEILLES, IL  61341-1454

Taxpayer ID Number:   58-1918886

Year-End:             12/31/2020

Under IRC Regulation Section 1.263(a)-1(f), the taxpayer hereby elects to apply the de minimis
safe harbor election.

ILLINOIS VALLEY CELLULAR RSA                                    58-1918886
FORM 1065 SUPPORTING SCHEDULES
================================================================
LINE 4 - PAGE 1 - ORD INCOME(LOSS) FROM OTH PTNRSHPS AND FIDUCIARIES
================================================================
FROM CENTRAL LTE HOLDINGS, LLC                                      -1,561.
                                                               ---------------
    TOTAL ORDINARY INCOME(LOSS) FROM OTHER PTNRSHPS AND FIDUCIARIES     -1,561.
                                                               ===============


LINE 7 - PAGE 1 - OTHER INCOME(LOSS)
====================================
RECOVERED BAD DEBTS                                                  1,455.
                                                               ---------------
    TOTAL OTHER INCOME(LOSS)                                        1,455.
                                                               ===============


LINE 14 - PAGE 1 - TAXES
========================
PAYROLL TAXES                                                       6,870.
PROPERTY TAX AND LICENSES                                         116,648.
                                                               ---------------
    TOTAL TAXES                                                   123,518.
                                                               ===============


LINE 15 - PAGE 1 - DEDUCTIBLE INTEREST EXPENSE NOT CLAIMED ELSEWHERE
================================================================
INTEREST EXPENSE                                                    3,554.
- DISALLOWED INTEREST FROM FORM 8990                                3,554.
                                                               ---------------
    TOTAL DEDUCTIBLE INTEREST EXPENSE                                 NONE
                                                               ===============


LINE 20 - PAGE 1 - OTHER DEDUCTIONS
===================================
AMORTIZATION                                                       26,266.
ACCOUNTING                                                         67,614.
ADVERTISING                                                       106,119.
AUTO AND TRUCK EXPENSE                                             44,633.
BILLING SERVICES                                                  254,746.
CELLUAR EXPENSE                                                   254,739.
CLEARINGHOUSE CHARGES                                             794,327.
COMMISSIONS                                                       125,160.
COST OF TOLL                                                      354,241.
CREDIT AND COLLECTION                                              11,327.
DUES AND SUBSCRIPTIONS                                             12,329.
INSURANCE                                                          84,919.
LEGAL & PROFESSIONAL                                              100,070.
OFFICE EXPENSE                                                    114,263.
PAGING EXPENSE                                                     11,729.
POSTAGE                                                            16,458.
ROAMING EXPENSE                                                   737,492.
SWITCH CHARGES                                                  1,329,005.
TELEPHONE                                                         136,736.

                    CONTINUED ON NEXT PAGE          STATEMENT  1

FORM 1065 SUPPORTING SCHEDULES
================================================================================
LINE 20 - PAGE 1 - OTHER DEDUCTIONS (CONT'D)
===============================================

```
TRAVEL                                                               9,106.
TRAVEL & ENTERTAINMENT                                               4,056.
UTILITIES                                                          220,483.
UNIVERSAL SERVICE FUND                                              34,922.
911 SURCHARGE                                                      114,828.
BANK CHARGES                                                        89,718.
ABANDONMENT LOSS                                                    12,158.
                                                                ---------------
   TOTAL OTHER DEDUCTIONS                                        5,067,444.
                                                                ===============
```

SCHEDULE K - LINE 5 - INTEREST INCOME
=====================================
```
   OTHER INTEREST INCOME
   ---------------------
                                                                    3,666.
                                                                ---------------
   TOTAL INTEREST INCOME                                            3,666.
                                                                ===============
```

SCHEDULE K - LINE 9A & B - NET LONG-TERM CAPITAL GAIN(LOSS)
===========================================================

|                                  | LINE 9B<br>28% RATE G/L | LINE 9A<br>TOTAL |
|----------------------------------|-------------------------|------------------|
| PORTFOLIO                        |                         | -66,942.         |
| TOTAL NET LONG-TERM CAPITAL GAIN(LOSS) |                   | -66,942.         |

SCHEDULE K - LINE 13D - OTHER DEDUCTIONS
========================================
```
EXCESS BUSINESS INTEREST EXPENSE:
 FROM GENERAL TRADE OR BUSINESS                                     3,554.
                                                                ---------------
   TOTAL OTHER DEDUCTIONS                                           3,554.
                                                                ===============
```

SCHEDULE K - LINE 17A - DEPRECIATION ADJUSTMENT ON PROPERTY
===========================================================
```
FROM CENTRAL LTE HOLDINGS, LLC                                         -15.
                                                                ---------------
   TOTAL DEPRECIATION ADJUSTMENT ON PROPERTY                          -15.
                                                                ===============
```

STATEMENT  2

ILLINOIS VALLEY CELLULAR RSA 2                                        58-1918886
FORM 1065 SUPPORTING SCHEDULES
========================================================================================

SCHEDULE K - LINE 18C - NONDEDUCTIBLE EXPENSES
==============================================
TRAVEL AND ENTERTAINMENT EXPENSES - NONDEDUCTIBLE PORTION                    4,057.
                                                                    ---------------
   TOTAL NONDEDUCTIBLE EXPENSES                                              4,057.
                                                                    ===============


SCHEDULE K - LINE 20A - INVESTMENT INCOME
=========================================
INTEREST INCOME                                                             3,666.
                                                                    ---------------
   TOTAL INVESTMENT INCOME, SCHEDULE K, LINE 20A                            3,666.
                                                                    ===============


SCHEDULE K - LINE 20C - OTHER
=============================
EXCESS TAXABLE INCOME:
  FROM CENTRAL LTE HOLDINGS, LLC                                              352.
GROSS RECEIPTS FOR SEC 448(C)(2):
  TRADE/BUSINESS                                                       11,297,191.
  FROM CENTRAL LTE HOLDINGS, LLC                                          10,385.


                                                                STATEMENT   3

0XX063 1.000
     4781LP   R10Y  09/14/2021 19:27:05 V20-6.7F 1167103

FORM 1065, SUPPORTING SCHEDULES
================================================================================

```
SCHEDULE L - LINE 6 - OTHER CURRENT ASSETS      BEGINNING          ENDING
==========================================      --------------  --------------
PREPAID TOLL                                        22,737.
PREPAID INSURANCE                                   47,779.
PREPAID TOWER LEASE                                 75,960.
TOWER LEASE ESCROW LEASE                           366,585.
MANAGED SIRE HOLDBACK RECEIV                         5,000.
                                                --------------  --------------
   TOTAL OTHER CURRENT ASSETS                      518,061.
                                                ==============  ==============


SCHEDULE L - LINE 8 - OTHER INVESTMENTS         BEGINNING          ENDING
======================================          --------------  --------------
RTFC SUBORDINATE CERTIFICATES                      372,294.
                                                --------------  --------------
   TOTAL OTHER INVESTMENTS                          372,294.
                                                ==============  ==============


SCHEDULE L - LINE 13 - OTHER ASSETS             BEGINNING          ENDING
===================================             --------------  --------------
CONTRIBUTION RECEIVABLE                             38,327.
PLANT UNDER CONSTRUCTION                           964,651.
CAPITAL LEASE ASSET, NET AMORT                   7,216,537.
                                                --------------  --------------
   TOTAL OTHER ASSETS                            8,219,515.
                                                ==============  ==============


SCHEDULE L - LINE 17 - OTHER CURRENT LIABILITIES  BEGINNING        ENDING
================================================  --------------  --------------
ADVANCE BILLINGS                                   438,979.
ACCRUED COMMISSIONS                                  4,763.
ACCRUED ROAMING                                     19,901.
OTHER ACCRUED LIABILITIES                          220,881.
DEFERRED REVENUE                                   229,443.
                                                --------------  --------------
   TOTAL OTHER CURRENT LIABILITIES                 913,967.
                                                ==============  ==============


SCHEDULE L - LINE 20 - OTHER LIABILITIES        BEGINNING          ENDING
========================================        --------------  --------------
DEFERRED REVENUE                                 6,405,284.
LEASE LIABILITY                                  7,485,978.
                                                --------------  --------------
   TOTAL OTHER LIABILITIES                       13,891,262.
                                                ==============  ==============
```

ILLINOIS VALLEY CELLULAR RSA 2                                              58-1918886
FORM 1065, SCHEDULE M-1, SUPPORTING SCHEDULES
========================================================================

SCHEDULE M-1 - LINE 2 - INCOME SUBJ. TO TAX NOT RECORDED ON BOOKS
========================================================================
481A ADJUSTMENT DUE TO ASC 606                                           1,330,717.
                                                                      ---------------
TOTAL INCOME SUBJECT TO TAX NOT RECORDED ON BOOKS                        1,330,717.
                                                                      ===============


SCHEDULE M-1 - LINE 4A - BOOK-TAX DEPRECIATION DIFFERENCE
=========================================================
TAX DEPRECIATION                                                          242,270.
BOOK DEPRECIATION                                                       1,579,828.
                                                                      ---------------
TAX DEPRECIATION OVER BOOK/BOOK DEPRECIATION OVER TAX                   -1,337,558.
                                                                      ===============


SCHEDULE M-1 - LINE 4B - EXPENSES RECORDED ON BOOKS BUT NOT DEDUCTED
========================================================================
BOOK CAPITAL LEASE ASSET AMORTIZATION                                     249,563.
BOOK CAPITAL LEASE LIABILITY INTERST EXP                                  466,119.
BOOK IMPAIRMENT WRITE-OFF                                                  73,454.
BOOK AMORTIZATION                                                          71,100.
BOOK LOSS > TAX LOSS                                                    1,317,299.
BOOK BAD DEBT EXPENSE                                                      19,455.
                                                                      ---------------
TOTAL OTHER EXPENSES RECORDED ON BOOKS BUT NOT DEDUCTED                 2,196,990.
                                                                      ===============


SCHEDULE M-1 - LINE 6 - INCOME RECORDED
ON BOOKS NOT INCLUDED ON SCHEDULE K
===================================
DEFERRED GAIN AMORT. ON SALES LEASEBACK                                   214,187.
                                                                      ---------------
TOTAL INCOME RECORDED ON BOOKS BUT NOT INCLUDED ON SCHEDULE K             214,187.
                                                                      ===============


SCHEDULE M-1 - LINE 7A - OTHER DEDUCTIONS IN RETURN NOT ON BOOKS
========================================================================
754 DEPRECIATION                                                          26,266.
TAX LOSS ON DISP OF CENTRAL LTE HOLDINGS                                   66,942.
CENTRAL LTE HOLDINGS, LLC BOOK/TAX DIFF.                                   12,437.
TOWER LEASE RENT EXPENSE                                                  454,125.
                                                                      ---------------
TOTAL DEDUCTIONS ON TAX RETURN NOT CHARGED AGAINST BOOK INCOME            559,770.
                                                                      ===============


                                                                      STATEMENT   5

0XX063 1.000

ILLINOIS VALLEY CELLULAR RSA 1                                      58-1918886
FORM 1065, SCHEDULE M-2, SUPPORTING SCHEDULES
================================================================================
SCHEDULE M-2 - LINE 4 - OTHER INCREASES
=======================================

TRANSFER FROM MTCO TO MC                                               80,743.
ADJUSTMENT FOR FINAL YEAR RETURN                                      779,130.
                                                                 ---------------
TOTAL OTHER INCREASES                                                859,873.
                                                                 ===============


SCHEDULE M-2 - LINE 7 - OTHER DECREASES
=======================================

TRANSFER FROM MTCO TO MC                                               80,743.
                                                                 ---------------
TOTAL OTHER DECREASES                                                 80,743.
                                                                 ===============

                                                          STATEMENT    6

0XX063 1.000
  4781LP   R10Y   09/14/2021  19:27:05 V20-6.7F 1167103

ILLINOIS VALLEY CELLULAR RSA 2-I     58-1918886

8990 LINE 30 BUSINESS INTEREST EXPENSE SUMMARY
====================================================================================================

|                                        | GROSS INTEREST EXPENSE | DEDUCTIBLE INTEREST EXPENSE | DISALLOWED INTEREST EXPENSE |
|----------------------------------------|------------------------|-----------------------------|-----------------------------|
| ORDINARY BUSINESS INTEREST EXPENSE     | 3,554.                 | NONE                        | 3,554.                      |
| PTE BUSINESS INTEREST EXPENSE          |                        | NONE                        | NONE                        |
| RENTAL BUSINESS INTEREST EXPENSE       |                        |                             |                             |
| OTHER RENTAL BUSINESS INTEREST EXPENSE |                        |                             |                             |
| FARM BUSINESS INTEREST EXPENSE         |                        |                             |                             |
| MULTIPLE TRADE INTEREST EXPENSE        |                        |                             |                             |
| TOTAL                                  | 3,554.                 | NONE                        | 3,554.                      |

ILLINOIS VALLEY CELLULAR RSA 2                                    58-1918886
PASS-THROUGH ENTITIES SUPPORTING SCHEDULES
================================================================================

        CENTRAL LTE HOLDINGS, LLC

PASS-THROUGH ENTITIES - LINE 20C-AH - OTHER INFORMATION
=====================================================
EXCESS TAXABLE INCOME                                                   352.
GROSS RECEIPTS FOR SECTION 448(C)                                    10,385.

0XX063 1.000
   4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

ILLINOIS VALLEY CELLULAR RSA                                        58-1918886
FORM 1065 FOOTNOTES
================================================================================

```
      RECONCILIATION OF ENDING CAPITAL ACCOUNTS: SCH L TO SCH M-2
      ------------------------------------------------------------
      ENDING CAPITAL ACCOUNTS PER SCHEDULE L:                    4,661,016.
      BEGINNING OF YEAR SCH L TO SCH M-2 DIFFERENCE:             4,640,289.
      TEMPORARY DIFFERENCES:
      PASS THROUGH INCOME                                          -12,437.
      BAD DEBT EXPENSE                                              19,455.
      DEPRECIATION                                              1,337,558.
      SALES OF FIXED ASSETS                                     1,317,299.
      AMORTIZATION                                                 71,100.
      DEFERRED GAIN                                              -214,187.
      754 DEPRECIATION                                            -26,266.
      BOOK LEASE LIABILITY INTEREST EXPENSE                       466,119.
      BOOK LEASE ASSET AMORTIZATION                               249,563.
      TAX RENT EXPENSE FROM LEASE                                -454,125.
      BOOK LOSS ON DISPOSAL OF CENTRAL LTE HOLDINGS INVESTMENT     73,454.
      481A ADJUSTMENT DUE TO ASC 606                            1,330,717.
      TAX LOSS ON DISPOSAL OF CENTRAL LTE HOLDINGS INVESTMENT     -66,942.
      BOOK RETAINED EARNINGS CHANGES THAT DON'T CHANGE TAX:
      PY CUMULATIVE ADJUSTMENT FOR ASC 606                     -1,330,717.
      PY BOOK DEFERRED GAIN                                        21,893.
      PY BOOK GOODWILL, INTANGIBLE AND FMV ADJ. DUE TO CONSOLID. -8,240,230.
      PY CAPITAL CONTRIBUTION CONVERTED TO NON-CASH DISTRIBUTION    38,327.
      LIQUIDATING PROPERTY DISTRIBUTION                        -4,661,016.
      ADJUSTMENT FOR FINAL YEAR RETURN                            779,130.
                                                              ---------------
      TOTAL AMOUNT OF FOOTNOTE                                         NONE
                                                              ===============


      ATTACHMENT TO SCHEDULE B, QUESTION 10C
      FILED PURSUANT TO IRC SEC 734(D) AND NOTICE 2005-32
      ------------------------------------------------------------
      TRANSFEROR PARTNER: TONICA CELLULAR (36-3795992)
      TRANSFEREE PARTNERS: MARSEILLES CELLULAR AND MTCO CORP.
      TRANSFEREE EINS: 36-3795030 AND 36-3465368
      ------------------------------------------------------------
      CASH PAID:                                                   38,327.
      PREVIOUSLY TAXED CAPITAL:                                 1,303,290.
      TOTAL BUILT-IN LOSS                                       -1,264,963.
                                                              ---------------
      TOTAL AMOUNT OF FOOTNOTE                                      76,654.
                                                              ===============


      ATTACHMENT TO SCHEDULE B, QUESTION 10B
      STEP-DOWN CALCULATION AND ALLOCATION
      (DISCLOSURE PURSUANT TO REG. 1.734-1(D))
      ------------------------------------------------------------
      TAXPAYER: ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP
      EIN: 58-1918886
      YEAR-END: 12/31/2020
      ------------------------------------------------------------
      SALES PRICE:                                                 38,327.
      PREVIOUSLY TAXED CAPITAL:                                 1,303,290.
      STEP-DOWN IN BASIS:                                       1,264,963.
      ------------------------------------------------------------
      THE ALLOCATION OF THE ABOVE STEP-DOWN IS AS FOLLOWS:
```

STATEMENT  9

ILLINOIS VALLEY CELLULAR RSA 4                                  58-1918886
FORM 1065 FOOTNOTES
=================================================================================
       INTANGIBLES:                                          1,264,963.
       TOTAL STEP-DOWN IN BASIS:                             1,264,963.
                                                            ---------------
       TOTAL AMOUNT OF FOOTNOTE                              5,136,506.
                                                            ===============

0XX063 1.000
    4781LP   R10Y   09/14/2021  19:27:05  V20-6.7F  1167103

=============================================================================

FEDERAL ELECTIONS


REGULATION REFERENCE:   168(K)


ELECTION OUT OF BONUS DEPRECIATION ALLOWANCE

PURSUANT TO IRC SECTION 168(K), ILLINOIS VALLEY CELLULAR RSA 2-I (EIN:
58-1918886) ELECTS TO NOT CLAIM THE ADDITIONAL DEPRECIATION DEDUCTION FOR
ALL ELIGIBLE PROPERTY PLACED IN SERVICE DURING THE TAX YEAR ENDED
12/31/2020.

## Schedule K-1, Item L - Analysis of Partners Capital Accounts

| Partner Number | A. Capital Account at Beginning of Year | B. Capital Contributed During Year | C. Current Year Net Income (Loss) | D. Other Increase/Decrease | E. Withdrawals and Distributions | F. Capital Account at End of Year |
|---|---|---|---|---|---|---|
| 3 | 4,421,310. | | -620,167. | 859,873. | 4,661,016. | |
| 4 | | | | | | |
| 5 | 90,439. | | -9,696. | -80,743. | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **TOTALS** | 4,511,749. | | -629,863. | 779,130. | 4,661,016. | |

JSA

0P9040 2.000    ILLINOIS VALLEY CELLULAR RSA 2-I          58-1918886

ILLINOIS VALLEY CELLULAR RSA 2-I                                                    58-1918886

| Partner Columnar Review - Sch. K-1, Item K, Partner's share of liabilities | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Item K | | | | | | |
| Partner Number | Partner Name | Beginning nonrecourse liabilities | Beginning qualified liabilities | Beginning Other liabilities | Ending nonrecourse liabilities | Ending qualified liabilities | Ending Other liabilities | |
| 3 | MARSEILLES CELLULAR, INC. | | | 14,927,503. | | | | |
| 4 | TONICA CELLULAR | | | | | | | |
| 5 | MTCO CORPORATION | | | 304,643. | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Totals . . . . . . . . . . . . . . . . . . . | | | | 15,232,146. | | | | |

0P9100 1.000    4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

1167103

ILLINOIS VALLEY CELLULAR RSA 2-I                                                           58-1918886

## Partner Columnar Review - Sch. K-1, Item L, Partner's capital account analysis

| | | Item L | | | | | | Item N | |
|---|---|---|---|---|---|---|---|---|---|
| Partner Number | Partner Name | Beginning capital | Capital contributions | Current year net income (loss) | Other increase (decrease) | Withdrawals and distributions | Ending capital | Net unrecognized Sec 704(c) gain (loss) Beginning | Net unrecognized Sec 704(c) gain (loss) Ending |
| 3 | MARSEILLES CELLULAR, INC. | 4,421,310. | | −620,167. | 859,873. | 4,661,016. | | | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | 90,439. | | −9,696. | −80,743. | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** . . . . . . . . . . . . . . . . . . . . | | 4,511,749. | | −629,863. | 779,130. | 4,661,016. | | | |

0P9070 2.000    4781LP R10Y  09/14/2021  19:27:05  V20-6.7F
                            1167103

ILLINOIS VALLEY CELLULAR RSA 2-I                                                    58-1918886

## Partner Columnar Review - Sch. K-1, Item L, Partner's capital account analysis Detail

| Partner number | Partner name | Cash contributions | Property contributions | Contributions due to transfers | Adjustments for final year | Cash distributions | Property distributions | Withdrawals due to transfers | Adjustments for final year |
|---|---|---|---|---|---|---|---|---|---|
| | | Capital contributed during the year | | | | Withdrawals & Distributions | | | |
| 3 | MARSEILLES CELLULAR, INC. | | | | | | 4,661,016. | | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Totals . . . . . . . . . . . . . . . . . . . . | | | | | | | 4,661,016. | | |

0P9079 1.000    4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

1167103

ILLINOIS VALLEY CELLULAR RSA 2-I                                                              58-1918886

### Partner Columnar Review - Sch. K-1, Lines 1 - 5

| Partner Number | Partner Name | Line 1 Ordinary income (loss) | Line 2 Rental real estate income (loss) | Line 3 Other rental income (loss) | Line 4a Guaranteed payments for services | Line 4b Guaranteed payments for capital | Line 4c Total guaranteed payments | Line 5 Interest income | |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MARSEILLES CELLULAR, INC. | −538,768. | | | | | | 3,610. | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | −8,427. | | | | | | 56. | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** . . . . . . . . . . . . . . . . . . . | | −547,195. | | | | | | 3,666. | |

