**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Illinois Valley Cellular RSA 2-I, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 22-12537 |

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Marseilles Bank** | Payables & IVC 2-I Customer Payments | 4184 | $168,909.09 |
| 3.2. | **First Trust & Savings Bank** | Deposit acct only - Used to Watseka retail deposits | 3736 | $4,168.33 |
| 3.3. | **Bank of Pontiac** | Deposit acct only - Used for Pontiac retail deposits | 3201 | $7,214.49 |
| 3.4. | **First National Bank of Ottawa** | Deposit acct only - Used for OSG online payments | 4819 | $107,063.98 |
| 3.5. | **Midland States Bank** | Deposit acct only - Used for Ottawa retail deposits | 4001 | $14,255.75 |
| 3.6. | **Midland States Bank** | Deposit acct only - Used for Peru Marketplace retail deposits | 1201 | $17,547.66 |

Debtor **Illinois Valley Cellular RSA 2-I, LLC**     Case number (If known) **22-12537**
    Name

| | | | | |
|---|---|---|---|---|
| 3.7. | **Midland States Bank** | **Deposit acct only - Used for Princeton retail deposits** | 3201 | $30,301.85 |
| 3.8. | **Midland States Bank** | **ACH/Wire transfer/bankdraft customers IVC retail/credit card payments** | 3209 | $30,802.19 |
| 3.9. | **Ottawa Savings Bank** | **Money transfer account for loan** | 5695 | $8,212.52 |
| 3.10. | **Marseilles Bank** | **Inactive, but does have a balance due to outstanding checks** | 4206 | $5,298.04 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                               $393,773.90

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     619,138.00    -    58,199.00    =....    $560,939.00
                                      face amount                    doubtful or uncollectible accounts

    11b. Over 90 days old:        0.00    -    0.00    =....    $0.00
                                      face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**                                                            $560,939.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | Illinois Valley Cellular RSA 2-I, LLC | Case number (If known) | 22-12537 |
|---|---|---|---|
| | Name | | |

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☒ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ☒ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Office Furniture | $252.00 | NBV | $252.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers/Phones | $1,379.00 | NBV | $1,379.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $1,631.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No.  Go to Part 9.
- ☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| Debtor | Illinois Valley Cellular RSA 2-I, LLC | Case number (If known) | 22-12537 |
|---|---|---|---|
| | Name | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    Network Equipment          $1,072,740.00      NBV        $1,072,740.00

51. **Total of Part 8.**                                                         $1,072,740.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Leased buildings and leasehold improvements | | $121,894.00 | NBV | $121,894.00 |
| 55.2. .18 M W of I180 1.9 mile SE of i180 SR 26 Bureau, IL 61368 | | Unknown | | Unknown |
| 55.3. .43 KM S of CR 6, 11.2KM Nwof jCT I 57 & US 24 Gilman, IL 60930 | | Unknown | | Unknown |
| 55.4. 4.42 KM S of i-80;1.6093 KM N of US 6 Marseilles, IL 61341 | | Unknown | | Unknown |

| Debtor | Illinois Valley Cellular RSA 2-I, LLC | Case number *(If known)* | 22-12537 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 55.5. | 2.41 KM SE of Rt54<br>Melvin, IL 60952 | | Unknown | Unknown |
| 55.6. | SW Corr US 43 & E 7th Road<br>Mendota, IL 61342 | | Unknown | Unknown |
| 55.7. | .5 KM E of I-39 .9 Km S of Rt 71<br>Oglesby, IL 61348 | | Unknown | Unknown |
| 55.8. | 1.56 KM West of SR 23, 2.48 KM NW of I-80<br>Ottawa, IL 61350 | | Unknown | Unknown |
| 55.9. | 5.63 KM NE of Princeton<br>Princeton, IL 61356 | | Unknown | Unknown |
| 55.10. | .96 LM N Int 800 E & 1550 N rd<br>Sheffield, IL 61361 | | Unknown | Unknown |
| 55.11. | 804.65 KM E of Route !; 4.15 KM N JCT Sr-1 & US 24<br>Watseka, IL 60970 | | Unknown | Unknown |

56. **Total of Part 9.**   $121,894.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

Debtor   **Illinois Valley Cellular RSA 2-I, LLC**                                    Case number *(If known)* **22-12537**
         Name

| | | | |
|---|---|---|---|
| **tvcel.com** | $0.00 | N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties**<br>FCC licenses: KNKN 581 - CL-Cellular and KNKN 583 - CL-Cellular | $0.00 | | Unknown |

| | | | | |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer Lists | $0.00 | N/A | Unknown |

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                                                                                        $0.00
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | Illinois Valley Cellular RSA 2-I, LLC | Case number (If known) | 22-12537 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $393,773.90 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $560,939.00 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $1,631.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $1,072,740.00 | |
| 88. | **Real property.** Copy line 56, Part 9.........> | | $121,894.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,029,083.90  + 91b. | $121,894.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,150,977.90 |