0P9071 2.000    4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

ILLINOIS VALLEY CELLULAR RSA 2-I                                                                 58-1918886

## Partner Columnar Review - Sch. K-1, Lines 6a - 9c

| | | Line 6a | Line 6b | Line 6c | Line 7 | Line 8 | Line 9a | Line 9b | Line 9c |
|---|---|---|---|---|---|---|---|---|---|
| Partner Number | Partner Name | Ordinary dividends | Qualified dividends | Dividends equivalents | Royalties | Net short-term capital gain (loss) | Net long-term capital gain (loss) | Collectibles (28%) gain (loss) | Unrecaptured section 1250 gain |
| 3 | MARSEILLES CELLULAR, INC. | | | | | | -65,914. | | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | | | | | | -1,028. | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** . . . . . . . . . . . . . . . . . . . . | | | | | | | -66,942. | | |

ILLINOIS VALLEY CELLULAR RSA 2-I                                                    58-1918886

## Partner Columnar Review - Sch. K-1, Lines 11h - 13e

| Partner Number | Partner Name | Line 11h — Subpart F income other than Sections 951A and 965 inclusion | Line 11i — Other Income | Line 12 — Section 179 deduction | Line 13a — Cash contributions (60%) | Line 13b — Cash contributions (30%) | Line 13c — Noncash contributions (50%) | Line 13d — Noncash contributions (30%) | Line 13e — Capital gain property to a 50% organization (30%) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MARSEILLES CELLULAR, INC. | | | | 11,600. | | | | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | | | | 181. | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** . . . . . . . . . . . . . . . . . . . . . | | | | | 11,781. | | | | |

0P9073 2.000     4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

ILLINOIS VALLEY CELLULAR RSA 2-I                                                                                  58-1918886

### Partner Columnar Review - Sch. K-1, Lines 13f - 13m

| Partner Number | Partner Name | Line 13f Capital gain property (20%) | Line 13g Contributions (100%) | Line 13h Investment interest expense | Line 13i Deductions - royalty income | Line 13j Section 59(e)(2) expenditures | Line 13k Excess business interest expense | Line 13l Deductions - portfolio (other) | Line 13m Amounts paid for medical insurance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MARSEILLES CELLULAR, INC. | | | | | | 3,500. | | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | | | | | | 54. | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** . . . . . . . . . . . . . . . . . . . . . | | | | | | | 3,554. | | |

0P9074 1.000   4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

ILLINOIS VALLEY CELLULAR RSA 2-I                                                                   58-1918886

### Partner Columnar Review - Sch. K-1, Lines 16ae - 17c

| Partner Number | Partner Name | Line 16ae Base erosion tax benefits from base erosion tax payments | Line 16af Amts incl in the denominator of the base percentage | Line 16ag Sec 951A (GILT) information | Line 16ah Foreign derived intangible income (FDII) | Line 16ai Sec 864(c)(8) foreign ptr's distributive share | Line 17a Post-1986 depreciation adjustment | Line 17b Adjusted gain or loss | Line 17c Depletion (Other than Oil & Gas) |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MARSEILLES CELLULAR, INC. | | | | | | -23,599. | | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | | | | | | -368. | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** . . . . . . . . . . . . . . . . . . . . | | | | | | | -23,967. | | |

0P9097 2.000    4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

ILLINOIS VALLEY CELLULAR RSA 2-I                                                                      58-1918886

## Partner Columnar Review - Sch. K-1, Lines 17d - 19b

| Partner Number | Partner Name | Line 17d Oil, gas & geothermal - gross income | Line 17e Oil, gas & geothermal - deductions | Line 17f Other AMT items | Line 18a Tax-exempt interest income | Line 18b Other tax-exempt income | Line 18c Nondeductible expenses | Line 19 Cash and marketable securities | Line 19b Distribution subject to section 737 |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MARSEILLES CELLULAR, INC. | | | | | | 3,995. | | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | | | | | | 62. | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** . . . . . . . . . . . . . . . . . . . . | | | | | | | 4,057. | | |

0P9092 1.000    4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

ILLINOIS VALLEY CELLULAR RSA 2-I                                    58-1918886

### Partner Columnar Review - Sch. K-1, Lines 19c - 20h

| Partner Number | Partner Name | Line 19c Other property | Line 20a Investment income | Line 20b Investment expense | Line 20d Qualified rehabilitation exp. (other than rental real estate) | Line 20e Basis of energy property | Line 20f Recapture of low-income housing credit (section 42(j)(5)) | Line 20g Recapture of low-income housing credit (other) | Line 20h Recapture of investment credit |
|---|---|---|---|---|---|---|---|---|---|
| 3 | MARSEILLES CELLULAR, INC. | 4,661,016. | 3,610. | | | | | | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | | 56. | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **Totals** . . . . . . . . . . . . . . . . . . . | | 4,661,016. | 3,666. | | | | | | |

0P9093 1.000    4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

ILLINOIS VALLEY CELLULAR RSA 2-I                                                                    58-1918886

### Partner Columnar Review - Sch. K-1, Lines 20aa - 20ah

| | | Line 20aa | Line 20ab | Line 20ac | Line 20ad | Line 20ae | Line 20af | Line 20ag | Line 20ah |
|---|---|---|---|---|---|---|---|---|---|
| Partner Number | Partner Name | Section 704(c) information | Section 751 gain loss | Section 1(h)(5) gain loss | Section 1250 unrecaptured gain | Excess taxable income | Excess business interest income | Gross receipts for section 448(c) | Other items increasing item L |
| 3 | MARSEILLES CELLULAR, INC. | | | | | 347. | | 11,133,915. | |
| 4 | TONICA CELLULAR | | | | | | | | |
| 5 | MTCO CORPORATION | | | | | 5. | | 173,661. | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| Totals . . . . . . . . . . . . . . . . . . . . | | | | | | 352. | | 11,307,576. | |

0P9103 2.000    4781LP R10Y  09/14/2021  19:27:05  V20-6.7F

1167103

**BKD**
CPAs & Advisors

**PRAXITY**
Empowering Business Globally

8517 Excelsior Drive, Suite 301  |  Madison, WI 53717-2910  |  608.664.9110

Marseilles Cellular, Inc.
P.O. Box 247
Marseilles, IL 61341

Dear Marseilles Cellular, Inc.:

Attached is your copy of the Partnership Form 1065 Schedule K-1 for  Illinois Valley Cellular RSA 2-I.  This schedule summarizes your information from the partnership.  This information has been provided to the Internal Revenue Service with the U.S. Partnership Tax Return Form 1065.

The information provided on this schedule should be entered on your tax return, in accordance with the Schedule K-1 instructions.  If your return will be prepared by your accountant or attorney, you should provide a copy of this schedule to the preparer with your other tax information.  A copy of the entire instructions for Schedule K-1 can be found on our website at https://www.bkd.com/services/schedule-k-1-instructions.

Please consult your tax advisor regarding your net investment income tax obligations under Section 1411 associated with items of income or loss reported on your Schedule K-1.  See the Instructions for Form 8960 and Treasury Regulations section 1.1411-1 through 1.1411-10 for more details.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


BKD, LLP

651119

**Schedule K-1**
**(Form 1065)**

FINAL RETURN

2020

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____ ending _____

## Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

| X | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | –538,768. | **15** Credits | |
| **2** Net rental real estate income (loss) | | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions | |
| **4a** Guaranteed payments for services | | | |
| **4b** Guaranteed payments for capital | | | |
| **4c** Total guaranteed payments | | | |
| **5** Interest income \* | 3,610. | | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | | |
| **6c** Dividend equivalents | | **17** Alternative minimum tax (AMT) items | |
| | | A \* | –23,599. |
| **7** Royalties | | | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) \* | –65,914. | **18** Tax-exempt income and nondeductible expenses | |
| **9b** Collectibles (28%) gain (loss) | | C \* | 3,995. |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | | |
| **11** Other income (loss) | | **19** Distributions | |
| C | 4,661,016. | C | 4,661,016. |
| **12** Section 179 deduction | | **20** Other information | |
| | | A | 3,610. |
| **13** Other deductions | | | |
| A | 11,600. | AE | 347. |
| K\* | 3,500. | AG | 11,133,915. |
| **14** Self-employment earnings (loss) | | | |

### Part I — Information About the Partnership

**A** Partnership's employer identification number
58-1918886

**B** Partnership's name, address, city, state, and ZIP code
ILLINOIS VALLEY CELLULAR RSA 2-I
200 RIVERFRONT DRIVE
MARSEILLES, IL  61341-1454

**C** IRS Center where partnership filed return ► EFILE

**D** Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)    3
36-3795030

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MARSEILLES CELLULAR, INC.
P.O. BOX 247
MARSEILLES, IL 61341

**G** | X | General partner or LLC member-manager | | Limited partner or other LLC member |

**H1** | X | Domestic partner | | Foreign partner |

**H2** If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?    CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 98.460000 % | NONE % |
| Loss | 98.460000 % | NONE % |
| Capital | 98.460000 % | NONE % |

Check if decrease is due to sale or exchange of partnership interest .

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . $ | | $ |
| Qualified nonrecourse financing . . . . . $ | | $ |
| Recourse . . . . . $ | 14,927,503. | $ |

Check this box if Item K includes liability amounts from lower tier partnerships.

**L** Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account . . . . . . $ | 4,421,310. |
| Capital contributed during the year . . $ | |
| Current year net income (loss) . . . . $ | –620,167. |
| Other increase (decrease) (attach explanation) $ | 859,873. |
| Withdrawals & distributions . . . . . $ ( | 4,661,016. ) |
| Ending capital account . . . . . . $ | |

**M** Did the partner contribute property with a built-in gain or loss?
| | Yes | X | No    If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . $ _____

**21** More than one activity for at-risk purposes\*
**22** More than one activity for passive activity purposes\*
\*See attached statement for additional information.

For IRS Use Only

JSA
0P1200 1.000

4781LP    R10Y    09/14/2021   19:27:05  V20-6.7F  1167103

ILLINOIS VALLEY CELLULAR RSA2                                    58-1918886
SCH K-1 SUPPORTING SCHEDULES PARTNER #    3 MARSEILLES CELLULAR, INC.
================================================================================
ITEM L - RECONCILIATION OF INCOME
=================================
INCOME (LOSS) FROM SCH. K-1, LINES 1 - 11, 18A AND 18B

```
  ORDINARY INCOME                                             -538,768.
  INTEREST INCOME                                                3,610.
  NET LONG-TERM CAPITAL GAIN (LOSS)                            -65,914.
                                                          ---------------
     TOTAL OF LINES 1 THROUGH 11, 18A AND 18B                -601,072.
```

DEDUCTIONS FROM SCH. K-1, LINES 12, 13, 16P, 16Q AND 18C

```
  OTHER DEDUCTIONS                                              15,100.
  NONDEDUCTIBLE EXPENSE                                          3,995.
                                                          ---------------
     TOTAL OF LINES 12, 13, 16P, 16Q AND 18C                   19,095.
                                                          ---------------
TOTAL CURRENT YEAR NET INCOME (LOSS)                         -620,167.
                                                          ===============
```

ITEM L - OTHER INCREASE (DECREASE)
==================================

```
PLUS:  OTHER INCREASES TO PARTNER'S CAPITAL
    TRANSFER FROM MTCO TO MC                                    80,743.

PLUS:  ADJ. TO OTHER INCREASES FOR FINAL YEAR RETURN          779,130.
                                                          ---------------
        TOTAL OTHER INCREASE (DECREASE)                       859,873.
                                                          ===============
```

ITEM L - WITHDRAWALS AND DISTRIBUTIONS
======================================

```
PROPERTY DISTRIBUTIONS                                       4,661,016.
                                                          ---------------
     TOTAL WITHDRAWALS AND DISTRIBUTIONS                     4,661,016.
                                                          ===============
```

LINE 5 - INTEREST INCOME
========================

OTHER INTEREST INCOME
---------------------

```
                                                               3,610.
                                                          ---------------
     TOTAL INTEREST INCOME                                     3,610.
                                                          ===============
```

                                                           STATEMENT   1

```
ILLINOIS VALLEY CELLULAR RSA-1                              58-1918886
SCH K-1 SUPPORTING SCHEDULES PARTNER #   3 MARSEILLES CELLULAR, INC.
================================================================================
LINE 9 - NET LONG-TERM CAPITAL GAIN(LOSS)
==========================================
                                              LINE 9B            LINE 9A
                                           28% GAIN(LOSS)          TOTAL
                                           ==============     ==============

FROM PORTFOLIO ACTIVITIES                                        -65,914.
                                           --------------     --------------
   TOTAL NET LONG-TERM CAPITAL GAIN(LOSS)                        -65,914.
                                           ==============     ==============


LINE 13 - OTHER DEDUCTIONS
===========================
K  EXCESS BUSINESS INTEREST EXPENSE
------------------------------------
   FROM TRADE\BUSINESS                                              3,500.
                                                               --------------
   TOTAL BOX K                                                     3,500.
                                                               ==============


LINE 17 - ALTERNATIVE MINIMUM TAX (AMT) ITEMS
==============================================
A  POST-1986 DEPRECIATION ADJUSTMENT
-------------------------------------
FROM PASS-THROUGH ENTITIES                                           -15.
                                                               --------------
   TOTAL BOX A                                                       -15.
                                                               ==============


LINE 18C - NONDEDUCTIBLE EXPENSES
==================================
TRAVEL AND ENTERTAINMENT EXPENSE NONDEDUCTIBLE                     3,995.
                                                               --------------
   TOTAL NONDEDUCTIBLE EXPENSES                                    3,995.
                                                               ==============


LINE 20 - OTHER INFORMATION
============================
AE EXCESS TAXABLE INCOME
-------------------------
   FROM PASS-THROUGH ENTITIES                                        347.
                                                               --------------
   TOTAL BOX AE                                                      347.
                                                               ==============

AG GROSS RECEIPTS FOR SECTION 448(C)
-------------------------------------
   FROM TRADE\BUSINESS                                         11,123,690.
   FROM PASS-THROUGH ENTITIES                                      10,225.
                                                               --------------
   TOTAL BOX AG                                                11,133,915.
                                                               ==============
```

```
0P9000 1.000
     4781LP  R10Y  09/14/2021 19:27:05 V20-6.7F 1167103
```

==============================================================================

PARTNER FOOTNOTES ASSOCIATED W/SCH. K-1, LINE 20
================================================
Z. SECTION 199A INCOME

THE INFORMATION PROVIDED ON STATEMENT A - QBI
PASS-THROUGH ENTITY REPORTING REFLECTS THE
ATTRIBUTABLE PORTION OF QUALIFIED ITEMS OF INCOME,
GAIN, DEDUCTION AND LOSS FOR EACH TRADE OR
BUSINESS REPORTED ON YOUR SCHEDULE K-1. THE
ULTIMATE TREATMENT OF THESE AMOUNTS AS QUALIFIED
BUSINESS INCOME IS DETERMINED AT THE OWNER LEVEL
UNDER TREAS. REG. SECTION 1.199A-3(B)(2). PLEASE
SEE THE 2020 INSTRUCTIONS TO FORMS 1040, 1041,
8995 AND 8995-A AND/OR PUBLICATION 535 FOR MORE
INFORMATION ON DETERMINING YOUR QUALIFIED BUSINESS
INCOME.
--------------------------------------------------
PLEASE CONSULT YOUR TAX ADVISOR REGARDING YOUR
POSSIBLE QBI DEDUCTION UNDER SECTION 199A
ASSOCIATED WITH ITEMS OF INCOME OR LOSS REPORTED
ON YOUR SCHEDULE K-1. SEE THE INSTRUCTIONS FOR
2020 FORM 1040 AND FINAL TREASURY REGULATION
SEC. 1.199A-1 THROUGH SEC. 1.199A-6
FOR MORE DETAIL.
--------------------------------------------------



PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE
POTENTIAL APPLICATION OF THIS LIMITATION AT YOUR
LEVEL AS A RESULT OF THE GROSS RECEIPTS TEST OF
SEC. 448(C). THE FOLLOWING AMOUNTS WERE
DETERMINED IN ACCORDANCE WITH TREAS. REG.
SEC. 1.163(J)-2 AND SEC. 1.163(J)-6.
INFORMATION REGARDING PRIOR YEARS' GROSS RECEIPTS
IS AVAILABLE UPON REQUEST.

YOUR DISTRIBUTIVE SHARE OF THE ENTITY'S CURRENT
YEAR DEDUCTIBLE BUSINESS INTEREST EXPENSE AND
CURRENT YEAR GROSS RECEIPTS CAN BE FOUND ON LINES
20N AND 20AG OF YOUR 2020 SCHEDULE K-1,
RESPECTIVELY.
YOUR DISTRIBUTIVE SHARE OF THE ENTITY'S NET
NON-EXCEPTED TRADE OR BUSINESS ITEMS OF INCOME,
GAIN, LOSS AND DEDUCTION (INCLUDING BUSINESS
INTEREST EXPENSE AND BUSINESS INTEREST INCOME)
[PURSUANT TO 1.163(J)-6(M)(1)]:                                        -616,169.

SCH K-1 SUPPORTING SCHEDULES PARTNER #   3 MARSEILLES CELLULAR, INC.
================================================================================

PARTNER FOOTNOTES
=================

ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP HAS ELECTED OUT OF THE
CENTRALIZED PARTNERSHIP AUDIT REGIME IN ACCORDANCE WITH INTERNAL
REVENUE CODE §6221(B) AND REG. §301.6221(B)-1 FOR TAX YEAR ENDING
12/31/2020.

THE CAPITAL ACCOUNT BALANCE IN ITEM L OF YOUR 2019 SCHEDULE K-1 WAS
CALCULATED USING THE GAAP METHOD. PURSUANT TO NEW IRS CAPITAL ACCOUNT
AND REPORTING REQUIREMENTS FOR 2020, THE BEGINNING CAPITAL ACCOUNT
BALANCE REPORTED IN ITEM L OF YOUR SCHEDULE K-1 WAS CALCULATED USING
THE TAX BASIS METHOD. AS A RESULT, THIS YEAR'S BEGINNING BALANCE MAY
NOT MATCH THE ENDING BALANCE REPORTED IN THE PRIOR YEAR.

THE TAX CAPITAL ACCOUNT REPORTED IN ITEM L OF YOUR SCHEDULE K-1 MAY
NOT EQUAL YOUR ACTUAL OUTSIDE TAX BASIS IN YOUR PARTNERSHIP INTEREST
BECAUSE CERTAIN ITEMS THAT IMPACT A PARTNER'S OUTSIDE TAX BASIS ARE
NOT INCLUDIBLE FOR THE PURPOSES OF CALCULATING YOUR SCHEDULE K-1 TAX
CAPITAL ACCOUNT. PARTNERS ARE REQUIRED TO SEPARATELY MAINTAIN THEIR
OUTSIDE TAX BASIS IN THEIR PARTNERSHIP INTEREST PURSUANT TO THE
INTERNAL REVENUE CODE. PLEASE CONTACT YOUR TAX ADVISOR.

EFFECTIVE AS OF DECEMBER 31, 2020, ILLINOIS VALLEY CELLULAR RSA 2-1
PARTNERSHIP WAS CONVERTED FROM AN ILLINOIS GENERAL PARTNERSHIP TO AN
ILLINOIS LIMITED LIABILITY COMPANY.  MTCO CORPORATION ASSIGNED/SOLD
ITS INTEREST IN THE ILLINOIS VALLEY CELLULAR RSA 2-I, LLC TO
MARSEILLES CELLULAR, INC.  AT THAT TIME, ILLINOIS VALLEY CELLULAR RSA
2-1, LLC BECAME A SINGLE MEMBER LLC, OF WHICH IS DISREGARDED FOR
FEDERAL INCOME TAX PURPOSES.  SCHEDULE K-1, LINE 19, BOX C
DISTRIBUTIONS INCLUDES A LIQUIDATING PROPERTY DISTRIBUTION PURSUANT
TO THE TRANSACTION.

STATEMENT   4

## Schedule of Activities

| | Activity | Disposed | QLIH | PTP | Pass-through |
|---|---|---|---|---|---|
| **A:** CENTRAL LTE HOLDINGS, LLC - NOT SSTB | PASS-THROUGH | NO | NO | NO | YES |
| **B:** ILLINOIS VALLEY CELLULAR RSA 2-I | PORTFOLIO | YES | NO | NO | NO |
| **C:** ILLINOIS VALLEY CELLULAR RSA 2-I - NOT SSTB | GEN. T/B | YES | NO | NO | NO |
| **D:** | | | | | |

| | | | A | B | C | D |
|---|---|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) | −1,537. | | −537,231. | |
| | 2 | Net rental real estate income (loss) | | | | |
| | 3 | Other net rental income (loss) | | | | |
| | 4a | Guaranteed payments for services | | | | |
| | 4b | Guaranteed payments for capital | | | | |
| | 4c | Total guaranteed payments | | | | |
| | 5 | Interest income | | 3,610. | | |
| | 6a | Ordinary dividends | | | | |
| | 6b | Qualified dividends | | | | |
| | 6c | Dividend equivalents | | | | |
| | 7 | Royalties | | | | |
| | 8 | Net short-term capital gain (loss) | | | | |
| | 9a | Net long-term capital gain (loss) | | −65,914. | | |
| | 9b | Collectibles (28%) gain (loss) | | | | |
| | 9c | Unrecaptured section 1250 gain | | | | |
| | 10 | Net section 1231 gain (loss) | | | | |
| | 11 | Other income (loss) | | | | |
| **Deductions** | 12 | Section 179 deduction | | | | |
| | 13a-g | Contributions | | | 11,600. | |
| | 13i,l | Deductions related to portfolio income | | | | |
| | 13h | Investment interest expense | | | | |
| | 13j | Section 59(e)(2) expenditures | | | | |
| | 13k,m-x | Other deductions | | | 3,500. | |
| **Credits** | 15a,c | Low-income housing credit (section 42(j)(5)) | | | | |
| | 15b,d | Low-income housing credit (other) | | | | |
| | 15e | Qualified rehabilitation expenditures (rental real estate) | | | | |
| | 15f | Other rental real estate credits | | | | |
| | 15g | Other rental credits | | | | |
| | 15h-p | Other credits | | | | |
| **Foreign Transactions** | 16b | Gross income from all sources | | | | |
| | 16c | Gross income sourced at partner level | | | | |
| | 16e | Foreign branch category | | | | |
| | 16f | Foreign gross income (partnership level): Passive | | | | |
| | 16g | Foreign gross income (partnership level): General categories | | | | |
| | 16h | Foreign gross income (partnership level): Other | | | | |
| | 16i | Deductions allocated and apportioned (partner level): Interest expense | | | | |
| | 16j | Deductions allocated and apportioned (partner level): Other | | | | |
| | 16l | Foreign branch category | | | | |
| | 16m | Deductions allocated and apportioned (partnership level): Passive | | | | |
| | 16n | Deductions allocated and apportioned (partnership level): General categories | | | | |
| | 16o | Deductions allocated and apportioned (partnership level): Other | | | | |
| | 16p | Total foreign taxes paid | | | | |
| | 16q | Total foreign taxes accrued | | | | |
| | 16r | Reduction in taxes available for credit | | | | |
| | 16s-ai | Other foreign tax information | | | | |
| **Alternative Minimum Tax** | 17a | Post-1986 depreciation adjustment | −15. | | −23,584. | |
| | 17b | Adjusted gain or loss | | | | |
| | 17c | Depletion (other than oil and gas) | | | | |
| | 17d | Gross income from oil, gas, and geothermal | | | | |
| | 17e | Deductions from oil, gas, and geothermal | | | | |
| | 17f | Other AMT items | | | | |
| **Tax-exempt Inc. & Exp.** | 18a | Tax-exempt interest income | | | | |
| | 18b | Other tax-exempt income | | | | |
| | 18c | Nondeductible expenses | | | 3,995. | |
| **Other** | 20a | Investment income | | 3,610. | | |
| | 20b | Investment expenses | | | | |

```
ILLINOIS VALLEY CELLULAR RSA 2-I                              58-1918886
PARTNER ACTIVITIES DETAIL      PARTNER #   3 MARSEILLES CELLULAR, INC.
======================================================================
ACTIVITY:  CENTRAL LTE HOLDINGS, LLC - NOT SSTB
=========  ===========================================================
LINE 20 - OTHER INFORMATION
===========================
EXCESS TAXABLE INCOME                                             347.
GROSS RECEIPTS FOR SECTION 448(C)                             10,225.


ACTIVITY:  ILLINOIS VALLEY CELLULAR RSA 2-I - NOT SSTB
======================================================================
LINE 20 - OTHER INFORMATION
===========================
GROSS RECEIPTS FOR SECTION 448(C)                         11,123,690.
```

                                                    STATEMENT   1

**BKD**
CPAs & Advisors



8517 Excelsior Drive, Suite 301  |  Madison, WI 53717-2910  |  608.664.9110

Tonica Cellular
P.O. Box 158
Tonica, IL 61370

Dear Tonica Cellular:

Attached is your copy of the Partnership Form 1065 Schedule K-1 for  Illinois Valley Cellular RSA 2-I.  This schedule summarizes your information from the partnership.  This information has been provided to the Internal Revenue Service with the U.S. Partnership Tax Return Form 1065.

The information provided on this schedule should be entered on your tax return, in accordance with the Schedule K-1 instructions.  If your return will be prepared by your accountant or attorney, you should provide a copy of this schedule to the preparer with your other tax information.  A copy of the entire instructions for Schedule K-1 can be found on our website at https://www.bkd.com/services/schedule-k-1-instructions.

Please consult your tax advisor regarding your net investment income tax obligations under Section 1411 associated with items of income or loss reported on your Schedule K-1.  See the Instructions for Form 8960 and Treasury Regulations section 1.1411-1 through 1.1411-10 for more details.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


BKD, LLP

**FINAL RETURN**

651119

**Schedule K-1**
**(Form 1065)**

**2020**

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year

beginning _____   ending _____

## Partner's Share of Income, Deductions, Credits, etc.

► See separate instructions.

| X | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 6c | Dividend equivalents | 17 | Alternative minimum tax (AMT) items |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 19 | Distributions |
| 11 | Other income (loss) | | |
| | | 20 | Other information |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| 14 | Self-employment earnings (loss) | | |

### Part I   Information About the Partnership

**A**  Partnership's employer identification number

58-1918886

**B**  Partnership's name, address, city, state, and ZIP code

ILLINOIS VALLEY CELLULAR RSA 2-I
200 RIVERFRONT DRIVE
MARSEILLES, IL  61341-1454

**C**  IRS Center where partnership filed return ►  EFILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E**  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)   4

36-3795992

**F**  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

TONICA CELLULAR
P.O. BOX 158
TONICA, IL 61370

**G**  ☒ General partner or LLC member-manager  ☐ Limited partner or other LLC member

**H1**  ☒ Domestic partner  ☐ Foreign partner

**H2**  ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____   Name _____

**I1**  What type of entity is this partner?   CORPORATION

**I2**  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J**  Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | NONE % | NONE % |
| Loss | NONE % | NONE % |
| Capital | NONE % | NONE % |

Check if decrease is due to sale or exchange of partnership interest . ☐

**K**  Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . | $ | $ |
| Qualified nonrecourse financing . . . . . | $ | $ |
| Recourse . . . . . | $ | $ |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**  Partner's Capital Account Analysis

Beginning capital account . . . . . . $ _____
Capital contributed during the year . . $ _____
Current year net income (loss) . . . . $ _____
Other increase (decrease) (attach explanation) $ _____
Withdrawals & distributions . . . . . $ ( _____ )
Ending capital account . . . . . . $ _____

**M**  Did the partner contribute property with a built-in gain or loss?
☐ Yes  ☒ No   If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . $ _____

| 21 | More than one activity for at-risk purposes* |
| 22 | More than one activity for passive activity purposes* |

*See attached statement for additional information.

*For IRS Use Only*

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   www.irs.gov/Form1065   Schedule K-1 (Form 1065) 2020

JSA
0P1200 1.000

4781LP  R10Y  09/14/2021  19:27:05 V20-6.7F 1167103

SCH K-1 SUPPORTING SCHEDULES PARTNER #    4 TONICA CELLULAR
================================================================================

PARTNER FOOTNOTES
=================
ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP HAS ELECTED OUT OF THE
CENTRALIZED PARTNERSHIP AUDIT REGIME IN ACCORDANCE WITH INTERNAL
REVENUE CODE §6221(B) AND REG. §301.6221(B)-1 FOR TAX YEAR ENDING
12/31/2020.

THE CAPITAL ACCOUNT BALANCE IN ITEM L OF YOUR 2019 SCHEDULE K-1 WAS
CALCULATED USING THE GAAP METHOD. PURSUANT TO NEW IRS CAPITAL ACCOUNT
AND REPORTING REQUIREMENTS FOR 2020, THE BEGINNING CAPITAL ACCOUNT
BALANCE REPORTED IN ITEM L OF YOUR SCHEDULE K-1 WAS CALCULATED USING
THE TAX BASIS METHOD. AS A RESULT, THIS YEAR'S BEGINNING BALANCE MAY
NOT MATCH THE ENDING BALANCE REPORTED IN THE PRIOR YEAR.

THE TAX CAPITAL ACCOUNT REPORTED IN ITEM L OF YOUR SCHEDULE K-1 MAY
NOT EQUAL YOUR ACTUAL OUTSIDE TAX BASIS IN YOUR PARTNERSHIP INTEREST
BECAUSE CERTAIN ITEMS THAT IMPACT A PARTNER'S OUTSIDE TAX BASIS ARE
NOT INCLUDIBLE FOR THE PURPOSES OF CALCULATING YOUR SCHEDULE K-1 TAX
CAPITAL ACCOUNT. PARTNERS ARE REQUIRED TO SEPARATELY MAINTAIN THEIR
OUTSIDE TAX BASIS IN THEIR PARTNERSHIP INTEREST PURSUANT TO THE
INTERNAL REVENUE CODE. PLEASE CONTACT YOUR TAX ADVISOR.

EFFECTIVE AS OF DECEMBER 31, 2020, ILLINOIS VALLEY CELLULAR RSA 2-1
PARTNERSHIP WAS CONVERTED FROM AN ILLINOIS GENERAL PARTNERSHIP TO AN
ILLINOIS LIMITED LIABILITY COMPANY.  MTCO CORPORATION ASSIGNED/SOLD
ITS INTEREST IN THE ILLINOIS VALLEY CELLULAR RSA 2-I, LLC TO
MARSEILLES CELLULAR, INC.  AT THAT TIME, ILLINOIS VALLEY CELLULAR RSA
2-1, LLC BECAME A SINGLE MEMBER LLC, OF WHICH IS DISREGARDED FOR
FEDERAL INCOME TAX PURPOSES.  SCHEDULE K-1, LINE 19, BOX C
DISTRIBUTIONS INCLUDES A LIQUIDATING PROPERTY DISTRIBUTION PURSUANT
TO THE TRANSACTION.

                                                        STATEMENT   1

**BKD**
CPAs & Advisors



8517 Excelsior Drive, Suite 301  |  Madison, WI 53717-2910  |  608.664.9110

MTCO Corporation
220 North Menard Street P.O. Box 80
Metamora, IL 61548-0800

Dear MTCO Corporation:

Attached is your copy of the Partnership Form 1065 Schedule K-1 for  Illinois Valley Cellular RSA 2-I.  This schedule summarizes your information from the partnership.  This information has been provided to the Internal Revenue Service with the U.S. Partnership Tax Return Form 1065.

The information provided on this schedule should be entered on your tax return, in accordance with the Schedule K-1 instructions.  If your return will be prepared by your accountant or attorney, you should provide a copy of this schedule to the preparer with your other tax information.  A copy of the entire instructions for Schedule K-1 can be found on our website at https://www.bkd.com/services/schedule-k-1-instructions.

Please consult your tax advisor regarding your net investment income tax obligations under Section 1411 associated with items of income or loss reported on your Schedule K-1.  See the Instructions for Form 8960 and Treasury Regulations section 1.1411-1 through 1.1411-10 for more details.

We appreciate this opportunity to serve you.  Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


BKD, LLP

651119

**Schedule K-1**
**(Form 1065)**

Department of the Treasury
Internal Revenue Service

FINAL RETURN

**2020**

| X | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

For calendar year 2020, or tax year

beginning _____   ending _____

## Partner's Share of Income, Deductions, Credits, etc.   ► See separate instructions.

| Part I | Information About the Partnership |

**A** Partnership's employer identification number
58-1918886

**B** Partnership's name, address, city, state, and ZIP code
ILLINOIS VALLEY CELLULAR RSA 2-I
200 RIVERFRONT DRIVE
MARSEILLES, IL  61341-1454

**C** IRS Center where partnership filed return ► EFILE

**D** | | Check if this is a publicly traded partnership (PTP)

| Part II | Information About the Partner |

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)   5
36-3465368

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

MTCO CORPORATION
220 NORTH MENARD STREET P.O. BOX 80
METAMORA, IL 61548-0800

**G** | X | General partner or LLC member-manager     | | Limited partner or other LLC member

**H1** | X | Domestic partner     | | Foreign partner

**H2** | | If the partner is a disregarded entity (DE), enter the partner's:
TIN _____  Name _____

**I1** What type of entity is this partner?   CORPORATION

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here | |

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 1.540000 % | NONE % |
| Loss | 1.540000 % | NONE % |
| Capital | 1.540000 % | NONE % |

Check if decrease is due to sale or exchange of partnership interest . | . |

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse . . . $ | | $ |
| Qualified nonrecourse financing . . . . . $ | | $ |
| Recourse . . . . . $ | | $ 304,643. |

| | Check this box if Item K includes liability amounts from lower tier partnerships.

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| **Beginning capital account** . . . . . . $ | 90,439. |
| Capital contributed during the year . . $ | |
| Current year net income (loss) . . . . $ | −9,696. |
| Other increase (decrease) (attach explanation) $ | −80,743. |
| Withdrawals & distributions . . . . $ ( | ) |
| **Ending capital account** . . . . . . $ | |

**M** Did the partner contribute property with a built-in gain or loss?
| | Yes | X | No   If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning . . . . . . . . . . . . . $ _____
Ending . . . . . . . . . . . . . . $ _____

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| 1 | Ordinary business income (loss) | 15 | Credits |
|---|---|---|---|
| | −8,427. | | |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4a | Guaranteed payments for services | | |
| 4b | Guaranteed payments for capital | | |
| 4c | Total guaranteed payments | | |
| 5 | Interest income | | |
| * | 56. | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 17 | Alternative minimum tax (AMT) items |
| 6c | Dividend equivalents | A | −368. |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 9a | Net long-term capital gain (loss) | | |
| * | −1,028. | C * | 62. |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 19 | Distributions |
| 11 | Other income (loss) | | |
| | | 20 | Other information |
| 12 | Section 179 deduction | A | 56. |
| 13 | Other deductions | | |
| A | 181. | AE | 5. |
| K* | 54. | AG | 173,661. |
| 14 | Self-employment earnings (loss) | | |
| 21 | | More than one activity for at-risk purposes* |
| 22 | | More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

JSA
0P1200 1.000

4781LP   R10Y   09/14/2021  19:27:05  V20-6.7F  1167103

SCH K-1 SUPPORTING SCHEDULES PARTNER #    5 MTCO CORPORATION
================================================================================
ITEM L - RECONCILIATION OF INCOME
=================================
INCOME (LOSS) FROM SCH. K-1, LINES 1 - 11, 18A AND 18B

  ORDINARY INCOME                                                    -8,427.
  INTEREST INCOME                                                        56.
  NET LONG-TERM CAPITAL GAIN (LOSS)                                  -1,028.
                                                              ---------------
     TOTAL OF LINES 1 THROUGH 11, 18A AND 18B                        -9,399.

DEDUCTIONS FROM SCH. K-1, LINES 12, 13, 16P, 16Q AND 18C

  OTHER DEDUCTIONS                                                       235.
  NONDEDUCTIBLE EXPENSE                                                   62.
                                                              ---------------
     TOTAL OF LINES 12, 13, 16P, 16Q AND 18C                            297.
                                                              ---------------
TOTAL CURRENT YEAR NET INCOME (LOSS)                                 -9,696.
                                                              ===============


ITEM L - OTHER INCREASE (DECREASE)
==================================

LESS:  OTHER DECREASES TO PARTNER'S CAPITAL
    TRANSFER FROM MTCO TO MC                                         80,743.
                                                              ---------------
        TOTAL OTHER INCREASE (DECREASE)                            -80,743.
                                                              ===============

LINE 5 - INTEREST INCOME
========================

OTHER INTEREST INCOME
---------------------
                                                                        56.
                                                              ---------------
    TOTAL INTEREST INCOME                                               56.
                                                              ===============

LINE 9 - NET LONG-TERM CAPITAL GAIN(LOSS)
=========================================           LINE 9B         LINE 9A
                                                  28% GAIN(LOSS)      TOTAL
                                                  ==============  ==============

FROM PORTFOLIO ACTIVITIES                                           -1,028.
                                                  --------------  --------------
    TOTAL NET LONG-TERM CAPITAL GAIN(LOSS)                          -1,028.
                                                  ==============  ==============

ILLINOIS VALLEY CELLULAR RSA 2 PARTNERSHIP                     58-1918886
SCH K-1 SUPPORTING SCHEDULES PARTNER #    5 MTCO CORPORATION
================================================================================
LINE 13 - OTHER DEDUCTIONS
=========================
K  EXCESS BUSINESS INTEREST EXPENSE
-----------------------------------

    FROM TRADE\BUSINESS                                                    54.
                                                          ---------------
    TOTAL BOX K                                                           54.
                                                          ===============


LINE 18C - NONDEDUCTIBLE EXPENSES
=================================
TRAVEL AND ENTERTAINMENT EXPENSE NONDEDUCTIBLE                            62.
                                                          ---------------
    TOTAL NONDEDUCTIBLE EXPENSES                                          62.
                                                          ===============


LINE 20 - OTHER INFORMATION
===========================
AE EXCESS TAXABLE INCOME
------------------------

    FROM PASS-THROUGH ENTITIES                                             5.
                                                          ---------------
    TOTAL BOX AE                                                           5.
                                                          ===============

AG GROSS RECEIPTS FOR SECTION 448(C)
------------------------------------

    FROM TRADE\BUSINESS                                              173,501.
    FROM PASS-THROUGH ENTITIES                                           160.
                                                          ---------------
    TOTAL BOX AG                                                     173,661.
                                                          ===============


PARTNER FOOTNOTES ASSOCIATED W/SCH. K-1, LINE 20
================================================
Z. SECTION 199A INCOME

THE INFORMATION PROVIDED ON STATEMENT A - QBI
PASS-THROUGH ENTITY REPORTING REFLECTS THE
ATTRIBUTABLE PORTION OF QUALIFIED ITEMS OF INCOME,
GAIN, DEDUCTION AND LOSS FOR EACH TRADE OR
BUSINESS REPORTED ON YOUR SCHEDULE K-1. THE
ULTIMATE TREATMENT OF THESE AMOUNTS AS QUALIFIED
BUSINESS INCOME IS DETERMINED AT THE OWNER LEVEL
UNDER TREAS. REG. SECTION 1.199A-3(B)(2). PLEASE
SEE THE 2020 INSTRUCTIONS TO FORMS 1040, 1041,
8995 AND 8995-A AND/OR PUBLICATION 535 FOR MORE
INFORMATION ON DETERMINING YOUR QUALIFIED BUSINESS
INCOME.
---------------------------------------------------
PLEASE CONSULT YOUR TAX ADVISOR REGARDING YOUR
POSSIBLE QBI DEDUCTION UNDER SECTION 199A
ASSOCIATED WITH ITEMS OF INCOME OR LOSS REPORTED
ON YOUR SCHEDULE K-1. SEE THE INSTRUCTIONS FOR

CONTINUED ON NEXT PAGE          STATEMENT  2

================================================================================

PARTNER FOOTNOTES ASSOCIATED W/SCH. K-1, LINE 20 (CONT'D)
=======================================================
2020 FORM 1040 AND FINAL TREASURY REGULATION
SEC. 1.199A-1 THROUGH SEC. 1.199A-6
FOR MORE DETAIL.
--------------------------------------------------


PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE
POTENTIAL APPLICATION OF THIS LIMITATION AT YOUR
LEVEL AS A RESULT OF THE GROSS RECEIPTS TEST OF
SEC. 448(C). THE FOLLOWING AMOUNTS WERE
DETERMINED IN ACCORDANCE WITH TREAS. REG.
SEC. 1.163(J)-2 AND SEC. 1.163(J)-6.
INFORMATION REGARDING PRIOR YEARS' GROSS RECEIPTS
IS AVAILABLE UPON REQUEST.

YOUR DISTRIBUTIVE SHARE OF THE ENTITY'S CURRENT
YEAR DEDUCTIBLE BUSINESS INTEREST EXPENSE AND
CURRENT YEAR GROSS RECEIPTS CAN BE FOUND ON LINES
20N AND 20AG OF YOUR 2020 SCHEDULE K-1,
RESPECTIVELY.
YOUR DISTRIBUTIVE SHARE OF THE ENTITY'S NET
NON-EXCEPTED TRADE OR BUSINESS ITEMS OF INCOME,
GAIN, LOSS AND DEDUCTION (INCLUDING BUSINESS
INTEREST EXPENSE AND BUSINESS INTEREST INCOME)
[PURSUANT TO 1.163(J)-6(M)(1)]:                                           -9,637.

PARTNER FOOTNOTES
=================
ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP HAS ELECTED OUT OF THE
CENTRALIZED PARTNERSHIP AUDIT REGIME IN ACCORDANCE WITH INTERNAL
REVENUE CODE §6221(B) AND REG. §301.6221(B)-1 FOR TAX YEAR ENDING
12/31/2020.

THE CAPITAL ACCOUNT BALANCE IN ITEM L OF YOUR 2019 SCHEDULE K-1 WAS
CALCULATED USING THE GAAP METHOD. PURSUANT TO NEW IRS CAPITAL ACCOUNT
AND REPORTING REQUIREMENTS FOR 2020, THE BEGINNING CAPITAL ACCOUNT
BALANCE REPORTED IN ITEM L OF YOUR SCHEDULE K-1 WAS CALCULATED USING
THE TAX BASIS METHOD. AS A RESULT, THIS YEAR'S BEGINNING BALANCE MAY
NOT MATCH THE ENDING BALANCE REPORTED IN THE PRIOR YEAR.

THE TAX CAPITAL ACCOUNT REPORTED IN ITEM L OF YOUR SCHEDULE K-1 MAY
NOT EQUAL YOUR ACTUAL OUTSIDE TAX BASIS IN YOUR PARTNERSHIP INTEREST
BECAUSE CERTAIN ITEMS THAT IMPACT A PARTNER'S OUTSIDE TAX BASIS ARE
NOT INCLUDIBLE FOR THE PURPOSES OF CALCULATING YOUR SCHEDULE K-1 TAX
CAPITAL ACCOUNT. PARTNERS ARE REQUIRED TO SEPARATELY MAINTAIN THEIR
OUTSIDE TAX BASIS IN THEIR PARTNERSHIP INTEREST PURSUANT TO THE
INTERNAL REVENUE CODE. PLEASE CONTACT YOUR TAX ADVISOR.


CONTINUED ON NEXT PAGE            STATEMENT   3

ILLINOIS VALLEY CELLULAR RSA 2-1                                    58-1918886
SCH K-1 SUPPORTING SCHEDULES PARTNER #    5 MTCO CORPORATION
================================================================================
PARTNER FOOTNOTES (CONT'D)
==========================
EFFECTIVE AS OF DECEMBER 31, 2020, ILLINOIS VALLEY CELLULAR RSA 2-1
PARTNERSHIP WAS CONVERTED FROM AN ILLINOIS GENERAL PARTNERSHIP TO AN
ILLINOIS LIMITED LIABILITY COMPANY.  MTCO CORPORATION ASSIGNED/SOLD
ITS INTEREST IN THE ILLINOIS VALLEY CELLULAR RSA 2-I, LLC TO
MARSEILLES CELLULAR, INC.  AT THAT TIME, ILLINOIS VALLEY CELLULAR RSA
2-1, LLC BECAME A SINGLE MEMBER LLC, OF WHICH IS DISREGARDED FOR
FEDERAL INCOME TAX PURPOSES.  SCHEDULE K-1, LINE 19, BOX C
DISTRIBUTIONS INCLUDES A LIQUIDATING PROPERTY DISTRIBUTION PURSUANT
TO THE TRANSACTION.

STATEMENT    4

## Schedule of Activities

58-1918886

| | Activity | Disposed | QLIH | PTP | Pass-through |
|---|---|---|---|---|---|
| A: CENTRAL LTE HOLDINGS, LLC - NOT SSTB | PASS-THROUGH | NO | NO | NO | YES |
| B: ILLINOIS VALLEY CELLULAR RSA 2-I | PORTFOLIO | YES | NO | NO | NO |
| C: ILLINOIS VALLEY CELLULAR RSA 2-I - NOT SSTB | GEN. T/B | YES | NO | NO | NO |
| D: | | | | | |

| | | | A | B | C | D |
|---|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) | -24. | | -8,403. | |
| | 2 | Net rental real estate income (loss) | | | | |
| | 3 | Other net rental income (loss) | | | | |
| | 4a | Guaranteed payments for services | | | | |
| | 4b | Guaranteed payments for capital | | | | |
| | 4c | Total guaranteed payments | | | | |
| | 5 | Interest income | | 56. | | |
| | 6a | Ordinary dividends | | | | |
| | 6b | Qualified dividends | | | | |
| | 6c | Dividend equivalents | | | | |
| | 7 | Royalties | | | | |
| | 8 | Net short-term capital gain (loss) | | | | |
| | 9a | Net long-term capital gain (loss) | | -1,028. | | |
| | 9b | Collectibles (28%) gain (loss) | | | | |
| | 9c | Unrecaptured section 1250 gain | | | | |
| | 10 | Net section 1231 gain (loss) | | | | |
| | 11 | Other income (loss) | | | | |
| Deductions | 12 | Section 179 deduction | | | | |
| | 13a-g | Contributions | | | 181. | |
| | 13i,l | Deductions related to portfolio income | | | | |
| | 13h | Investment interest expense | | | | |
| | 13j | Section 59(e)(2) expenditures | | | | |
| | 13k,m-x | Other deductions | | | 54. | |
| Credits | 15a,c | Low-income housing credit (section 42(j)(5)) | | | | |
| | 15b,d | Low-income housing credit (other) | | | | |
| | 15e | Qualified rehabilitation expenditures (rental real estate) | | | | |
| | 15f | Other rental real estate credits | | | | |
| | 15g | Other rental credits | | | | |
| | 15h-p | Other credits | | | | |
| Foreign Transactions | 16b | Gross income from all sources | | | | |
| | 16c | Gross income sourced at partner level | | | | |
| | 16e | Foreign branch category | | | | |
| | 16f | Foreign gross income (partnership level): Passive | | | | |
| | 16g | Foreign gross income (partnership level): General categories | | | | |
| | 16h | Foreign gross income (partnership level): Other | | | | |
| | 16i | Deductions allocated and apportioned (partner level): Interest expense | | | | |
| | 16j | Deductions allocated and apportioned (partner level): Other | | | | |
| | 16l | Foreign branch category | | | | |
| | 16m | Deductions allocated and apportioned (partnership level): Passive | | | | |
| | 16n | Deductions allocated and apportioned (partnership level): General categories | | | | |
| | 16o | Deductions allocated and apportioned (partnership level): Other | | | | |
| | 16p | Total foreign taxes paid | | | | |
| | 16q | Total foreign taxes accrued | | | | |
| | 16r | Reduction in taxes available for credit | | | | |
| | 16s-ai | Other foreign tax information | | | | |
| Alternative Minimum Tax | 17a | Post-1986 depreciation adjustment | | | -368. | |
| | 17b | Adjusted gain or loss | | | | |
| | 17c | Depletion (other than oil and gas) | | | | |
| | 17d | Gross income from oil, gas, and geothermal | | | | |
| | 17e | Deductions from oil, gas, and geothermal | | | | |
| | 17f | Other AMT items | | | | |
| Tax-exempt Inc. & Exp. | 18a | Tax-exempt interest income | | | | |
| | 18b | Other tax-exempt income | | | | |
| | 18c | Nondeductible expenses | | | 62. | |
| Other | 20a | Investment income | | 56. | | |
| | 20b | Investment expenses | | | | |

```
 ILLINOIS VALLEY CELLULAR RSA 2-I                           58-1918886
PARTNER ACTIVITIES DETAIL      PARTNER #    5 MTCO CORPORATION
================================================================================
ACTIVITY:  CENTRAL LTE HOLDINGS, LLC - NOT SSTB
=========  ====================================================
LINE 20 - OTHER INFORMATION
==========================
EXCESS TAXABLE INCOME                                              5.
GROSS RECEIPTS FOR SECTION 448(C)                               160.


ACTIVITY:  ILLINOIS VALLEY CELLULAR RSA 2-I - NOT SSTB
=========  ===========================================================
LINE 20 - OTHER INFORMATION
==========================
GROSS RECEIPTS FOR SECTION 448(C)                          173,501.
```

**Electronic Filing Information:  PDF attachments Included in this Return**

**Tax Year:**  2020                    **Jurisdiction:**  Federal
**Name:**    Illinois Valley Cellular RS     **No of Attachments:**  1
**Return No:**  P4781LP0

---

**PDF Attachment Description**                **PDF File Name**                        **File Size**

Form 3115 - Change in Accounting Method Automatic Form 3115s        P4781LP0_FE_Form 3115.pdf              296,358

**09/14/2021 19:27:21**

Form **3115**

(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

# Application for Change in Accounting Method

► Go to *www.irs.gov/Form3115* for instructions and the latest information.

OMB No. 1545-2070

| Name of filer (name of parent corporation if a consolidated group) (see instructions) | Identification number (see instructions) |
|---|---|
| | 58-1918886 |
| | Principal business activity code number (see instructions) |
| Illinois Valley Cellular RSA 2-I Partnership | 517000 |
| Number, street, and room or suite no. If a P.O. box, see the instructions. | Tax year of change begins (MM/DD/YYYY)    01/01/2020 |
| 200 Riverfront Drive | Tax year of change ends (MM/DD/YYYY)    12/31/2020 |
| City or town, state, and ZIP code | Name of contact person (see instructions) |
| Marseilles, IL 61341-1454 | |
| Name of applicant(s) (if different from filer) and identification number(s) (see instructions) | Contact person's telephone number |
| SAME AS FILER | 815-795-3200 |

If the applicant is a member of a consolidated group, check this box . . . . . . . . . . . . . ► ☐

If **Form 2848,** Power of Attorney and Declaration of Representative, is attached (see instructions for when Form 2848 is required), check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**Check the box to indicate the type of applicant.**

☐ Individual
☐ Corporation
☐ Controlled foreign corporation (Sec. 957)
☐ 10/50 corporation (Sec. 904(d)(2)(E))
☐ Qualified personal service corporation (Sec. 448(d)(2))
☐ Exempt organization. Enter Code section ►

☐ Cooperative (Sec. 1381)
☒ Partnership
☐ S corporation
☐ Insurance co. (Sec. 816(a))
☐ Insurance co. (Sec. 831)
☐ Other (specify) ►

**Check the appropriate box to indicate the type of accounting method change being requested.**

See instructions.

☐ Depreciation or Amortization
☐ Financial Products and/or Financial Activities of Financial Institutions
☒ Other (specify) ►    REVENUE RECOGNITION UNDER NEW STANDARDS

**Caution:** To be eligible for approval of the requested change in method of accounting, the taxpayer must provide all information that is relevant to the taxpayer or to the taxpayer's requested change in method of accounting. This includes **(1)** all relevant information requested on this Form 3115 (including its instructions), and **(2)** any other relevant information, even if not specifically requested on Form 3115.
**The taxpayer must attach all applicable statements requested throughout this form.**

| **Part I** | **Information for Automatic Change Request** | **Yes** | **No** |
|---|---|---|---|
| **1** | Enter the applicable designated automatic accounting method change number ("DCN") for the requested automatic change. Enter only one DCN, except as provided for in guidance published by the IRS. If the requested change has no DCN, check "Other," and provide both a description of the change and a citation of the IRS guidance providing the automatic change. See instructions. | | |

**a** (1) DCN:  231   (2) DCN: _____   (3) DCN: _____   (4) DCN: _____   (5) DCN: _____   (6) DCN: _____
(7) DCN: _____   (8) DCN: _____   (9) DCN: _____   (10) DCN: _____   (11) DCN: _____   (12) DCN: _____

**b** Other ☐   Description ► _____

| | | **Yes** | **No** |
|---|---|---|---|
| **2** | Do any of the eligibility rules restrict the applicant from filing the requested change using the automatic change procedures (see instructions)? If "Yes," attach an explanation. | | ✓ |
| **3** | Has the filer provided all the information and statements required **(a)** on this form and **(b)** by the List of Automatic Changes under which the applicant is requesting a change? See instructions. . . . . . . . . . . . . | ✓ | |
| | **Note:** Complete Part II and Part IV of this form, and, Schedules A through E, if applicable. | | |

| **Part II** | **Information for All Requests** | **Yes** | **No** |
|---|---|---|---|
| **4** | During the  tax year of change, did or will the applicant **(a)** cease to engage in the trade or business to which the requested change relates, or **(b)** terminate its existence? See instructions. | | ✓ |
| **5** | Is the applicant requesting to change to the principal method in the tax year of change under Regulations section 1.381(c)(4)-1(d)(1) or 1.381(c)(5)-1(d)(1)? . . . . . . . . . . . . . . . . . . . | | ✓ |
| | If "No," go to line 6a. | | |
| | If "Yes," the applicant cannot file a Form 3115 for this change. See instructions. | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this application, including accompanying schedules and statements, and to the best of my knowledge and belief, the application contains all the relevant facts relating to the application, and it is true, correct, and complete. Declaration of preparer (other than applicant) is based on all information of which preparer has any knowledge.

| Signature of filer (and spouse, if joint return) | Date | Name and title (print or type) |
|---|---|---|
| | | Glenn Rauh, President |

**Preparer** (other than filer/applicant)

| Print/Type preparer's name | Preparer's signature | Date |
|---|---|---|
| Jason Grosh | | |
| Firm's name ► BKD, LLP | | |

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**

Cat. No. 19280E

Form **3115** (Rev. 12-2018)

Form 3115 (Rev. 12-2018) Page **2**

| **Part II** | **Information for All Requests** (continued) | Yes | No |
|---|---|---|---|

**6a** Does the applicant (or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) have any federal income tax return(s) under examination (see instructions)? . . . . . | | ✓

If "No," go to line 7a.

**b** Is the method of accounting the applicant is requesting to change an issue under consideration (with respect to either the applicant or any present or former consolidated group in which the applicant was a member during the applicable tax year(s))? See instructions. | N/A

**c** Enter the name and telephone number of the examining agent and the tax year(s) under examination.
Name ▶ N/A    Telephone number ▶ N/A    Tax year(s) ▶ N/A

**d** Has a copy of this Form 3115 been provided to the examining agent identified on line 6c? . . . . . . . | N/A

**7a** Does audit protection apply to the applicant's requested change in method of accounting? See instructions. . . | ✓ |

If "No," attach an explanation.

**b** If "Yes," check the applicable box and attach the required statement.
☑ Not under exam ☐ 3-month window ☐ 120 day: Date examination ended ▶ _____
☐ Method not before director ☐ Negative adjustment ☐ CAP: Date member joined group ▶ _____
☐ Audit protection at end of exam ☐ Other

**8a** Does the applicant (or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) have any federal income tax return(s) before Appeals and/or a federal court? . . . . . | | ✓

If "No," go to line 9.

**b** Is the method of accounting the applicant is requesting to change an issue under consideration by Appeals and/or a federal court (for either the applicant or any present or former consolidated group in which the applicant was a member for the tax year(s) the applicant was a member)? See instructions. | N/A

If "Yes," attach an explanation.

**c** If "Yes," enter the name of the (check the box) ☐ Appeals officer and/or ☐ counsel for the government, telephone number, and the tax year(s) before Appeals and/or a federal court.
Name ▶ N/A    Telephone number ▶ N/A    Tax year(s) ▶ N/A

**d** Has a copy of this Form 3115 been provided to the Appeals officer and/or counsel for the government identified on line 8c? | N/A

**9** If the applicant answered "Yes" to line 6a and/or 8a with respect to any present or former consolidated group, attach a statement that provides each parent corporation's **(a)** name, **(b)** identification number, **(c)** address, and **(d)** tax year(s) during which the applicant was a member that is under examination, before an Appeals office, and/or before a federal court.

**10** If for federal income tax purposes, the applicant is either an entity (including a limited liability company) treated as a partnership or an S corporation, is it requesting a change from a method of accounting that is an issue under consideration in an examination, before Appeals, or before a federal court, with respect to a federal income tax return of a partner, member, or shareholder of that entity? . . . . . . . . . . . . . . . . | | ✓

**11a** Has the applicant, its predecessor, or a related party requested or made (under either an automatic or non-automatic change procedure) a change in method of accounting within any of the five tax years ending with the tax year of change? . . . . . . . . . . . . . . . . . . . . . . . . . . | | ✓

If "No," go to line 12.

**b** If "Yes," for each trade or business, attach a description of each requested change in method of accounting (including the tax year of change) and state whether the applicant received consent.

**c** If any application was withdrawn, not perfected, or denied, or if a Consent Agreement granting a change was not signed and returned to the IRS, or the change was not made or not made in the requested year of change, attach an explanation.

**12** Does the applicant, its predecessor, or a related party currently have pending any request (including any concurrently filed request) for a private letter ruling, change in method of accounting, or technical advice? . . . | | ✓

If "Yes," for each request attach a statement providing **(a)** the name(s) of the taxpayer, **(b)** identification number(s), **(c)** the type of request (private letter ruling, change in method of accounting, or technical advice), and **(d)** the specific issue(s) in the request(s).

**13** Is the applicant requesting to change its **overall** method of accounting? . . . . . . . . . . . . | | ✓

If "Yes," complete Schedule A on page 4 of the form.

Form **3115** (Rev. 12-2018)

Form 3115 (Rev. 12-2018)                                                                                                      Page **3**

| **Part II** | **Information for All Requests** *(continued)* | **Yes** | **No** |
|---|---|---|---|

**14**  If the applicant is either **(i) not** changing its overall method of accounting, or **(ii)** changing its overall method of accounting **and** changing to a special method of accounting for one or more items, attach a detailed and complete description for each of the following (see instructions):

  **a**  The item(s) being changed.

  **b**  The applicant's present method for the item(s) being changed.

  **c**  The applicant's proposed method for the item(s) being changed.

  **d**  The applicant's present overall method of accounting (cash, accrual, or hybrid).

**15a**  Attach a detailed and complete description of the applicant's trade(s) or business(es). See section 446(d).

  **b**  If the applicant has more than one trade or business, as defined in Regulations section 1.446-1(d), describe **(i)** whether each trade or business is accounted for separately; **(ii)** the goods and services provided by each trade or business and any other types of activities engaged in that generate gross income; **(iii)** the overall method of accounting for each trade or business; and **(iv)** which trade or business is requesting to change its accounting method as part of this application or a separate application.

  **Note:** If you are requesting an automatic method change, see the instructions to see if you are required to complete lines 16a–16c.

**16a**  Attach a full explanation of the legal basis supporting the proposed method for the item being changed. Include a detailed and complete description of the facts that explains how the law specifically applies to the applicant's situation and that demonstrates that the applicant is authorized to use the proposed method.

  **b**  Include all authority (statutes, regulations, published rulings, court cases, etc.) supporting the proposed method.

  **c**  Include either a discussion of the contrary authorities or a statement that no contrary authority exists.

**17**  Will the proposed method of accounting be used for the applicant's books and records and financial statements? For insurance companies, see the instructions.   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   | ✓ | |

  If "No," attach an explanation.

**18**  Does the applicant request a conference with the IRS National Office if the IRS National Office proposes an adverse response? | ✓ | |

**19a**  If the applicant is changing to either the overall cash method, an overall accrual method, or is changing its method of accounting for any property subject to section 263A, any long-term contract subject to section 460 (see 19b), or inventories subject to section 474, enter the applicant's gross receipts for the 3 tax years preceding the tax year of change.

| 1st preceding year ended: | mo. | yr. | 2nd preceding year ended: | mo. | yr. | 3rd preceding year ended: | mo. | yr. |
|---|---|---|---|---|---|---|---|---|
| $ | | N/A | $ | | N/A | $ | | N/A |

  **b**  If the applicant is changing its method of accounting for any long-term contract subject to section 460, in addition to completing 19a, enter the applicant's gross receipts for the 4th tax year preceding the tax year of change:

  4th preceding year ended:   mo.  __N/A__  yr.  __N/A__  $ _____  N/A

| **Part III** | **Information for Non-Automatic Change Request**  N/A | **Yes** | **No** |
|---|---|---|---|

**20**  Is the applicant's requested change described in any revenue procedure, revenue ruling, notice, regulation, or other published guidance as an automatic change request?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   . | | |

  If "Yes," attach an explanation describing why the applicant is submitting its request under the non-automatic change procedures.

**21**  Attach a copy of all documents related to the proposed change (see instructions).

**22**  Attach a statement of the applicant's reasons for the proposed change.

**23**  If the applicant is a member of a consolidated group for the year of change, do all other members of the consolidated group use the proposed method of accounting for the item being changed?   .   .   .   .   .   .   .   . | | |

  If "No," attach an explanation.

**24a**  Enter the amount of **user fee** attached to this application (see instructions). ▶  $ _____

  **b**  If the applicant qualifies for a reduced user fee, attach the required information or certification (see instructions).

Form **3115** (Rev. 12-2018)

Form 3115 (Rev. 12-2018)                                                                                                  Page **4**

| **Part IV** | **Section 481(a) Adjustment** | Yes | No |
|---|---|---|---|

**25** Does published guidance require the applicant (or permit the applicant and the applicant is electing) to implement the requested change in method of accounting on a cut-off basis? · · · · · · · · · · · · ·   [ ✓ ] [ ]

If "Yes," attach an explanation and do not complete lines 26, 27, and 28 below.

**26** Enter the section 481(a) adjustment. Indicate whether the adjustment is an increase (+) or a decrease (-) in income. ▶ $ _____+1,330,717_____ Attach a summary of the computation and an explanation of the methodology used to determine the section 481(a) adjustment. If it is based on more than one component, show the computation for each component. If more than one applicant is applying for the method change on the application, attach a list of the **(a)** name, **(b)** identification number, and **(c)** the amount of the section 481(a) adjustment attributable to each applicant.

**27** Is the applicant making an election to take the entire amount of the adjustment into account in the tax year of change?   [ ] [ ✓ ]

If "Yes," check the box for the applicable elective provision used to make the election (see instructions).

☐ $50,000 de minimis election        ☐ Eligible acquisition transaction election

**28** Is any part of the section 481(a) adjustment attributable to transactions between members of an affiliated group, a consolidated group, a controlled group, or other related parties? · · · · · · · · · ·   N/A

If "Yes," attach an explanation.

**Schedule A—Change in Overall Method of Accounting** (If Schedule A applies, Part I below must be completed.)   N/A

| **Part I** | **Change in Overall Method** (see instructions) |
|---|---|

**1** Check the appropriate boxes below to indicate the applicant's present and proposed methods of accounting.

**Present method:**   ☐ Cash    ☐ Accrual    ☐ Hybrid (attach description)

**Proposed method:**   ☐ Cash    ☐ Accrual    ☐ Hybrid (attach description)

**2** Enter the following amounts as of the close of the tax year preceding the year of change. If none, state "None." Also, attach a statement providing a breakdown of the amounts entered on lines 2a through 2g.

|  |  | Amount |
|---|---|---|
| **a** | Income accrued but not received (such as accounts receivable) . . . . . . . . . . . | $ |
| **b** | Income received or reported before it was earned (such as advanced payments). Attach a description of the income and the legal basis for the proposed method. | |
| **c** | Expenses accrued but not paid (such as accounts payable). . . . . . . . . . . . | |
| **d** | Prepaid expenses previously deducted . . . . . . . . . . . . . . . . . . | |
| **e** | Supplies on hand previously deducted and/or not previously reported . . . . . . . . | |
| **f** | Inventory on hand previously deducted and/or not previously reported. Complete Schedule D, Part II. . | |
| **g** | Other amounts (specify). Attach a description of the item and the legal basis for its inclusion in the calculation of the section 481(a) adjustment. ▶ _____ | |
| **h** | **Net section 481(a) adjustment** (Combine lines 2a–2g.) Indicate whether the adjustment is an increase (+) or decrease (-) in income. Also enter the net amount of this section 481(a) adjustment amount on Part IV, line 26. . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |

**3** Is the applicant also requesting the recurring item exception under section 461(h)(3)? . . . . . . .   ☐ **Yes**   ☐ **No**

**4** Attach copies of the profit and loss statement (Schedule F (Form 1040) for farmers) and the balance sheet, if applicable, as of the close of the tax year preceding the year of change. Also attach a statement specifying the accounting method used when preparing the balance sheet. If books of account are not kept, attach a copy of the business schedules submitted with the federal income tax return or other return (such as, tax-exempt organization returns) for that period. If the amounts in Part I, lines 2a through 2g, do not agree with the amounts shown on both the profit and loss statement and the balance sheet, attach a statement explaining the differences.

**5** Is the applicant making a change to the overall cash method as a small business taxpayer (see instructions)?   ☐ **Yes**   ☐ **No**

| **Part II** | **Change to the Cash Method for Non-Automatic Change Request** (see instructions) |
|---|---|

Applicants requesting a change to the cash method must attach the following information:

**1** A description of inventory items (items whose production, purchase, or sale is an income-producing factor) and materials and supplies used in carrying out the business.

**2** An explanation as to whether the applicant is required to use the accrual method under any section of the Code or regulations.

Form **3115** (Rev. 12-2018)

Form 3115 (Rev. 12-2018) <span style="float:right">Page **5**</span>

---

**Schedule B—Change to the Deferral Method for Advance Payments** (see instructions) <span style="color:red; float:right">N/A</span>

---

**1** If the applicant is requesting to change to the deferral method for advance payments, as described in the instructions, attach the following information:

**a** Explain how the advance payments meet the definition of advance payment, as described in the instructions.

**b** Does the taxpayer use an applicable financial statement as described in the instructions and, if so, identify it.

**c** Describe the taxpayer's allocation method, if there is more than one performance obligation, as defined in the instructions.

**d** Describe the taxpayer's legal basis for deferral. See instructions.

**e** If the applicant is filing under the non-automatic change procedures, see the instructions for the information required.

---

**Schedule C—Changes Within the LIFO Inventory Method** (see instructions) <span style="color:red; float:right">N/A</span>

---

| **Part I** | **General LIFO Information** |
|---|---|

Complete this section if the requested change involves changes within the LIFO inventory method. Also, attach a copy of all **Forms 970,** Application To Use LIFO Inventory Method, filed to adopt or expand the use of the LIFO method.

**1** Attach a description of the applicant's present and proposed LIFO methods and submethods for each of the following items:

**a** Valuing inventory (for example, unit method or dollar-value method).

**b** Pooling (for example, by line or type or class of goods, natural business unit, multiple pools, raw material content, simplified dollar-value method, inventory price index computation (IPIC) pools, vehicle-pool method, etc.).

**c** Pricing dollar-value pools (for example, double-extension, index, link-chain, link-chain index, IPIC method, etc.).

**d** Determining the current-year cost of goods in the ending inventory (such as, most recent acquisitions, earliest acquisitions during the current year, average cost of current-year acquisitions, rolling-average cost, or other permitted method).

**2** If any present method or submethod used by the applicant is not the same as indicated on Form(s) 970 filed to adopt or expand the use of the method, attach an explanation.

**3** If the proposed change is not requested for all the LIFO inventory, attach a statement specifying the inventory to which the change is and is not applicable.

**4** If the proposed change is not requested for all of the LIFO pools, attach a statement specifying the LIFO pool(s) to which the change is applicable.

**5** Attach a statement addressing whether the applicant values any of its LIFO inventory on a method other than cost. For example, if the applicant values some of its LIFO inventory at retail and the remainder at cost, identify which inventory items are valued under each method.

**6** If changing to the IPIC method, attach a completed Form 970.

| **Part II** | **Change in Pooling Inventories** |
|---|---|

**1** If the applicant is proposing to change its pooling method or the number of pools, attach a description of the contents of, and state the base year for, each dollar-value pool the applicant presently uses and proposes to use.

**2** If the applicant is proposing to use natural business unit (NBU) pools or requesting to change the number of NBU pools, attach the following information (to the extent not already provided) in sufficient detail to show that each proposed NBU was determined under Regulations sections 1.472-8(b)(1) and (2):

**a** A description of the types of products produced by the applicant. If possible, attach a brochure.

**b** A description of the types of processes and raw materials used to produce the products in each proposed pool.

**c** If all of the products to be included in the proposed NBU pool(s) are not produced at one facility, state the reasons for the separate facilities, the location of each facility, and a description of the products each facility produces.

**d** A description of the natural business divisions adopted by the taxpayer. State whether separate cost centers are maintained and if separate profit and loss statements are prepared.

**e** A statement addressing whether the applicant has inventories of items purchased and held for resale that are not further processed by the applicant, including whether such items, if any, will be included in any proposed NBU pool.

**f** A statement addressing whether all items including raw materials, goods-in-process, and finished goods entering into the entire inventory investment for each proposed NBU pool are presently valued under the LIFO method. Describe any items that are not presently valued under the LIFO method that are to be included in each proposed pool.

**g** A statement addressing whether, within the proposed NBU pool(s), there are items both sold to unrelated parties and transferred to a different unit of the applicant to be used as a component part of another product prior to final processing.

**3** If the applicant is engaged in manufacturing and is proposing to use the multiple pooling method or raw material content pools, attach information to show that each proposed pool will consist of a group of items that are substantially similar. See Regulations 1.472-8(b)(3).

**4** If the applicant is engaged in the wholesaling or retailing of goods and is requesting to change the number of pools used, attach information to show that each of the proposed pools is based on customary business classifications of the applicant's trade or business. See Regulations section 1.472-8(c).

<span style="float:right">Form **3115** (Rev. 12-2018)</span>

Form 3115 (Rev. 12-2018)

Page **6**

## Schedule D—Change in the Treatment of Long-Term Contracts Under Section 460, Inventories, or Other Section 263A Assets (see instructions)    N/A

| **Part I** | **Change in Reporting Income From Long-Term Contracts** (Also complete Part III on pages 7 and 8.) |
|---|---|

**1** To the extent not already provided, attach a description of the applicant's present and proposed methods for reporting income and expenses from long-term contracts. Also, attach a representative actual contract (without any deletion) for the requested change. If the applicant is a construction contractor, attach a detailed description of its  construction activities.

**2a** Are the applicant's contracts long-term contracts as defined in section 460(f)(1) (see instructions)?   .   .   ☐ **Yes**   ☐ **No**

**b** If "Yes," do all the contracts qualify for the exception under section 460(e) (see instructions)?   .   .   .   .   ☐ **Yes**   ☐ **No**

If line 2b is "No," attach an explanation.

**c** Is the applicant requesting to use the percentage-of-completion method using cost-to-cost under Regulations section 1.460-4(b)?   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

**d** If line 2c is "Yes," in computing the completion factor of a contract, will the applicant use the simplified cost-to-cost method described in Regulations section 1.460-5(c)?   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

**e** If line 2c is "No," is the applicant requesting to use the exempt-contract percentage-of-completion method under Regulations section 1.460-4(c)(2)?   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

If line 2e is "Yes," attach an explanation of what method the applicant will use to determine a contract's completion  factor.

If line 2e is "No," attach an explanation of what method the applicant is using and the authority for its use.

**3a** Does the applicant have long-term manufacturing contracts as defined in section 460(f)(2)?   .   .   .   .   ☐ **Yes**   ☐ **No**

**b** If "Yes," attach a description of the applicant's manufacturing activities, including any required installation of manufactured goods.

**4a** Does the applicant enter into cost-plus long-term contracts?   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

**b** Does the applicant enter into federal long-term contracts?   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

| **Part II** | **Change in Valuing Inventories Including Cost Allocation Changes** (Also complete Part III on pages 7 and 8.) |
|---|---|

**1** Attach a description of the inventory goods being changed.

**2** Attach a description of the inventory goods (if any) NOT being changed.

**3a** Is the applicant subject to section 263A? If "No," go to line 4a.   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

**b** Is the applicant's present inventory valuation method in compliance with section 263A (see instructions)?
If "No," attach a detailed explanation.   .   .   .   .   .   .   .   .   .   .   .   .   .   .   .   ☐ **Yes**   ☐ **No**

**4a** Check the appropriate boxes in the chart.

| | Inventory Method Being Changed | | Inventory Method Not Being Changed |
|---|---|---|---|
| | Present method | Proposed method | Present method |
| Identification methods: | | | |
| Specific identification .   .   .   . | | | |
| FIFO   .   .   .   .   .   . | | | |
| LIFO   .   .   .   .   .   . | | | |
| Other (attach explanation)   .   . | | | |
| Valuation methods: | | | |
| Cost   .   .   .   .   .   . | | | |
| Cost or market, whichever is lower   .   . | | | |
| Retail cost   .   .   .   . | | | |
| Retail, lower of cost or market .   .   . | | | |
| Other (attach explanation)   .   . | | | |
| **b** Enter the value at the end of the tax year preceding the year of change. | $ | $ | |

**5** If the applicant is changing from the LIFO inventory method to a non-LIFO method, attach the following information (see instructions).

**a** Copies of Form(s) 970 filed to adopt or expand the use of the method.

**b** **Only for applicants requesting a non-automatic change.** A statement describing whether the applicant is changing to the method required by Regulations section 1.472-6(a) or (b), or whether the applicant is proposing a different method.

**c** **Only for applicants requesting an automatic change.** The statement required by section 23.01(5) of Rev. Proc. 2018-31 (or its successor).

Form **3115** (Rev. 12-2018)

Form 3115 (Rev. 12-2018)                                                                                                           Page **7**

| **Part III** | **Method of Cost Allocation** (Complete this part if the requested change involves either property subject to section 263A or long-term contracts as described in section 460.) See instructions. |
|---|---|

### Section A—Allocation and Capitalization Methods

Attach a description (including sample computations) of the present and proposed method(s) the applicant uses to capitalize direct and indirect costs properly allocable to real or tangible personal property produced and property acquired for resale, or to allocate direct and indirect costs required to be allocated to long-term contracts. Include a description of the method(s) used for allocating indirect costs to intermediate cost objectives such as departments or activities prior to the allocation of such costs to long-term contracts, real or tangible personal property produced, and property acquired for resale. The description must include the following:

1. The method of allocating direct and indirect costs (for example, specific identification, burden rate, standard cost, or other reasonable allocation method).

2. The method of allocating mixed service costs (for example, direct reallocation, step-allocation, simplified service cost using the labor-based allocation ratio, simplified service cost using the production cost allocation ratio, or other reasonable allocation method).

3. Except for long-term contract accounting methods, the method of capitalizing additional section 263A costs (for example, simplified production with or without the historic absorption ratio election, simplified resale with or without the historic absorption ratio election including permissible variations, the U.S. ratio, or other reasonable allocation method).

### Section B—Direct and Indirect Costs Required to be Allocated

Check the appropriate boxes showing the costs that are or will be fully included, to the extent required, in the cost of real or tangible personal property produced or property acquired for resale under section 263A or allocated to long-term contracts under section 460. Mark "N/A" in a box if those costs are not incurred by the applicant. If a box is not checked, it is assumed that those costs are not fully included to the extent required. Attach an explanation for boxes that are not checked.

|  |  | Present method | Proposed method |
|---|---|---|---|
| 1 | Direct material | | |
| 2 | Direct labor | | |
| 3 | Indirect labor | | |
| 4 | Officers' compensation (not including selling activities) | | |
| 5 | Pension and other related costs | | |
| 6 | Employee benefits | | |
| 7 | Indirect materials and supplies | | |
| 8 | Purchasing costs | | |
| 9 | Handling, processing, assembly, and repackaging costs | | |
| 10 | Offsite storage and warehousing costs | | |
| 11 | Depreciation, amortization, and cost recovery allowance for equipment and facilities placed in service and not temporarily idle | | |
| 12 | Depletion | | |
| 13 | Rent | | |
| 14 | Taxes other than state, local, and foreign income taxes | | |
| 15 | Insurance | | |
| 16 | Utilities | | |
| 17 | Maintenance and repairs that relate to a production, resale, or long-term contract activity | | |
| 18 | Engineering and design costs (not including section 174 research and experimental expenses) | | |
| 19 | Rework labor, scrap, and spoilage | | |
| 20 | Tools and equipment | | |
| 21 | Quality control and inspection | | |
| 22 | Bidding expenses incurred in the solicitation of contracts awarded to the applicant | | |
| 23 | Licensing and franchise costs | | |
| 24 | Capitalizable service costs (including mixed service costs) | | |
| 25 | Administrative costs (not including any costs of selling or any return on capital) | | |
| 26 | Research and experimental expenses attributable to long-term contracts | | |
| 27 | Interest | | |
| 28 | Other costs (Attach a list of these costs.) | | |

Form 3115 (Rev. 12-2018)
<span style="float:right">Page **8**</span>

| **Part III** | **Method of Cost Allocation** *(continued)* See instructions. |

**Section C—Other Costs Not Required To Be Allocated**   (Complete Section C only if the applicant is requesting to change its method for these costs.)

| | | Present method | Proposed method |
|---|---|---|---|
| 1 | Marketing, selling, advertising, and distribution expenses . . . . . . . . . | | |
| 2 | Research and experimental expenses not included in Section B, line 26 . . . . . | | |
| 3 | Bidding expenses not included in Section B, line 22 . . . . . . . . . . | | |
| 4 | General and administrative costs not included in Section B . . . . . . . . | | |
| 5 | Income taxes . . . . . . . . . . . . . . . . . . . . . | | |
| 6 | Cost of strikes . . . . . . . . . . . . . . . . . . . . | | |
| 7 | Warranty and product liability costs . . . . . . . . . . . . . . | | |
| 8 | Section 179 costs . . . . . . . . . . . . . . . . . . . | | |
| 9 | On-site storage . . . . . . . . . . . . . . . . . . . . | | |
| 10 | Depreciation, amortization, and cost recovery allowance not included in Section B, line 11 | | |
| 11 | Other costs (Attach a list of these costs.) | | |

**Schedule E—Change in Depreciation or Amortization.** See instructions.   N/A

Applicants requesting approval to change their method of accounting for depreciation or amortization complete this section. Applicants **must** provide this information for each item or class of property for which a change is requested.

**Note:** See the **Summary of the List of Automatic Accounting Method Changes** in the instructions for information regarding automatic changes under sections 56, 167, 168, 197, 1400I, 1400L, or former section 168. **Do not** file Form 3115 with respect to certain late elections and election revocations. See instructions.

1   Is depreciation for the property determined under Regulations section 1.167(a)-11 (CLADR)?  . . . .  ☐ **Yes**   ☐ **No**
   If "Yes," the only changes permitted are under Regulations section 1.167(a)-11(c)(1)(iii).

2   Is any of the depreciation or amortization required to be capitalized under any Code section, such as section 263A?  . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**   ☐ **No**
   If "Yes," enter the applicable section ▶ _____

3   Has a depreciation, amortization, expense, or disposition election been made for the property, such as the election under sections 168(f)(1), 168(i)(4), 179, 179C, or Regulations section 1.168(i)-8(d)?  . . . .  ☐ **Yes**   ☐ **No**
   If "Yes," state the election made ▶ _____

4a   To the extent not already provided, attach a statement describing the property subject to the change. Include in the description the type of property, the year the property was placed in service, and the property's use in the applicant's trade or business or income-producing activity.

  b   If the property is residential rental property, did the applicant live in the property before renting it?  . .  ☐ **Yes**   ☐ **No**
  c   Is the property public utility property?  . . . . . . . . . . . . . . . . . . .  ☐ **Yes**   ☐ **No**

5   To the extent not already provided in the applicant's description of its present method, attach a statement explaining how the property is treated  under the applicant's present method (for example, depreciable property, inventory property, supplies under Regulations section  1.162-3, nondepreciable section 263(a) property, property deductible as a current expense, etc.).

6   If the property is not currently treated as depreciable or amortizable property, attach a statement of the facts supporting the proposed change to depreciate or amortize the property.

7   If the property is currently treated and/or will be treated as depreciable or amortizable property, provide the following information for both the present (if applicable) and proposed methods:

  a   The Code section under which the property is or will be depreciated or amortized (for example, section 168(g)).

  b   The applicable asset class from Rev. Proc. 87-56, 1987-2 C.B. 674, for each asset depreciated under section 168 (MACRS)  or under section 1400L; the applicable asset class from Rev. Proc. 83-35, 1983-1 C.B. 745, for each asset depreciated under former section 168 (ACRS); an explanation why no asset class is identified for each asset for which an asset class has not been identified by the applicant.

  c   The facts to support the asset class for the proposed method.

  d   The depreciation or amortization method of the property, including the applicable Code section (for example, 200% declining balance  method under section 168(b)(1)).

  e   The useful life, recovery period, or amortization period of the property.

  f   The applicable convention of the property.

  g   Whether the additional first-year special depreciation allowance (for example, as provided by section 168(k), 168(l), 168(m), 168(n), 1400L(b), or 1400N(d)) was or will be claimed for the property. If not, also provide an explanation as to why no special depreciation allowance was or will be claimed.

  h   Whether the property was or will be in a single asset account, a multiple asset account, or a general asset account.

<span style="float:right">Form **3115** (Rev. 12-2018)</span>

Illinois Valley Cellular RSA 2-I Partnership
FEIN: 58-1918886
Attachment to Form 3115
For the Tax Year Ended December 31, 2020


## Part II, Line 14

a) The Applicant is requesting permission to change the method of accounting for the recognition of income for federal income tax purposes due to new financial accounting standards for revenue recognition entitled "Revenue from Contracts with Customers (Topic 606)" jointly issued by FASB and IASB ("New Standards"), for the tax year ended December 31, 2020, the tax year in which the Applicant is early adopting the New Standards for financial accounting purposes.

b) The Applicant's present method is to recognize product and service revenue in the taxable year when all the events have occurred which fix its right to receive the income and the amount can be determined with reasonable accuracy when all contingencies are met and payment is made for each contract. Prior to the New Standards, the Applicant generally recognizes income upon delivery of the product or the services to customers.

c) The Applicant's proposed method will recognize product and service revenue in accordance with the New Standards, where applicable, so long as the new method of accounting is otherwise permissible for federal income tax purposes.

d) The Applicant's present overall accounting method is the accrual method.

## Part II, Line 15 - Description of Trade(s) or Business(s)

The Applicant's trade or business is wireless telecommunications.

The Applicant's principal business activity code(s) 517000.

The services the Applicant supplies are cellular services.

## Part II, Line 16a-b, Explanation of the Legal Basis

Pursuant to section 1.451-1(a), under an accrual accounting method, income is includible in gross income when all the events have occurred which fix the taxpayer's right to receive the income and the amount can be determined with reasonable accuracy. All the events that fix the right to receive income generally occur at the earliest of when (1) the payment is earned through performance, (2) payment is due to the taxpayer, or (3) payment is received by the taxpayer

**Illinois Valley Cellular RSA 2-I Partnership**
**FEIN: 58-1918886**
**Attachment to Form 3115**
**For the Tax Year Ended December 31, 2020**

Under section 451(b)(1)(A), an accrual method taxpayer with an applicable financial statement must include an item of income upon the earlier of when the all events test is met or when the taxpayer includes such item in revenue in an applicable financial statement.

Section 451(b)(4) provides that, in the case of a contract with multiple performance obligations, the allocation of the transaction price to each performance obligation is equal to the amount allocated to each performance obligation for purposes of including such item in revenue in the taxpayer's applicable financial statement. An applicable financial statement includes, among other things, a financial statement which is certified as being prepared in accordance with generally accepted accounting principles and which is a 10–K or annual statement to shareholders, required to be filed by the taxpayer with the United States Securities and Exchange Commission. Other examples of applicable financial statements are a financial statement made on the basis of international financial reporting standards and is filed by the taxpayer with an agency of a foreign government which is equivalent to the United States Securities Exchange Commission and financial statement filed by the taxpayer with any other regulatory or governmental body specified by the Secretary.

For purposes of Rev. Proc. 2004-34, a payment received (or invoiced) by a taxpayer is an "advance payment" if (i) the inclusion in gross income for tax purposes in the year of receipt is a permissible method of accounting without regard to this revenue procedure, (ii) the payment is recognized by the taxpayer (in whole or in part) in revenues in its applicable financial statement for a subsequent tax year, and (iii), the payment is for services, sale of goods, use of intellectual property, eligible gift cards, sale/lease/license of computer software, and other enumerated items.

Section 451(c)(1) codifies the deferral method of accounting for advance payments for goods, services, and other specified items provided under Rev. Proc. 2004-34. In that section, an accrual method taxpayer can elect to include the advance payment in gross income in the taxable year of receipt or elect to defer the inclusion of income associated with certain advance payments to the end of the tax year following the tax year of receipt if such income also is deferred for its AFS statement or another financial statement specified by the Secretary. For purposes of this rule, section 451(c)(4) references section 451(b)(4) to permit the taxpayer to allocate the transaction price to each performance obligation under a contract in accordance with the allocation made in the taxpayer's applicable financial statement.

Accordingly, the Applicant requests to change to a method of accounting that recognizes product and service revenue in accordance with the standards, where applicable, so long as the new method of accounting is otherwise permissible under section 451, is in the year the Applicant adopts the new standards and the regulations thereunder.

## Part II, Line 18 - Conference of Right

The Applicant requests a conference of right at the IRS National Office if the IRS proposes to rule adversely on this accounting method change. For these purposes, adversely is defined to

**Illinois Valley Cellular RSA 2-I Partnership**
**FEIN:  58-1918886**
**Attachment to Form 3115**
**For the Tax Year Ended December 31, 2020**

include granting the method change on terms and conditions other than those requested by the Applicant.


## Part II, Line 26 - Section 481(a) Adjustment


The section 481(a) adjustment represents, as of January 1, 2020 (the beginning of the year of change), the revenue properly includible under the proposed method less the amount of revenue recognized under the present method.

The change in recognition of income results in a positive 481a adjustment of $1,330,717 and will increase gross receipts on line 1a of the Federal Form 1065.  The full positive adjustment is being added to income in 2020, as per Revenue Procedure 2015-13, the full positive adjustment should be recognized in the year of cessation of the business.





8517 Excelsior Drive, Suite 301 **|** Madison, WI 53717-2910 **|** 608.664.9110

**Illinois Valley Cellular RSA 2-I**
**Partnership**
Instructions for Filing
Form IL-1065
2020 Illinois Partnership Replacement Tax Return
for the year ended December 31, 2020

Your return will be filed electronically.  You do not need to file any forms with the state of Illinois.

DO NOT separately file your tax return with the state.  Doing so will delay the processing of your return.  The state will notify us when your return is accepted.  Your return is not considered filed until the state confirms their acceptance, which may occur after the due date of your return.

Illinois Department of Revenue

# 2020 Form IL-1065



32412201V

## Partnership Replacement Tax Return

See "When should I file?" in the Form IL-1065 instructions for a list of due dates.

| If this return is not for calendar year 2020, enter your fiscal tax year here. | Enter the amount you are paying. |
|---|---|
| Tax year beginning ___month___ ___day___ ___year___ , ending ___month___ ___day___ ___year___ | |
| **WARNING** This form is for tax years ending on or after December 31, 2020, and before December 31, 2021. For all other situations, see instructions to determine the correct form to use. | $ _____ |

## Step 1: Identify your partnership

**A** Enter your complete legal business name.
If you have a name change, check this box. ☐
Name: ILLINOIS VALLEY CELLULAR RSA 2-I

**B** Enter your mailing address.
Check this box if either of the following apply: ☐
- this is your **first return**, or
- you have an **address change**.

C/O: _____

Mailing address: 200 RIVERFRONT DRIVE

City: MARSEILLES   State: IL   ZIP: 61341-1454

**C** If this is the first or final return, check the applicable box(es).
☐ First return
☒ Final return (Enter the date of termination. 12/31/2020)
   mm   dd   yyyy

**D** If this is a final return because you sold this business, enter the date sold (mm dd yyyy) _____ , and the new owner's FEIN.
_____

**E** **Apportionment Formulas.** Check the appropriate box or boxes and see Apportionment Formula instructions.
☐ Financial organizations        ☐ Transportation companies
☐ Federally regulated exchanges  ☐ Sales companies

**F** Check this box if you are:
☐ classified as an investment partnership
☐ classified as a publicly-traded partnership

**G** Check this box if you made an IRC § 761 election. ☐

**H** Check this box if you are a 52/53 week filer. ☐

**I** Enter your federal employer identification number (FEIN).
58-1918886

**J** ☐ Check this box if you are a member of a unitary business group **and** are included on a Schedule UB, Combined Apportionment for Unitary Business Group. Enter the FEIN of the member who prepared the Schedule UB and **attach** it to this return.

**K** Enter your North American Industry Classification System (NAICS) Code. See instructions.
517000

**L** Enter the city, state, and zip code where your accounting records are kept. (Use the two-letter postal abbreviation, *e.g.*, IL, GA, etc.)
MARSEILLES   IL   61341
City   State   ZIP

**M** If you are making the business income election to treat all nonbusiness income as business income, check this box and enter zero on Lines 36 and 44. ☐

**N** If you have completed the federal form(s), check the box and **attach** the federal form(s) to this return.
☐ Federal Form 8886   ☐ Federal Sch. M-3, Part II, Line 10

**O** Check this box if you attached Form IL-4562. ☒
**P** Check this box if you attached Illinois Schedule M (for businesses). ☐
**Q** Check this box if you attached Schedule 80/20. ☐
**R** Check this box if you attached Schedule 1299-A. ☐
**S** Check this box if your business activity is protected under Public Law 86-272. ☐
**T** Check this box if you attached the Subgroup Schedule. NA

## Step 2: Figure your ordinary income or loss

(Whole dollars only)

| | | |
|---|---|---|
| **1** Ordinary income or loss, or equivalent from federal Schedule K. | 1 | -547,195.00 |
| **2** Net income or loss from all rental real estate activities. | 2 | |
| **3** Net income or loss from other rental activities. | 3 | |
| **4** Portfolio income or loss.   SEE STATEMENT 1 | 4 | -63,276.00 |
| **5** Net IRC Section 1231 gain or loss. | 5 | |
| **6** All other items of income or loss that were not included in the computation of income or loss on Page 1 of U.S. Form 1065. See instructions. Identify: _____ | 6 | |
| **7** Add Lines 1 through 6. This is your ordinary income or loss. | 7 | -610,471.00 |

## Step 3: Figure your unmodified base income or loss

| | | |
|---|---|---|
| **8** Charitable contributions. | 8 | 11,781.00 |
| **9** Expense deduction under IRC Section 179. | 9 | |
| **10** Interest on investment indebtedness. | 10 | |
| **11** All other items of expense that were not deducted in the computation of ordinary income or loss on Page 1 of U.S. Form 1065. See instructions. Identify: SEE STATEMENT 1 | 11 | 3,554.00 |
| **12** Add Lines 8 through 11. | 12 | 15,335.00 |
| **13** Subtract Line 12 from Line 7. This amount is your total unmodified base income or loss. | 13 | -625,806.00 |

*(left margin, rotated)* ▼ Attach your payment and Form IL-1065-V here. ▲

IR ___ NS ___ DR ___

IL-1065 (R-12/20) ID: 0YY
0Q1511 1.000

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

32412202V

## Step 4: Figure your income or loss

| | | | |
|---|---|---|---|
| 14 | Enter your unmodified base income or loss from Line 13. | 14 | −625,806.00 |
| 15 | State, municipal, and other interest income excluded from Line 14. | 15 | |
| 16 | Illinois replacement tax deducted in arriving at Line 14. | 16 | |
| 17 | Illinois Special Depreciation addition. **Attach** Form IL-4562. | 17 | NONE |
| 18 | Related-Party Expenses addition. **Attach** Schedule 80/20. | 18 | |
| 19 | Distributive share of additions. **Attach** Schedule(s) K-1-P or K-1-T. | 19 | |
| 20 | Guaranteed payments to partners from U.S. Form 1065. | 20 | |
| 21 | The amount of loss distributable to a partner subject to replacement tax. **Attach** Schedule B. | 21 | 689,359.00 |
| 22 | Other additions. **Attach** Illinois Schedule M (for businesses). | 22 | |
| 23 | Add Lines 14 through 22. This amount is your income or loss. | 23 | 63,553.00 |

## Step 5: Figure your base income or loss

| | | | |
|---|---|---|---|
| 24 | Interest income from U.S. Treasury or other exempt federal obligations. | 24 | |
| 25 | August 1,1969, valuation limitation amount. **Attach** Schedule F. | 25 | |
| 26 | Personal service income or reasonable allowance for compensation of partners. | 26 | |
| 27 | Share of income distributable to a partner subject to replacement tax. **Attach** Schedule B. | 27 | |
| 28 | River Edge Redevelopment Zone Dividend subtraction. **Attach** Schedule 1299-A. | 28 | |
| 29 | High Impact Business Dividend subtraction. **Attach** Schedule 1299-A. | 29 | |
| 30 | Illinois Special Depreciation subtraction. **Attach** Form IL-4562. | 30 | 63,553.00 |
| 31 | Related-Party Expenses subtraction. **Attach** Schedule 80/20. | 31 | |
| 32 | Distributive share of subtractions. **Attach** Schedule(s) K-1-P or K-1-T. | 32 | |
| 33 | Other subtractions. **Attach** Schedule M (for businesses). | 33 | |
| 34 | **Total subtractions.** Add Lines 24 through 33. | 34 | 63,553.00 |
| 35 | **Base income or loss.** Subtract Line 34 from Line 23. | 35 | |

**STOP**

**A** If the amount on Line 35 is derived inside Illinois only, check this box and enter the amount from Step 5, Line 35 on Step 7, Line 47. You may not complete Step 6. (You must leave Step 6, Lines 36 through 46 blank.) ☒

≡ *Note* → If you are a unitary filer, do not check this box. Check the box on Line B and complete Step 6.

**B** If any portion of the amount on Line 35 is derived outside Illinois, or you are a unitary filer, check this box and complete all lines of Step 6. (Do not leave Lines 40 through 42 blank.) See instructions. ☐

## Step 6: Figure your income allocable to Illinois (Complete only if you checked the box on Line B, above.)

| | | | |
|---|---|---|---|
| 36 | Nonbusiness income or loss. **Attach** Schedule NB. | | 36 |
| 37 | Business income or loss included in Line 35 from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | | 37 |
| 38 | Add Lines 36 and 37. | | 38 |
| 39 | Business income or loss. Subtract Line 38 from Line 35. | | 39 |
| 40 | Total sales everywhere. This amount cannot be negative. | 40 | |
| 41 | Total sales inside Illinois. This amount cannot be negative. | 41 | |
| 42 | Apportionment factor. Divide Line 41 by Line 40. Round to six decimal places. | | 42 |
| 43 | Business income or loss apportionable to Illinois. Multiply Line 39 by Line 42. | | 43 |
| 44 | Nonbusiness income or loss allocable to Illinois. **Attach** Schedule NB. | | 44 |
| 45 | Business income or loss apportionable to Illinois from non-unitary partnerships, partnerships included on a Schedule UB, S corporations, trusts, or estates. See instructions. | | 45 |
| 46 | **Base income or loss allocable to Illinois.** Add Lines 43 through 45. | | 46 |

4781LP   R10Y   09/14/2021  19:27:05  V20-6.7F  1167103

IL-1065 (R-12/20)  ID: 0YY

32412203V

## Step 7: Figure your net income

| | | | |
|---|---|---|---|
| 47 | Base income or net loss from Step 5, Line 35, or Step 6, Line 46. | 47 | _____ |
| 48 | Illinois net loss deduction. **If Line 47 is zero or a negative amount, enter zero.** | 48 | _____ |
| | Check this box and attach a detailed statement if you have merged losses. ◆ ☐ ◆ | | |
| 49 | Income after NLD. Subtract Line 48 from Line 47. | 49 | _____ |
| 50 | Enter the amount from Step 5, Line 35. | 50 | _____ |
| 51 | Divide Line 47 by Line 50. Round the result to six decimal places. This figure cannot be greater than one. | 51 | 1.000000 |
| 52 | Exemption allowance. See instructions before completing. | 52 | _____ |
| 53 | **Net income.** Subtract Line 52 from Line 49. | 53 | _____ |

## Step 8: Figure your net replacement tax and pass-through withholding you owe

| | | | |
|---|---|---|---|
| 54 | Replacement tax. Multiply Line 53 by 1.5% (.015). | 54 | _____ |
| 55 | Recapture of investment credits. **Attach Schedule 4255.** | 55 | _____ |
| 56 | Replacement tax before investment credits. Add Lines 54 and 55. | 56 | _____ |
| 57 | Investment credits. **Attach Form IL-477.** | 57 | _____ |
| 58 | **Net replacement tax.** Subtract Line 57 from Line 56. If the amount is negative, enter zero. | 58 | _____ |
| 59 | Sale of assets by gaming licensee surcharge. See instructions. | 59 | _____ |
| 60 | Pass-through withholding you owe on behalf of your members. Enter the amount from Schedule B, Section A, Line 9. See instructions. **Attach Schedule B.** | 60 | _____ |
| 61 | Total net replacement tax, surcharge, and pass-through withholding you owe. Add Lines 58, 59, and 60. | 61 | _____ |

## Step 9: Figure your refund or balance due

| | | | |
|---|---|---|---|
| 62 | Payments. See instructions. | | |
| | **a** Credits from previous overpayments. | 62a _____ | |
| | **b** Total payments made before the date this return is filed. | 62b _____ | |
| | **c** Pass-through withholding reported to you on Schedule(s) K-1-P or K-1-T. **Attach Schedule(s) K-1-P or K-1-T.** | 62c _____ | |
| | **d** Illinois gambling withholding. **Attach Form(s) W-2G.** | 62d _____ | |
| 63 | Total payments. Add Lines 62a through 62d. | 63 | _____ |
| 64 | Overpayment. If Line 63 is greater than Line 61, subtract Line 61 from Line 63. | 64 | _____ |
| 65 | Amount to be **credited forward.** See instructions. | ◆ 65 | _____ ◆ |
| | Check this box and attach a detailed statement if this carryforward is going to a different FEIN. ◆ ☐ ◆ | | |
| 66 | **Refund.** Subtract Line 65 from Line 64. This is the amount to be refunded. | 66 | _____ |

| 67 | **Complete to direct deposit your refund** | |
|---|---|---|
| | Routing Number _____ | ☐ Checking or ☐ Savings |
| | Account Number _____ | |

| | | | |
|---|---|---|---|
| 68 | **Tax Due.** If Line 61 is greater than Line 63, subtract Line 63 from Line 61. This is the amount you owe. | 68 | _____ |

▶ **If you owe tax on Line 68, make an electronic payment at Tax.Illinois.gov. If you must mail your payment, complete a payment voucher.**
**Write your FEIN, tax year ending, and "IL-1065-V" on your check or money order and make it payable to "Illinois Department of Revenue." Attach your voucher and payment to the first page of this form.**

*Special Note* ──▶ Enter the amount of your payment on the top of Page 1 in the space provided.

## Step 10: Sign below -

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

| Sign Here | | 09/14/2021 | PRESIDENT | 815-795-3200 | ☒ Check if the Department may discuss this return with the paid preparer shown in this step. |
|---|---|---|---|---|---|
| | Signature of partner | Date (mm/dd/yyyy) | Title | Phone | |

| Paid Preparer Use Only | JOE A LYNN | | 09/14/2021 | ☐ Check if self-employed | P01270416 |
|---|---|---|---|---|---|
| | Print/Type paid preparer's name | Paid preparer's signature | Date (mm/dd/yyyy) | | Paid Preparer's PTIN |
| | Firm's name ▶ BKD, LLP | | | Firm's FEIN ▶ | 44-0160260 |
| | Firm's address ▶ 8517 EXCELSIOR DRIVE, SUITE 301 MADISON, WI 53717 | | | Firm's phone ▶ | 608.664.9110 |

▶ If a payment is **not** enclosed, mail this return to:
**Illinois Department of Revenue**
**P.O. Box 19031**
**Springfield, IL 62794-9031**

▶ If a payment is enclosed, mail this return to:
**Illinois Department of Revenue**
**P.O. Box 19053**
**Springfield, IL 62794-9053**

FORM IL-1065 PAGE 1 SUPPORTING SCHEDULES
================================================================================

PORTFOLIO INCOME OR LOSS
=======================

INTEREST                                                          3,666.00
LONG-TERM CAPITAL GAIN OR LOSS                                  -66,942.00
                                                               ---------------
TOTAL PORTFOLIO INCOME OR LOSS                                  -63,276.00
                                                               ===============


OTHER ITEMS OF EXPENSE NOT INCLUDED IN COMPUTATION OF ORDINARY
INCOME ON U.S. FORM 1065 PAGE 1
===========================================================

EXCESS BUSINESS INTEREST EXPENSE                                  3,554.00
                                                               ---------------
TOTAL OTHER SCHEDULE K EXPENSES                                   3,554.00
                                                               ===============


                                                            STATEMENT   1

**Illinois Department of Revenue**

# 2020 Schedule B
### Partners' or Shareholders' Information

Attach to your Form IL-1065 or Form IL-1120-ST.

30812201V

Year ending

12 / 2020
Month / Year

**IL Attachment No. 1**

ILLINOIS VALLEY CELLULAR RSA 2-I
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

58-1918886
Enter your federal employer identification number (FEIN).

**STOP** **Read this information first**

- You must read the Schedule B instructions and complete Schedule(s) K-1-P and Schedule(s) K-1-P(3) before completing this schedule.
- You must complete Section B of Schedule B and provide all the required information for your partners or shareholders before completing Section A of Schedule B.

→ Note → Failure to follow these instructions may delay the processing of your return or result in you receiving further correspondence from the Department. You may also be required to submit further information to support your filing.

## Section A:   Total members' information (from Schedule(s) K-1-P and Schedule B, Section B)

**STOP** Before completing this section you must first complete Schedule(s) K-1-P, Schedule(s) K-1-P(3) and Schedule B, Section B. You will use the amounts from those schedules when completing this section.

### Totals for resident and nonresident partners or shareholders (from Schedule(s) K-1-P and Schedule B, Section B)

| | | | |
|---|---|---|---|
| 1 | Enter the total of all nonbusiness income or loss you reported on Schedule(s) K-1-P for your members. See instructions. | 1 | _____ |
| 2 | Enter the total of all income and replacement tax credits you reported on Schedule(s) K-1-P for your members. See instructions. | 2 | _____ |
| 3 | Add the amounts shown on Schedule B, Section B, Column E for all partners or shareholders on all pages for which you have entered a check mark in Column D. Enter the total here. See instructions. | 3 | –689,359.00 |

### Totals for nonresident partners or shareholders only (from Schedule B, Section B)

| | | | |
|---|---|---|---|
| 4 | Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident individual members. See instructions. | 4 | _____ |
| 5 | Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident estate members. See instructions. | 5 | _____ |
| 6 | Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your partnership and S corporation members. See instructions. | 6 | _____ |
| 7 | Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your nonresident trust members. See instructions. | 7 | _____ |
| 8 | Enter the total pass-through withholding you reported on all pages of your Schedule B, Section B, Column J for your C corporation members. See instructions. | 8 | _____ |
| 9 | Add Line 4 through Line 8. This is the total pass-through withholding you owe on behalf of all your nonresident partners or shareholders. This amount should match the total amount from Schedule B, Section B, Column J for all nonresident partners or shareholders on all pages. Enter the total here **and** on Form IL-1065 (Form IL-1065-X), Line 60, or Form IL-1120-ST (Form IL-1120-ST-X), Line 59. See instructions. | 9 | _____ |

► **Attach all pages of Schedule B, Section B behind this page.**

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty.

Schedule B Front (R-12/20) ID: 0YY

0Q1517 1.000
4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F   1167103

**Illinois Department of Revenue**

# 2020 Schedule B

30812202V

ILLINOIS VALLEY CELLULAR RSA 2-I
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

58-1918886
Enter your federal employer identification number (FEIN).

## Section B: Members' information (See instructions before completing.)

| | A<br>Name and Address | B<br>Partner or Shareholder type | C<br>SSN or FEIN | D<br>Subject to Illinois replacement tax or an ESOP | E<br>Member's distributable amount of base income or loss | F<br>Excluded from pass-through withholding | G<br>Share of Illinois income subject to pass-through withholding | H<br>Pass-through withholding before credits | I<br>Distributable share of credits | J<br>Pass-through withholding amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *(If Column F is blank, complete Column G through Column J. Otherwise, enter zero in Column G through Column J.)* | | | |
| **1** Name MARSEILLES CELLULAR, INC.<br>C/O<br>Addr. 1 P.O. BOX 247<br>Addr. 2<br>City MARSEILLES IL 61341 | | C | 36-3795030 | X | -678,749.00 | E | | | | |
| **2** Name TONICA CELLULAR<br>C/O<br>Addr. 1 P.O. BOX 158<br>Addr. 2<br>City TONICA IL 61370 | | C | 36-3795992 | X | NONE | E | | | | |
| **3** Name MTCO CORPORATION<br>C/O<br>Addr. 1 220 NORTH MENARD STREET P.O. BOX 80<br>Addr. 2<br>City METAMORA IL 61548-0800 | | C | 36-3465368 | X | -10,610.00 | E | | | | |
| **4** Name<br>C/O<br>Addr. 1<br>Addr. 2<br>City | | | | | | | | | | |
| **5** Name<br>C/O<br>Addr. 1<br>Addr. 2<br>City | | | | | | | | | | |

≣ *Note →* If you have more members than space provided, attach additional copies of this page as necessary.

Schedule B back (R-12/20) ID: 0YY
0Q15201Y 0Y

4781LP R10Y 09/14/2021 19:27:05 V20-6.7F 1167103

Printed by the authority of the State
of Illinois - web only, 1 copy

Page 5 of 5

**Illinois Department of Revenue**

62212201V

Year ending

# 2020 IL-4562
## Special Depreciation
For tax years ending **on or after** December 31, 2020.
Attach to your Form IL-1120, IL-1120-ST, IL-1065, IL-1041, or IL-1040.

| 12 | 2020 |
|---|---|
| Month | Year |

**IL Attachment No. 11**

## Step 1:   Provide the following information

ILLINOIS VALLEY CELLULAR RSA 2-I
PARTNERSHIP

Enter your name as shown on your return.

58-1918886

Enter your Social Security number (SSN) or
federal employer identification number (FEIN).

**Special Note →**      **You must read the instructions before completing Form IL-4562. Do not use negative figures.**

## Step 2:   Figure your Illinois special depreciation addition

1   Enter the total amount claimed as a special depreciation allowance on your current federal Form 4562,
Depreciation and Amortization, Lines 14 and Line 25, for property acquired after September 10, 2001    **1** _____

2   **Individuals only:** Enter the total amount claimed as a special depreciation allowance from
federal Form 2106, Employee Business Expenses.    **2** _____

3   **Last year of regular depreciation:**   Enter the total amount of all Illinois depreciation
subtractions claimed on prior year IL-4562 forms, Step 3, Line 8, for each property.    **3** _____NONE

4   Add Lines 1 through 3. This is your Illinois special depreciation addition. Enter the total here and
**see instructions for the list of Illinois form and line references to report this addition.**    **4** _____NONE

## Step 3:   Figure your Illinois special depreciation subtraction

5a   Enter the portion of depreciation allowance claimed on federal Form 4562, Line 17, plus
Line 19, Column g, plus Line 26, Column h, for property for which you claimed a special
depreciation allowance on federal Form 4562, Line 14 or 25, for this tax year, or any other
tax year ending after September 10, 2001, for bonus depreciation **equal to 30 percent** of
your basis in the property.    **5a** ___148,142.00

 b   **Individuals only:** If you completed a federal Form 2106 for this tax year, enter the portion
of any depreciation deductions included in Lines 4 and 38 for this tax year or any prior tax year
for bonus depreciation **equal to 30 percent** of your basis in the property.    **5b** _____

 c   Add Lines 5a and 5b.    **5c** ___148,142.00

6   Multiply Line 5c by 42.9% (0.429).    **6** ____63,553.00

7a   Enter the portion of depreciation allowance claimed on federal Form 4562, Line 17, plus
Line 19, Column g, plus Line 26, Column h, for property for which you claimed a special
depreciation allowance on federal Form 4562, Line 14 or 25, for this tax year, or any other
tax year ending after September 10, 2001, for bonus depreciation **equal to 50 percent** of
your basis in the property.    **7a** _____

 b   **Individuals only:** If you completed a federal Form 2106 for this tax year, enter the portion
of any depreciation deductions included in Lines 4 and 38 for this tax year or any prior tax year
for bonus depreciation **equal to 50 percent** of your basis in the property.    **7b** _____

 c   Add Lines 7a and 7b.    **7c** _____

8   Add Lines 6 and 7c.    **8** ____63,553.00

9   **Last year of regular depreciation:** Enter the Illinois special depreciation addition reported
on any prior year Form IL-4562, Step 2, Line 1 plus Line 2, for each property. See instructions.    **9** _____NONE

10   Add Lines 8 and 9. This is your Illinois depreciation subtraction for this year. Enter the total here
and **see instructions for the list of Illinois form and line references to report this subtraction.**    **10** ____63,553.00

### ➔ Attach this form to your Illinois return. ◄

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this
information is REQUIRED. Failure to provide information could result in a penalty.

ILLINOIS VALLEY CELLULAR RSA                                    58-1918886
ILLINOIS FOOTNOTES

========================================================================

RECONCILIATION OF ENDING CAPITAL ACCOUNTS: SCH L TO SCH M-2
------------------------------------------------------------

| | |
|---|---:|
| ENDING CAPITAL ACCOUNTS PER SCHEDULE L: | 4,661,016. |
| BEGINNING OF YEAR SCH L TO SCH M-2 DIFFERENCE: | 4,640,289. |
| TEMPORARY DIFFERENCES: | |
| PASS THROUGH INCOME | -12,437. |
| BAD DEBT EXPENSE | 19,455. |
| DEPRECIATION | 1,337,558. |
| SALES OF FIXED ASSETS | 1,317,299. |
| AMORTIZATION | 71,100. |
| DEFERRED GAIN | -214,187. |
| 754 DEPRECIATION | -26,266. |
| BOOK LEASE LIABILITY INTEREST EXPENSE | 466,119. |
| BOOK LEASE ASSET AMORTIZATION | 249,563. |
| TAX RENT EXPENSE FROM LEASE | -454,125. |
| BOOK LOSS ON DISPOSAL OF CENTRAL LTE HOLDINGS INVESTMENT | 73,454. |
| 481A ADJUSTMENT DUE TO ASC 606 | 1,330,717. |
| TAX LOSS ON DISPOSAL OF CENTRAL LTE HOLDINGS INVESTMENT | -66,942. |
| BOOK RETAINED EARNINGS CHANGES THAT DON'T CHANGE TAX: | |
| PY CUMULATIVE ADJUSTMENT FOR ASC 606 | -1,330,717. |
| PY BOOK DEFERRED GAIN | 21,893. |
| PY BOOK GOODWILL, INTANGIBLE AND FMV ADJ. DUE TO CONSOLID. | -8,240,230. |
| PY CAPITAL CONTRIBUTION CONVERTED TO NON-CASH DISTRIBUTION | 38,327. |
| LIQUIDATING PROPERTY DISTRIBUTION | -4,661,016. |
| ADJUSTMENT FOR FINAL YEAR RETURN | 779,130. |

                                                      ---------------
    TOTAL AMOUNT OF FOOTNOTE                                     NONE
                                                      ===============

ATTACHMENT TO SCHEDULE B, QUESTION 10C
FILED PURSUANT TO IRC SEC 734(D) AND NOTICE 2005-32
------------------------------------------------------------
TRANSFEROR PARTNER: TONICA CELLULAR (36-3795992)
TRANSFEREE PARTNERS: MARSEILLES CELLULAR AND MTCO CORP.
TRANSFEREE EINS: 36-3795030 AND 36-3465368
------------------------------------------------------------

| | |
|---|---:|
| CASH PAID: | 38,327. |
| PREVIOUSLY TAXED CAPITAL: | 1,303,290. |
| TOTAL BUILT-IN LOSS | -1,264,963. |

                                                      ---------------
    TOTAL AMOUNT OF FOOTNOTE                                   76,654.
                                                      ===============

ATTACHMENT TO SCHEDULE B, QUESTION 10B
STEP-DOWN CALCULATION AND ALLOCATION
(DISCLOSURE PURSUANT TO REG. 1.734-1(D))
------------------------------------------------------------
TAXPAYER: ILLINOIS VALLEY CELLULAR RSA 2-I PARTNERSHIP
EIN: 58-1918886
YEAR-END: 12/31/2020
------------------------------------------------------------
SALES PRICE:                                                  38,327.

                                                      STATEMENT  1

ILLINOIS VALLEY CELLULAR RSA 2L P    58-1918886
ILLINOIS FOOTNOTES
==============================================================================

```
PREVIOUSLY TAXED CAPITAL:                              1,303,290.
STEP-DOWN IN BASIS:                                    1,264,963.
-------------------------------------------------------

THE ALLOCATION OF THE ABOVE STEP-DOWN IS AS FOLLOWS:
INTANGIBLES:                                           1,264,963.
TOTAL STEP-DOWN IN BASIS:                              1,264,963.


                                                      ---------------
   TOTAL AMOUNT OF FOOTNOTE                             5,136,506.
                                                      ===============
```

0XX063 1.000                                                              .
     4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

Illinois Department of Revenue

# Schedule K-1-P


33012201V

**Year ending**

<u>12</u>   <u>2020</u>
Month   Year

**Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture**

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST.

**Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.**

IL Attachment No. 12

## Step 1:  Identify your partnership or S corporation

**1** Check your business type [X] partnership  ☐ S corporation

   ILLINOIS VALLEY CELLULAR RSA 2-I

**2** PARTNERSHIP
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

**3** <u>58-1918886</u>
Enter your federal employer identification number (FEIN).

**4** Enter the apportionment factor from Form IL-1065 or Form
IL-1120-ST, Line 42. Otherwise, enter "1." <u>1.000000</u>

## Step 2:  Identify your partner or shareholder

PARTNER #     3

**5** <u>MARSEILLES CELLULAR, INC.</u>
Name

**6** <u>P.O. BOX 247</u>
Mailing address

<u>MARSEILLES</u>          <u>IL</u>     <u>61341</u>
City                State       ZIP

**7** <u>36-3795030</u>
Social Security number or FEIN

**8** <u>98.464207</u>
Share (%)

**9a** Check the appropriate box. See instructions.

| | |
|---|---|
| ☐ individual | ☐ trust |
| ☐ partnership | [X] corporation |
| | ☐ S corporation |
| | ☐ estate |

**9b** **To be completed by the recipient on Line 5 only.**
I am a:  ☐ grantor trust   ☐ disregarded entity
and the amounts on this schedule will be reported by:
Name: _____
SSN or FEIN: _____

## Step 3:  Figure your partner's or shareholder's share of your nonbusiness income or loss

| | | **A**<br>Member's share<br>(See instructions.) | **B**<br>Member's share<br>allocable to Illinois |
|---|---|---|---|
| **10** | Interest | **10** _____ | _____ |
| **11** | Dividends | **11** _____ | _____ |
| **12** | Rental income | **12** _____ | _____ |
| **13** | Patent royalties | **13** _____ | _____ |
| **14** | Copyright royalties | **14** _____ | _____ |
| **15** | Other royalty income | **15** _____ | _____ |
| **16** | Capital gain or loss from real property | **16** _____ | _____ |
| **17** | Capital gain or loss from tangible personal property | **17** _____ | _____ |
| **18** | Capital gain or loss from intangible personal property | **18** _____ | _____ |
| **19** | Other income and expense | **19** _____ | _____ |
| | Specify | | |

## Step 4:  Figure your partner's or shareholder's share of your business income or loss

| | | **A**<br>Member's share<br>from U.S. Schedule K-1,<br>less nonbusiness income | **B**<br>Member's share<br>apportioned to Illinois |
|---|---|---|---|
| **20** | Ordinary income or loss from trade or business activity | **20** −538,768.00 | −538,768.00 |
| **21** | Net income or loss from rental real estate activities | **21** _____ | _____ |
| **22** | Net income or loss from other rental activities | **22** _____ | _____ |
| **23** | Interest | **23** 3,610.00 | 3,610.00 |
| **24** | Dividends | **24** _____ | _____ |
| **25** | Royalties | **25** _____ | _____ |
| **26** | Net short-term capital gain or loss | **26** _____ | _____ |
| **27** | Net long-term capital gain or loss. Total for year. | **27** −65,914.00 | −65,914.00 |
| **28** | Unrecaptured Section 1250 gain | **28** _____ | _____ |
| **29** | Guaranteed payments to partner (U.S. Form 1065 only) | **29** _____ | _____ |
| **30** | Net Section 1231 gain or loss (other than casualty or theft).<br>Total for year. | **30** _____ | _____ |
| **31** | Other income and expense | **31** −15,100.00 | −15,100.00 |
| | Specify | | |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this
information is REQUIRED. Failure to provide this information could result in a penalty.

4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

Enter identification number from Line 7. _____

33012202v

36-3795030

## Step 5: Figure your partner's or shareholder's share of Illinois additions and subtractions

**K-1-P Recipient:** Before using the information provided in Step 5, you must read Schedule K-1-P(2) to correctly report the amounts listed in Columns A and B.

| | | A<br>Member's share from<br>Form IL-1065 or IL-1120-ST | B<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|
| **Additions** | | | |
| 32 Federally tax-exempt interest income | 32 | | |
| 33 Illinois replacement tax and surcharge deducted | 33 | | |
| 34 Illinois Special Depreciation addition | 34 | | |
| 35 Related-Party Expenses addition | 35 | | |
| 36 Distributive share of additions | 36 | | |
| 37 Other additions (from Illinois Schedule M for businesses) | 37 | | |
| **Subtractions** | | | |
| 38 a Interest from U.S. Treasury obligations (business income) | 38a | | |
| b Interest from U.S. Treasury obligations (nonbusiness income) | 38b | | |
| 39 River Edge Redevelopment Zone Dividend subtraction | 39 | | |
| 40 High Impact Business Dividend subtraction | 40 | | |
| 41 Contribution subtraction (Form IL-1120-ST filers only) | 41 | | |
| 42 Interest subtraction - River Edge Redevelopment Zone<br>(Form IL-1120-ST financial organizations only) | 42 | | |
| 43 Interest subtraction - High Impact Business within a Foreign<br>Trade Zone (Form IL-1120-ST financial organizations only) | 43 | | |
| 44 Illinois Special Depreciation subtraction | 44 | 62,577.00 | 62,577.00 |
| 45 Related-Party Expenses subtraction | 45 | | |
| 46 Distributive share of subtractions | 46 | | |
| 47 Other subtractions (from Illinois Schedule M for businesses) | 47 | | |

## Step 6: Figure your partner's or shareholder's (except a corporate partner or shareholder) share of your Illinois August 1, 1969, appreciation amounts

| | | A<br>Member's share from Illinois<br>Schedule F (Form IL-1065 or IL-1120-ST) | B<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|
| 48 Section 1245 and 1250 gain | 48 | | |
| 49 Section 1231 gain | 49 | | |
| 50 Section 1231 gain less casualty and theft gain. See instructions. | 50 | | |
| 51 Capital gain | 51 | | |

## Step 7: Figure your partner's or shareholder's share of your Illinois credits, recapture, pass-through withholding and federal income subject to surcharge

| 52 Illinois Income Tax Credits | Credit Code | | Member's share from Illinois tax return | | | | Member's share from Illinois tax return |
|---|---|---|---|---|---|---|---|
| a Film Production Services | 5000 | 52a | | 52u | Other credits | 52u | |
| b Enterprise Zone Investment | 5080 | 52b | | v | Replacement Tax Investment | | |
| c Enterprise Zone Construction Jobs | 5120 | 52c | | | Credits. See instructions. | 52v | |
| d High Impact Business Construction Jobs | 5160 | 52d | | 53 | **Recapture** | | |
| e Affordable Housing Donations | 5260 | 52e | | a | Enterprise Zone or River | | |
| f EDGE | 5300 | 52f | | | Edge Redevelopment Zone | | |
| g New Construction EDGE | 5320 | 52g | | | Investment Credit recapture | 53a | |
| h Research and Development | 5340 | 52h | | b | Replacement Tax Investment | | |
| i Wages paid to Ex-Felons | 5380 | 52i | | | Credit recapture | 53b | |
| j Student-Assistance Contribution | 5420 | 52j | | c | Angel Investment Credit recapture | 53c | |
| k Angel Investment | 5460 | 52k | | 54 | Pass-through withholding | | |
| l New Markets Development | 5500 | 52l | | | See instructions. | 54 | |
| m River Edge Historic Preservation | 5540 | 52m | | 55 | Federal income attributable to<br>transactions subject to the<br>Compassionate Use of Medical<br>Cannabis Program Act surcharge.<br>See instructions. | 55 | |
| n River Edge Construction Jobs | 5560 | 52n | | | | | |
| o Live Theater Production | 5580 | 52o | | | | | |
| p Hospital | 5620 | 52p | | | | | |
| q Invest in Kids | 5660 | 52q | | 56 | Federal income attributable to the<br>sale or exchange of assets by a<br>gaming licensee surcharge.<br>See instructions. | 56 | |
| r Data Center Construction Employment | 5820 | 52r | | | | | |
| s Apprenticeship Education Expense | 0160 | 52s | | | | | |
| t Historic Preservation | 1030 | 52t | | | | | |

Printed by the authority of the State of Illinois - web only, 1 copy

Schedule K-1-P Back (R-12/20) ID: 0YY

Illinois Department of Revenue



33012201V

# Schedule K-1-P

**Year ending**

<u>12</u>  <u>2020</u>
Month      Year

Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST.

**Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.**

IL Attachment No. 12

## Step 1:   Identify your partnership or S corporation

**1** Check your business type [X] partnership   [ ] S corporation

ILLINOIS VALLEY CELLULAR RSA 2-I

**2** PARTNERSHIP

Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

**3**  58-1918886
Enter your federal employer identification number (FEIN).

**4** Enter the apportionment factor from Form IL-1065 or Form
IL-1120-ST, Line 42. Otherwise, enter "1."   1.000000

## Step 2:   Identify your partner or shareholder

PARTNER #    4

**5** TONICA CELLULAR
Name

**6**  P.O. BOX 158
Mailing address

TONICA                IL      61370
City              State          ZIP

**7** 36-3795992
Social Security number or FEIN

**8** NONE
Share (%)

**9a** Check the appropriate box. See instructions.

[ ] individual      [X] corporation      [ ] trust
[ ] partnership     [ ] S corporation    [ ] estate

**9b** **To be completed by the recipient on Line 5 only.**
I am a:   [ ] grantor trust   [ ] disregarded entity
and the amounts on this schedule will be reported by:
Name:
SSN or FEIN:

## Step 3:   Figure your partner's or shareholder's share of your nonbusiness income or loss

| | | A Member's share (See instructions.) | B Member's share allocable to Illinois |
|---|---|---|---|
| **10** | Interest | 10 | |
| **11** | Dividends | 11 | |
| **12** | Rental income | 12 | |
| **13** | Patent royalties | 13 | |
| **14** | Copyright royalties | 14 | |
| **15** | Other royalty income | 15 | |
| **16** | Capital gain or loss from real property | 16 | |
| **17** | Capital gain or loss from tangible personal property | 17 | |
| **18** | Capital gain or loss from intangible personal property | 18 | |
| **19** | Other income and expense | 19 | |
| | Specify | | |

## Step 4:   Figure your partner's or shareholder's share of your business income or loss

| | | A Member's share from U.S. Schedule K-1, less nonbusiness income | B Member's share apportioned to Illinois |
|---|---|---|---|
| **20** | Ordinary income or loss from trade or business activity | 20 | |
| **21** | Net income or loss from rental real estate activities | 21 | |
| **22** | Net income or loss from other rental activities | 22 | |
| **23** | Interest | 23 | |
| **24** | Dividends | 24 | |
| **25** | Royalties | 25 | |
| **26** | Net short-term capital gain or loss | 26 | |
| **27** | Net long-term capital gain or loss. Total for year. | 27 | |
| **28** | Unrecaptured Section 1250 gain | 28 | |
| **29** | Guaranteed payments to partner (U.S. Form 1065 only) | 29 | |
| **30** | Net Section 1231 gain or loss (other than casualty or theft). Total for year. | 30 | |
| **31** | Other income and expense | 31 | |
| | Specify | | |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide this information could result in a penalty.

0Y1521YY83

4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

## Step 5:   Figure your partner's or shareholder's share of Illinois additions and subtractions

**K-1-P Recipient:** Before using the information provided in Step 5, you must read
Schedule K-1-P(2) to correctly report the amounts listed in Columns A and B.

|  |  |  | **A**<br>Member's share from<br>Form IL-1065 or IL-1120-ST | **B**<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|---|
| **Additions** | | | | |
| 32 | Federally tax-exempt interest income | 32 | _____ | _____ |
| 33 | Illinois replacement tax and surcharge deducted | 33 | _____ | _____ |
| 34 | Illinois Special Depreciation addition | 34 | _____ | _____ |
| 35 | Related-Party Expenses addition | 35 | _____ | _____ |
| 36 | Distributive share of additions | 36 | _____ | _____ |
| 37 | Other additions (from Illinois Schedule M for businesses) | 37 | _____ | _____ |
| **Subtractions** | | | | |
| 38 | a  Interest from U.S. Treasury obligations (business income) | 38a | _____ | _____ |
|  | b  Interest from U.S. Treasury obligations (nonbusiness income) | 38b | _____ | _____ |
| 39 | River Edge Redevelopment Zone Dividend subtraction | 39 | _____ | _____ |
| 40 | High Impact Business Dividend subtraction | 40 | _____ | _____ |
| 41 | Contribution subtraction (Form IL-1120-ST filers only) | 41 | _____ | _____ |
| 42 | Interest subtraction - River Edge Redevelopment Zone<br>(Form IL-1120-ST financial organizations only) | 42 | _____ | _____ |
| 43 | Interest subtraction - High Impact Business within a Foreign<br>Trade Zone (Form IL-1120-ST financial organizations only) | 43 | _____ | _____ |
| 44 | Illinois Special Depreciation subtraction | 44 | _____ | _____ |
| 45 | Related-Party Expenses subtraction | 45 | _____ | _____ |
| 46 | Distributive share of subtractions | 46 | _____ | _____ |
| 47 | Other subtractions (from Illinois Schedule M for businesses) | 47 | _____ | _____ |

## Step 6:   Figure your partner's or shareholder's (except a corporate partner or shareholder) share of your Illinois August 1, 1969, appreciation amounts

|  |  |  | **A**<br>Member's share from Illinois<br>Schedule F (Form IL-1065 or IL-1120-ST) | **B**<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|---|
| 48 | Section 1245 and 1250 gain | 48 | _____ | _____ |
| 49 | Section 1231 gain | 49 | _____ | _____ |
| 50 | Section 1231 gain less casualty and theft gain. See instructions. | 50 | _____ | _____ |
| 51 | Capital gain | 51 | _____ | _____ |

## Step 7:   Figure your partner's or shareholder's share of your Illinois credits, recapture, pass-through withholding and federal income subject to surcharge

| **52 Illinois Income Tax Credits** | Credit<br>Code | | Member's share<br>from Illinois<br>tax return | | | | Member's share<br>from Illinois<br>tax return |
|---|---|---|---|---|---|---|---|
| a  Film Production Services | 5000 | **52a** | _____ | **52u**  Other credits | | **52u** | _____ |
| b  Enterprise Zone Investment | 5080 | **52b** | _____ | v  Replacement Tax Investment | | | |
| c  Enterprise Zone Construction Jobs | 5120 | **52c** | _____ | Credits. See instructions. | | **52v** | _____ |
| d  High Impact Business Construction Jobs | 5160 | **52d** | _____ | **53  Recapture** | | | |
| e  Affordable Housing Donations | 5260 | **52e** | _____ | a  Enterprise Zone or River | | | |
| f  EDGE | 5300 | **52f** | _____ | Edge Redevelopment Zone | | | |
| g  New Construction EDGE | 5320 | **52g** | _____ | Investment Credit recapture | | **53a** | _____ |
| h  Research and Development | 5340 | **52h** | _____ | b  Replacement Tax Investment | | | |
| i  Wages paid to Ex-Felons | 5380 | **52i** | _____ | Credit recapture | | **53b** | _____ |
| j  Student-Assistance Contribution | 5420 | **52j** | _____ | c  Angel Investment Credit recapture | | **53c** | _____ |
| k  Angel Investment | 5460 | **52k** | _____ | **54**  Pass-through withholding | | | |
| l  New Markets Development | 5500 | **52l** | _____ | See instructions. | | **54** | _____ |
| m  River Edge Historic Preservation | 5540 | **52m** | _____ | **55**  Federal income attributable to | | | |
| n  River Edge Construction Jobs | 5560 | **52n** | _____ | transactions subject to the<br>Compassionate Use of Medical | | | |
| o  Live Theater Production | 5580 | **52o** | _____ | Cannabis Program Act surcharge. | | | |
| p  Hospital | 5620 | **52p** | _____ | See instructions. | | **55** | _____ |
| q  Invest in Kids | 5660 | **52q** | _____ | **56**  Federal income attributable to the | | | |
| r  Data Center Construction Employment | 5820 | **52r** | _____ | sale or exchange of assets by a<br>gaming licensee surcharge. | | | |
| s  Apprenticeship Education Expense | 0160 | **52s** | _____ | See instructions. | | **56** | _____ |
| t  Historic Preservation | 1030 | **52t** | _____ | | | | |

Illinois Department of Revenue 

# Schedule K-1-P

**Year ending**

<u>12</u>   <u>2020</u>
Month     Year

**Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture**

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST.

**Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.**

IL Attachment No. 12

33012201V

## Step 1:   Identify your partnership or S corporation

**1** Check your business type [X] partnership ☐ S corporation

**2** ILLINOIS VALLEY CELLULAR RSA 2-I
PARTNERSHIP
Enter your name as shown on your Form IL-1065 or Form IL-1120-ST.

**3** 58-1918886
Enter your federal employer identification number (FEIN).

**4** Enter the apportionment factor from Form IL-1065 or Form
IL-1120-ST, Line 42. Otherwise, enter "1."   1.000000

## Step 2:   Identify your partner or shareholder

PARTNER #   5

**5** MTCO CORPORATION
Name

**6**   220 NORTH MENARD STREET P.O. BOX 80
Mailing address

METAMORA         IL      61548-0800
City            State      ZIP

**7** 36-3465368
Social Security number or FEIN

**8**   1.535792
Share (%)

**9a** Check the appropriate box. See instructions.

☐ individual          [X] corporation          ☐ trust
☐ partnership          ☐ S corporation          ☐ estate

**9b** **To be completed by the recipient on Line 5 only.**
I am a: ☐ grantor trust    ☐ disregarded entity
and the amounts on this schedule will be reported by:
Name: _____
SSN or FEIN: _____

## Step 3:   Figure your partner's or shareholder's share of your nonbusiness income or loss

| | | **A** Member's share (See instructions.) | **B** Member's share allocable to Illinois |
|---|---|---|---|
| **10** Interest | **10** | | |
| **11** Dividends | **11** | | |
| **12** Rental income | **12** | | |
| **13** Patent royalties | **13** | | |
| **14** Copyright royalties | **14** | | |
| **15** Other royalty income | **15** | | |
| **16** Capital gain or loss from real property | **16** | | |
| **17** Capital gain or loss from tangible personal property | **17** | | |
| **18** Capital gain or loss from intangible personal property | **18** | | |
| **19** Other income and expense | **19** | | |
| Specify | | | |

## Step 4:   Figure your partner's or shareholder's share of your business income or loss

| | | **A** Member's share from U.S. Schedule K-1, less nonbusiness income | **B** Member's share apportioned to Illinois |
|---|---|---|---|
| **20** Ordinary income or loss from trade or business activity | **20** | −8,427.00 | −8,427.00 |
| **21** Net income or loss from rental real estate activities | **21** | | |
| **22** Net income or loss from other rental activities | **22** | | |
| **23** Interest | **23** | 56.00 | 56.00 |
| **24** Dividends | **24** | | |
| **25** Royalties | **25** | | |
| **26** Net short-term capital gain or loss | **26** | | |
| **27** Net long-term capital gain or loss. Total for year. | **27** | −1,028.00 | −1,028.00 |
| **28** Unrecaptured Section 1250 gain | **28** | | |
| **29** Guaranteed payments to partner (U.S. Form 1065 only) | **29** | | |
| **30** Net Section 1231 gain or loss (other than casualty or theft). Total for year. | **30** | | |
| **31** Other income and expense | **31** | −235.00 | −235.00 |
| Specify | | | |

Schedule K-1-P Front (R-12/20)  ID: 0YY

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide this information could result in a penalty.

0Y1521788      4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

33012202v

36-3465368

Enter identification number from Line 7.

## Step 5: Figure your partner's or shareholder's share of Illinois additions and subtractions

**K-1-P Recipient:** Before using the information provided in Step 5, you must read Schedule K-1-P(2) to correctly report the amounts listed in Columns A and B.

| | | | A<br>Member's share from<br>Form IL-1065 or IL-1120-ST | B<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|---|
| **Additions** | | | | |
| 32 | Federally tax-exempt interest income | 32 | | |
| 33 | Illinois replacement tax and surcharge deducted | 33 | | |
| 34 | Illinois Special Depreciation addition | 34 | | |
| 35 | Related-Party Expenses addition | 35 | | |
| 36 | Distributive share of additions | 36 | | |
| 37 | Other additions (from Illinois Schedule M for businesses) | 37 | | |
| **Subtractions** | | | | |
| 38 a | Interest from U.S. Treasury obligations (business income) | 38a | | |
| b | Interest from U.S. Treasury obligations (nonbusiness income) | 38b | | |
| 39 | River Edge Redevelopment Zone Dividend subtraction | 39 | | |
| 40 | High Impact Business Dividend subtraction | 40 | | |
| 41 | Contribution subtraction (Form IL-1120-ST filers only) | 41 | | |
| 42 | Interest subtraction - River Edge Redevelopment Zone<br>(Form IL-1120-ST financial organizations only) | 42 | | |
| 43 | Interest subtraction - High Impact Business within a Foreign<br>Trade Zone (Form IL-1120-ST financial organizations only) | 43 | | |
| 44 | Illinois Special Depreciation subtraction | 44 | 976.00 | 976.00 |
| 45 | Related-Party Expenses subtraction | 45 | | |
| 46 | Distributive share of subtractions | 46 | | |
| 47 | Other subtractions (from Illinois Schedule M for businesses) | 47 | | |

## Step 6: Figure your partner's or shareholder's (except a corporate partner or shareholder) share of your Illinois August 1, 1969, appreciation amounts

| | | | A<br>Member's share from Illinois<br>Schedule F (Form IL-1065 or IL-1120-ST) | B<br>Member's share apportioned or<br>allocated to Illinois |
|---|---|---|---|---|
| 48 | Section 1245 and 1250 gain | 48 | | |
| 49 | Section 1231 gain | 49 | | |
| 50 | Section 1231 gain less casualty and theft gain. See instructions. | 50 | | |
| 51 | Capital gain | 51 | | |

## Step 7: Figure your partner's or shareholder's share of your Illinois credits, recapture, pass-through withholding and federal income subject to surcharge

| 52 Illinois Income Tax Credits | Credit<br>Code | | Member's share<br>from Illinois<br>tax return | | | Member's share<br>from Illinois<br>tax return |
|---|---|---|---|---|---|---|
| a Film Production Services | 5000 | 52a | | 52u | Other credits | 52u |
| b Enterprise Zone Investment | 5080 | 52b | | v | Replacement Tax Investment | |
| c Enterprise Zone Construction Jobs | 5120 | 52c | | | Credits. See instructions. | 52v |
| d High Impact Business Construction Jobs | 5160 | 52d | | 53 | **Recapture** | |
| e Affordable Housing Donations | 5260 | 52e | | a | Enterprise Zone or River | |
| f EDGE | 5300 | 52f | | | Edge Redevelopment Zone | |
| g New Construction EDGE | 5320 | 52g | | | Investment Credit recapture | 53a |
| h Research and Development | 5340 | 52h | | b | Replacement Tax Investment | |
| i Wages paid to Ex-Felons | 5380 | 52i | | | Credit recapture | 53b |
| j Student-Assistance Contribution | 5420 | 52j | | c | Angel Investment Credit recapture | 53c |
| k Angel Investment | 5460 | 52k | | 54 | Pass-through withholding | |
| l New Markets Development | 5500 | 52l | | | See instructions. | 54 |
| m River Edge Historic Preservation | 5540 | 52m | | 55 | Federal income attributable to | |
| n River Edge Construction Jobs | 5560 | 52n | | | transactions subject to the<br>Compassionate Use of Medical | |
| o Live Theater Production | 5580 | 52o | | | Cannabis Program Act surcharge. | |
| p Hospital | 5620 | 52p | | | See instructions. | 55 |
| q Invest in Kids | 5660 | 52q | | 56 | Federal income attributable to the | |
| r Data Center Construction Employment | 5820 | 52r | | | sale or exchange of assets by a | |
| s Apprenticeship Education Expense | 0160 | 52s | | | gaming licensee surcharge. | |
| t Historic Preservation | 1030 | 52t | | | See instructions. | 56 |

| Form **1065** | | U.S. Return of Partnership Income | | OMB No. 1545-0123 | |
|---|---|---|---|---|---|

Form **1065**
Department of the Treasury
Internal Revenue Service

**U.S. Return of Partnership Income**

For calendar year 2020, or tax year beginning _____, 2020, ending _____, 20 _____.
▶ Go to *www.irs.gov/Form1065* for instructions and the latest information.

OMB No. 1545-0123

**2020**

| **A** Principal business activity | Name of partnership | **D** Employer identification number |
|---|---|---|
| COMMUNICATIONS | ILLINOIS VALLEY CELLULAR RSA 2-1 PARTNERSHIP | 58-1918886 |
| **B** Principal product or service | **Type or Print** Number, street, and room or suite no. If a P.O. box, see instructions. | **E** Date business started |
| CELLULAR TEL | 200 RIVERFRONT DRIVE | 08/01/1990 |
| **C** Business code number | City or town, state or province, country, and ZIP or foreign postal code | **F** Total assets (see instructions) |
| 517000 | MARSEILLES, IL  61341-1454 | $ |

**G** Check applicable boxes: **(1)** ☐ Initial return  **(2)** ☒ Final return  **(3)** ☐ Name change  **(4)** ☐ Address change  **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash  **(2)** ☒ Accrual  **(3)** ☐ Other (specify) ▶

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3

**J** Check if Schedules C and M-3 are attached. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales . . . . . . . . . . . . . . . . . . **1a** 11,297,191. | | | |
| | **b** Returns and allowances . . . . . . . . . . . . . . . . **1b** | | | |
| | **c** Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | 11,297,191. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . . . . . . . | **2** | 2,026,036. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . . . . . . | **3** | 9,271,155. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) . . . . | **4** | -1,561. |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) . . . . . . . . . . . . . . . . . | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . . . . . . | **6** | |
| | **7** Other income (loss) (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . | **7** | 1,455. |
| | **8** **Total income (loss).** Combine lines 3 through 7 . . . . . . . . . . . . . . . . . . . . | **8** | 9,271,049. |
| **Deductions (see instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) . . . . . . . . . . . | **9** | 1,663,644. |
| | **10** Guaranteed payments to partners . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| | **11** Repairs and maintenance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11** | 407,080. |
| | **12** Bad debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12** | |
| | **13** Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | 1,445,816. |
| | **14** Taxes and licenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **14** | 123,518. |
| | **15** Interest (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | NONE |
| | **16a** Depreciation (if required, attach Form 4562) . . . . **16a** 242,270. | | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return **16b** | **16c** | 242,270. |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) . . . . . . . . . . . . . . . . . . . | **17** | |
| | **18** Retirement plans, etc. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **18** | 222,653. |
| | **19** Employee benefit programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | 645,819. |
| | **20** Other deductions (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | **20** | 5,067,444. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 . . . | **21** | 9,818,244. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 . . . . . . . . . . . . . | **22** | -547,195. |
| **Tax and Payment** | **23** Interest due under the look-back method - completed long-term contracts (attach Form 8697) . . | **23** | |
| | **24** Interest due under the look-back method - income forecast method (attach Form 8866) . . . . | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) . . . . . . . . . . . . . . . . . . . | **25** | |
| | **26** Other taxes (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . | **26** | |
| | **27** **Total balance due.** Add lines 23 through 26 . . . . . . . . . . . . . . . . . . . . . | **27** | |
| | **28** Payment (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28** | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed . . . . . . . . . . . | **29** | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment . . . . . . . . . . . . | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

PRESIDENT
GLENN RAUH

▶ Signature of partner or limited liability company member   ▶ 09/14/2021
Date

May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes  ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JOE A LYNN | | 09/14/2021 | | P01270416 |
| Firm's name ▶ BKD, LLP | | | Firm's EIN ▶ 44-0160260 | |
| Firm's address ▶ 8517 EXCELSIOR DRIVE, SUITE 301 MADISON, WI 53717 | | | Phone no. 608.664.9110 | |

For Paperwork Reduction Act Notice, see separate instructions.

JSA   0P1010 1.000

Form **1065** (2020)

Form 1065 (2020)    ILLINOIS VALLEY CELLULAR RSA 2-I                    58-1918886    Page **2**

## Schedule B   Other Information

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return? Check the applicable box: | | |

| | | | |
|---|---|---|---|
| **a** | [X] Domestic general partnership | **b** | [ ] Domestic limited partnership |
| **c** | [ ] Domestic limited liability company | **d** | [ ] Domestic limited liability partnership |
| **e** | [ ] Foreign partnership | **f** | [ ] Other ▶ |

| | | Yes | No |
|---|---|---|---|
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . | | | | | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . See instructions | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| **8** | At any time during calendar year 2020, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions . . . . . . . . . . . . . | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? . . . . . . . . . . . | X | |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions . . . . . . . . . | | X |

Form **1065** (2020)

JSA
0P1020 1.000

4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

| **Schedule B** | **Other Information** *(continued)* | | |
|---|---|---|---|
| | | Yes | No |

**c** Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

**11** Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**12** At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**13** If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

**14** Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership  ▶ | | X

**15** Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return  ▶

**16a** Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions . . . . . . . . . | X |
**b** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X |

**17** Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

**18** Enter the number of partners that are foreign governments under section 892 . . ▶

**19** During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? . . . . . . . | | X

**20** Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X

**21** Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? . . . . . . . . . | | X

**22** During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | | X
If "Yes," enter the total amount of the disallowed deductions . . . . . . . . . ▶ $

**23** Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**24** Does the partnership satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . | X |
**a** The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense.
**b** The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest.
**c** The partnership is a tax shelter (see instructions) and the partnership has business interest expense.
If "Yes" to any, complete and attach Form 8990.

**25** Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions. | X |
If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶    3.
If "No," complete Designation of Partnership Representative below.

**Designation of Partnership Representative** (see instructions)
Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶

| U.S. address of PR  ▶ | U.S. phone number of PR  ▶ |
|---|---|

If the PR is an entity, name of the designated individual for the PR ▶

| U.S. address of designated individual  ▶ | U.S. phone number of designated individual  ▶ |
|---|---|

**26** Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . . | | X
If "Yes," enter the amount from Form 8996, line 16 . . . . . . . . . ▶ $

**27** Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership . . . . ▶

**28** At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**29** Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions.
Percentage:                    By Vote                    By Value | | X

4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

Form 1065 (2020)   ILLINOIS VALLEY CELLULAR RSA 2-II, LP   58-1918886   Page **4**

| **Schedule K** | **Partners' Distributive Share Items** | | **Total amount** |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | **1** | -547,195. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | **2** | |
| | **3a** Other gross rental income (loss) . . . **3a** | | |
| | **b** Expenses from other rental activities (attach statement) . . **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| | **4** Guaranteed payments: **a** Services **4a**   **b** Capital **4b** | | |
| | **c** Total. Add lines 4a and 4b | **4c** | |
| | **5** Interest income | **5** | 3,666. |
| | **6** Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| | **b** Qualified dividends **6b**   **c** Dividend equivalents **6c** | | |
| | **7** Royalties | **7** | |
| | **8** Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| | **9a** Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | -66,942. |
| | **b** Collectibles (28%) gain (loss) **9b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) **9c** | | |
| | **10** Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| | **11** Other income (loss) (see instructions) Type ▶ | **11** | |
| **Deductions** | **12** Section 179 deduction (attach Form 4562) | **12** | |
| | **13a** Contributions | **13a** | 11,781. |
| | **b** Investment interest expense | **13b** | |
| | **c** Section 59(e)(2) expenditures: **(1)** Type ▶            **(2)** Amount ▶ | **13c(2)** | |
| | **d** Other deductions (see instructions)   Type ▶ | **13d** | 3,554. |
| **Self-Employ-ment** | **14a** Net earnings (loss) from self-employment | **14a** | |
| | **b** Gross farming or fishing income | **14b** | |
| | **c** Gross nonfarm income | **14c** | |
| **Credits** | **15a** Low-income housing credit (section 42(j)(5)) | **15a** | |
| | **b** Low-income housing credit (other) | **15b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| | **d** Other rental real estate credits (see instructions)   Type ▶ | **15d** | |
| | **e** Other rental credits (see instructions)   Type ▶ | **15e** | |
| | **f** Other credits (see instructions) Type ▶ | **15f** | |
| **Foreign Transactions** | **16a** Name of country or U.S. possession ▶ | | |
| | **b** Gross income from all sources | **16b** | |
| | **c** Gross income sourced at partner level | **16c** | |
| | Foreign gross income sourced at partnership level | | |
| | **d** Reserved for future use ▶          **e** Foreign branch category ▶ | **16e** | |
| | **f** Passive category ▶          **g** General category ▶          **h** Other (attach statement) ▶ | **16h** | |
| | Deductions allocated and apportioned at partner level | | |
| | **i** Interest expense ▶          **j** Other ▶ | **16j** | |
| | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | **k** Reserved for future use ▶          **l** Foreign branch category ▶ | **16l** | |
| | **m** Passive category ▶          **n** General category ▶          **o** Other (attach statement) ▶ | **16o** | |
| | **p** Total foreign taxes (check one):  ▶   Paid ☐   Accrued ☐ | **16p** | |
| | **q** Reduction in taxes available for credit (attach statement) | **16q** | |
| | **r** Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | **17a** Post-1986 depreciation adjustment | **17a** | -23,967. |
| | **b** Adjusted gain or loss | **17b** | |
| | **c** Depletion (other than oil and gas) | **17c** | |
| | **d** Oil, gas, and geothermal properties - gross income | **17d** | |
| | **e** Oil, gas, and geothermal properties - deductions | **17e** | |
| | **f** Other AMT items (attach statement) | **17f** | |
| **Other Information** | **18a** Tax-exempt interest income | **18a** | |
| | **b** Other tax-exempt income | **18b** | |
| | **c** Nondeductible expenses | **18c** | 4,057. |
| | **19a** Distributions of cash and marketable securities | **19a** | |
| | **b** Distributions of other property | **19b** | 4,661,016. |
| | **20a** Investment income | **20a** | 3,666. |
| | **b** Investment expenses | **20b** | |
| | **c** Other items and amounts (attach statement) | | |

JSA
0P1030 1.000

4781LP   R10Y   09/14/2021  19:27:05 V20-6.7F  1167103

Form **1065** (2020)

Form 1065 (2020)   ILLINOIS VALLEY CELLULAR RSA-1   58-1918886   Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | | 1 | −625,806. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | −625,806. | | | | | |
| b | Limited partners | | | | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash . . . . . . . . . . . . . . | | 1,601,331. | | |
| 2a | Trade notes and accounts receivable . . . . . | 2,218,767. | | | |
| b | Less allowance for bad debts . . . . . . . . | 12,018. | 2,206,749. | | |
| 3 | Inventories . . . . . . . . . . . . | | | | |
| 4 | U.S. government obligations . . . . . . . | | | | |
| 5 | Tax-exempt securities . . . . . . . . . | | | | |
| 6 | Other current assets (attach statement) . . . . | | 518,061. | | |
| 7a | Loans to partners (or persons related to partners) | | | | |
| b | Mortgage and real estate loans . . . . | | | | |
| 8 | Other investments (attach statement) . . . . . | | 372,294. | | |
| 9a | Buildings and other depreciable assets . . . . | 33,021,916. | | | |
| b | Less accumulated depreciation . . . . . . | 30,836,260. | 2,185,656. | | |
| 10a | Depletable assets . . . . . . . . . . | | | | |
| b | Less accumulated depletion . . . . . . . | | | | |
| 11 | Land (net of any amortization) . . . . . . . | | | | |
| 12a | Intangible assets (amortizable only) . . . . | | | | |
| b | Less accumulated amortization . . . . . . | | | | |
| 13 | Other assets (attach statement) . . . . . . . | | 8,219,515. | | |
| 14 | Total assets . . . . . . . . . . . . | | 15,103,606. | | |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable . . . . . . . . . . . | | 426,917. | | |
| 16 | Mortgages, notes, bonds payable in less than 1 year . . | | | | |
| 17 | Other current liabilities (attach statement) . . . | | 913,967. | | |
| 18 | All nonrecourse loans . . . . . . . . . | | | | |
| 19a | Loans from partners (or persons related to partners) . . | | | | |
| b | Mortgages, notes, bonds payable in 1 year or more . . | | | | |
| 20 | Other liabilities (attach statement) . . . . . . | | 13,891,262. | | |
| 21 | Partners' capital accounts . . . . . . . . . | | −128,540. | | |
| 22 | Total liabilities and capital . . . . . . . . | | 15,103,606. | | |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . | −4,721,171. | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | 1,330,717. | a | Tax-exempt interest $ _____ | | 214,187. |
| 3 | Guaranteed payments (other than health insurance) . . . . . . . . . | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16p (itemize): | | a | Depreciation $ _____ | | 559,770. |
| a | Depreciation $ _____ | 1,337,558. | | _____ | | |
| b | Travel and entertainment $ _____ | 4,057. | 8 | Add lines 6 and 7 . . . . . . . . . | | 773,957. |
| | | 2,196,990. | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 . . | | −625,806. |
| 5 | Add lines 1 through 4 . . . . . . . | 148,151. | | | | |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Balance at beginning of year . . . . . | 4,511,749. | 6 | Distributions: a Cash . . . . . . . . . . | | |
| 2 | Capital contributed: a Cash . . . . . | | | b Property . . . . . . . . | | 4,661,016. |
| | b Property . . . . . | | 7 | Other decreases (itemize): _____ | | 80,743. |
| 3 | Net income (loss) per books . . . . . | −629,863. | | _____ | | |
| 4 | Other increases (itemize): _____ | 859,873. | 8 | Add lines 6 and 7 . . . . . . . . . . | | 4,741,759. |
| 5 | Add lines 1 through 4 . . . . . . . . | 4,741,759. | 9 | Balance at end of year. Subtract line 8 from line 5 | | |

JSA
0P1035 1.000

4781LP   R10Y   09/14/2021 19:27:05 V20-6.7F 1167103

Form **1065** (2020)