**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 22-12537 |
| ILLINOIS VALLEY CELLULAR RSA 2-I, ) | (Jointly-administered) |
| LLC *et al.* ) | |
| ) | Chapter 11 |
| Debtors.[1] ) | |
| ) | Hon. Timothy A. Barnes |
| ) | |
| ) | Hearing Date: August 30, 2023 at 9:00 a.m. |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on August 30, 2023 at 9:00 a.m., the undersigned shall appear before the Honorable Timothy A. Barnes, or whomever may be sitting in his place and stead, **either** in courtroom 744 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and will then present the *Motion for Final Decree Pursuant to Section 350(a) and Bankruptcy Rule 3022*, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the passcode is 433658. The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of

---

[1] The Debtors' federal tax identification numbers are: Illinois Valley Cellular RSA 2-I, LLC (58-1918886) and Illinois Valley Cellular RSA 2-II, LLC (36-3694797).

Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Dated: August 18, 2023

**ILLINOIS VALLEY CELLULAR RSA 2-I, LLC and ILLINOIS VALLEY CELLUAR RSA 2-II, LLC**

By: /s/ Elizabeth L. Janczak
      One of Its Attorneys

**SMITH GAMBRELL & RUSSELL LLP**
Shelly A. DeRousse
Elizabeth L. Janczak
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
Tel:  312.360.6000
Fax:  312.360.6520
Email:  sderousse@sgrlaw.com
       ejanczak@sgrlaw.com

*Counsel for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 22-12537 |
| ILLINOIS VALLEY CELLULAR RSA 2-I, LLC *et al.* | ) (Jointly-administered) |
| | ) |
| | ) Chapter 11 |
| Debtors.[1] | ) |
| | ) Hon. Timothy A. Barnes |
| | ) |
| | ) Hearing Date: August 30, 2023 at 9:00 a.m. |

## CERTIFICATE OF SERVICE

I, Elizabeth L. Janczak, an attorney, hereby certify that on August 18, 2023, I will cause a true and correct copy of the attached *Notice of Motion* and *Motion for Final Decree Pursuant to Section 350(a) and Bankruptcy Rule 3022*, to be filed with the Court and served upon the following parties by the manners listed.

/s/ Elizabeth L. Janczak

**CM/ECF Service List (served August 18, 2023)**

Timothy W Brink    tbrink@mpslaw.com, crampich@mpslaw.com
Thomas R. Fawkes    thomas.fawkes@tuckerellis.com, sonya.bain@tuckerellis.com;brian.jackiw@tuckerellis.com;Brittany.Falkner@tuckerellis.com
Robert P Handler    rhandler@com-rec.com, rhandlerscv@ecf.axosfs.com
Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
Meredith Mitnick    mmitnick@goodwinlaw.com
Nicole Mueller    nicole.mueller@klgates.com, litigation.docketing@klgates.com,Molly.McGinley@klgates.com,Matt.Alvis@klates.com
Brandy A Sargent    brandy.sargent@klgates.com, Litigation.Docketing@klgates.com;james.wright@klgates.com;beth.gilman@klgates.com

**U.S. Mail Service List (to be mailed August 21, 2023)**

See attached mailing matrices.

---

[1] The Debtors' federal tax identification numbers are: Illinois Valley Cellular RSA 2-I, LLC (58-1918886) and Illinois Valley Cellular RSA 2-II, LLC (36-3694797).

Label Matrix for local noticing
0752-1
Case 22-12537
Northern District of Illinois
Eastern Division
Fri Aug 18 15:34:09 CDT 2023

19 Props, LLC
PO Box 30516
Lansing, MI 48909-8016

19 Props, LLC
Dept. 9515
PO Box 30516
Lansing, MI 48909-8016

AMEX TRS Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

AT&T
PO Box 5014
Carol Stream, IL 60197-5014

AT&T Cabs Department
PO Box 5011
Carol Stream, IL 60197-5011

Ameren Illinois
2105 E State Route 104
Pawnee, IL 62558-4685

Ameren Illinois
300 Liberty
Peoria, IL 61602-1404

Ameren Illinois
PO Box 88034
Chicago, IL 60680-1034

American Express
PO Box 96001
Los Angeles, CA 90096-8000

American Tower
29637 Network PL
Chicago, IL 60673-1296

American Tower LLC
Rent Peru Site
10 Presidential Way
Woburn, MA 01801-5118

American Towers LLC
American Towers LLC Attn: Rachael De Ori
10 Presidential Way
Woburn MA 01801-1053

Anacoco Towers, LLC
295 E Swedesford Rd
#356
Wayne, PA 19087-1462

Atis
1200 G Street NW
Suite 500
Washington, DC 20005-3837

Timothy W Brink
Meltzer Purtill & Stelle LLC
125 South Wacker
Suite 2900
Chicago, IL 60606-4439

COMMSOFT
96 Thompson Hill Rd
Rensselaer, NY 12144-5721

Casa Systems
100 Old River Road
Andover, MA 01810-1030

Central Louisiana Cellular, LLC
295 E. Swedesford Road, Suite 356
Wayne, PA 19087-1462

City of Gibson City
101 E 8th Street
Gibson City, IL 60936-1454

City of Gibson City -Rent
101 E. 8th Street
Gibson City, IL 60936-1454

City of Marseilles/Utilities
209 Lincoln Street
Marseilles, IL 61341-1995

City of Peru
4005 Plank Road
Peru, IL 61354-1633

City of Peru
PO Box 299
Peru, IL 61354-0299

City of Peru -Tower Rent
PO Box 299
Peru, IL 61354-0299

City of Peru Electric Water
1901 Fourth Street
Peru, IL 61354-3309

City of Princeton
2 South Main Street
Princeton, IL 61356-1708

City of Princeton -Rent
2 South Main Street
Princeton, IL 61356-1708

City of Watseka
201 N Brianna Drive
Watseka, IL 60970-1587

Clearsky Technologies, Inc.
2400 Lake Orange Drive
Suite 105
Orlando, FL 32837-7805

| | | |
|---|---|---|
| Collection Professional<br>P.O. Box 416<br>La Salle, IL 61301-0416 | Columbus Development Company<br>PO Box 9728<br>Peoria, IL 61612-9728 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 |
| ComEd Customer Care<br>PO Box 805379<br>Chicago, IL 60680-4179 | Comcast<br>PO Box 70219<br>Philadelphia, PA 19176-0219 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy Section<br>Oak Brook Terrace IL 60181-4204 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook, IL 60523-1502 | Commscope Technologies, LLC<br>1100 Commscope Place SE<br>PO Box 1729<br>Hickory, NC 28603-1729 | Commsoft<br>96 Thompson Hil Road<br>Rensselaer, NY 12144-5721 |
| Communications Software Consultants<br>96 Thompson Hill Road<br>Rensselaer, NY 12144-5721 | Corn Belt Energy Corp.<br>1 Energy Way<br>Bloomington, IL 61705-6356 | Shelly A. DeRousse<br>Smith Gambrell & Russell LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6683 |
| Department of Treasury - IRS<br>PO Box 7346<br>Bryn Mawr, PA 19010 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Digital Matrix Systems<br>4975 Preston Park Blvd.<br>Suite 700<br>Plano, TX 75093-3618 |
| Eastern Illinois Electric<br>330 W. Ottawa PO Box 96<br>Paxton, IL 60957-0096 | Eastern Illinois Electric Cor<br>PO Box 96<br>Paxton, IL 60957-0096 | Ericsson Inc.<br>6300 Legacy Drive<br>Plano, TX 75024-3607 |
| Fairbury Radio Shack<br>210 West Locust<br>Fairbury, IL 61739-1551 | Thomas R. Fawkes<br>Tucker Ellis, LLP<br>233 South Wacker Drive<br>Suite 6950<br>Chicago, IL 60606-6395 | Frontier<br>PO Box 740407<br>Cincinnati, OH 45274-0407 |
| GTP<br>29893 Network PL<br>Chicago, IL 60673-1298 | GTP Acquisition Partners<br>American Tower Corp.<br>10 Presidential Way<br>Woburn, MA 01801-1053 | Geneseo Communications, Inc<br>PO Box 330<br>Geneseo, IL 61254-0330 |
| Michael H. Goldstein<br>Goodwin Procter LLP<br>620 Eighth Avenue<br>New York, NY 10018-1618 | Grassers Plumbing Heating<br>PO Box 8<br>McNabb, IL 61335-0008 | Robert P Handler<br>Commercial Recovery Associates, LLC<br>205 West Wacker Drive<br>Suite 918<br>Chicago, IL 60606-1243 |
| Hi Tech Towers, IL<br>496 N 600 E Rd<br>Gibson City, IL 60936-7218 | Hoods Ace Hardware<br>119 N. Sangamon<br>Gibson City, IL 60936-1342 | IVC RSA 2-11<br>200 Riverfront Drive<br>Marseilles, IL 61341-9541 |

| | | |
|---|---|---|
| Iconectiv LLC<br>Church Street Station<br>PO Box 6335<br>New York, NY 10249-6335 | Illiana Realty<br>PO Box 158<br>Watseka, IL 60970-0158 | (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 |
| Illinois State Police (E911)<br>State 911 Bureau<br>801 South 7th Street<br>Springfield, IL 62703-2487 | Illinois Telecomm Access Co.<br>3001 Montvale Drive<br>Suite #A<br>Springfield, IL 62704-5377 | Illinois Valley Cellular RSA 2-I, LLC<br>200 Riverfront Drive<br>Marseilles, IL 61341-9541 |
| Impact Networking, LLC<br>75 Remittance Drive<br>Dept 1820<br>Chicago, IL 60675-1820 | Inland Cellular LLC<br>PO Box 688<br>Roslyn, WA 98941-0688 | Inteliquent<br>Anpi LLC<br>9081 Paysphere Circle<br>Chicago, IL 60674-0001 |
| Internal Revenue Service<br>Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604-1705 | Interop Technologies<br>13500 Powers Court, Ste. 200<br>Fort Myers, FL 33912-4503 | Interop Technologies, LLC<br>Sean Stockinger, CFO<br>13500 Powers Court<br>Fort Myesr, FL 33912-4503 |
| Intrado Life & Safety, Inc.<br>11808 Miracle Hills Drive<br>Omaha, NE 68154-4403 | Intrado Life and Safety, Inc.<br>1601 Dry Creek Drive<br>Longmont, CO 80503-6493 | JDR Telecom Solutions<br>2600 N. Hancock Drive<br>Arlington, VA 22201 |
| Elizabeth L Janczak<br>Smith Gambrell & Russell LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6683 | Josh Springer<br>701 Eastmore Drive<br>Metamora, IL 61548-8440 | Kunce's Sales & Service<br>30 S West Ave<br>Milford, IL 60953-1341 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Leonore Mutual Telephone Inc.<br>PO Box 228<br>Leonore, IL 61332-0228 | LikeWize Agency<br>1900 West Kirkwood Boulevard<br>Suite 1600 C<br>Southlake, TX 76092-2247 |
| LikeWize Device<br>1900 West Kirkwood Boulevard<br>Suite 1600 C<br>Southlake, TX 76092-2247 | Lukas Lafuria Lantor & Sachs<br>8350 Broad Street<br>Suite 1450 McLean, VA 22102-5155 | Lukas, LaFuria, Lantor & Sachs<br>8350 Broad Street, Ste 1450<br>Tysons, VA 22102-5155 |
| MTCO<br>PO Box 800<br>Metamora, IL 61548-0800 | MTCO Development LLC<br>PO Box 800<br>Metamora, IL 61548-0800 | Mankato Networks LLC<br>124 N Broad Street<br>Mankato, MN 56001-3518 |
| Marseilles Cellular Inc<br>200 Riverfront Drive<br>Marseillas, IL 61341-9541 | Marseilles Sheet Metal<br>901 W. Bluff Street<br>Marseilles, IL 61341-1338 | Marseilles Telephone Company<br>PO Box 800<br>Metamora, IL 61548-0800 |

| | | |
|---|---|---|
| Marshall-Putnam Fair Assoc.<br>PO Box 114<br>Henry, IL 61537-0114 | (p)MEDIACOM COMMUNICATIONS CORPORATION<br>ONE MEDIACOM WAY<br>CHESTER NY 10918-4850 | (p)METASWITCH NETWORKS<br>ATTN TERESA DORAN C/O MICROSOFT<br>11955 FREEDOM DRIVE<br>RESTON VA 20190-5673 |
| Miller's Hardware<br>107 N. Main<br>Toluca, IL 61369 | Missouri Network Alliance<br>4215 Phlips Farm Road<br>Suite 103<br>Columbia, MO 65201-0055 | Meredith Mitnick<br>Goodwin Procter LLP<br>620 Eighth Avenue<br>New York, NY 10018-1618 |
| Nicole Mueller<br>K L Gates LLP<br>70 W Madison<br>Ste 3300<br>Chicago, IL 60602-4243 | NICOR Northern Illinois Gas<br>Attention Bankruptcy & Collections<br>PO Box 549<br>Aurora IL 60507-0549 | Nicor<br>PO Box 5407<br>Carol Stream, IL 60197-5407 |
| Nightwatch Security Service<br>29720 150th Ave<br>Long Grove, IA 52756-8755 | OSG<br>775 Washington Avenue<br>Carlstadt, NJ 07072-3002 | OSG<br>PO Box 8307<br>Southeastern, PA 19398-8307 |
| Peru (SRX LLC)<br>Rivercrest Realty Assoc. LLC<br>8816 Six Forks Road, Ste. 201<br>Raleigh, NC 27615-2983 | Princeton Municipal Utilities<br>2 Main Street S.<br>Princeton, IL 61356-1708 | Quadient, Inc<br>Dept 3689<br>PO Box 12689<br>Dallas, TX 75225-0689 |
| Quik Kill Pest Eliminators<br>109 Iowa Ave<br>Streator, IL 61364-2420 | Ranger Wireless Solutions<br>2501 N Harwood Street<br>20th Floor Suite 2001<br>Dallas, TX 75201-1607 | Rina, LLC<br>PO Box 157<br>Roosevelt, UT 84066-0157 |
| Rivercrest Realty Assoc LLC<br>8816 Six Forks Road<br>Str 201<br>Raleigh, NC 27615-2983 | (c)SARA K. WHITE<br>PORTER WRIGHT MORRIS & ARTHUR LLP<br>9132 STRADA PL STE 11301<br>NAPLES FL 34108-2976 | Brandy A Sargent<br>K&L Gates LLP<br>1 SW Columbia St<br>Ste 1900<br>Portland, OR 97204-4041 |
| Solusur LLC<br>6303 Blue Lagoon Drive<br>Suite 320<br>Miami, FL 33126-6005 | Streator Semmes Dover LLC<br>10689 N. Pennsylvania Street<br>Suite 100<br>Indianapolis, IN 46280-1099 | Syniverse Technologies LLC<br>10735 Collections Center Drive<br>Chicago, IL 60693-0001 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Talley<br>PO Box 511390<br>Los Angeles, CA 90051-7945 | The Home Depot Pro<br>PO Box 2317<br>Jacksonville, FL 32203-2317 |
| The Reserves Network<br>PO Box 373415<br>Cleveland, OH 44193-0001 | Trans Union LLC<br>PO Box 99506<br>Chicago, IL 60693-9506 | Transaction Network Services (TNS)<br>One Dulles Corridor<br>10740 Parkridge Boulevard, Ste. 100<br>Reston, VA 20191-5428 |

Transaction Network Services, Inc.
c/o Barnes & Thornburg LLP
Attn: Molly N. Sigler
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4662

Tripwireless
4941 Allison Street
Suite 7 & 8
Arvada, CO 80002-4421

VB S-1 Assets LLC (Vertical Bridge)
PO Box 743906
Atlanta, GA 30374-3906

VIIZ Communications, Inc.
200 A 6420 6A Street SE
Calgary, AB T2H2B7
CANADA

Vertical Bridge (Bureau)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Clifton)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Cullom)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (DePue)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Downtown Marseille)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Downtown Ottawa)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Downtown Princeton)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Dwight)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Fairbury)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Forrest)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Gilman)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Granville)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Lake Holiday)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Lamoille)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Lasalle)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Marseilles)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Melvin)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Mendota)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Milford)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (North Ottawa)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Oglesby)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Paxton)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Pontiac)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Princeton)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Ransom)
PO Box 743906
Atlanta, GA 30374-3906

Vertical Bridge (Sheffield)
PO Box 743906
Atlanta, GA 30374-3906

| | | |
|---|---|---|
| Vertical Bridge (Sheldon)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Sheridan)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (South Mendota)<br>PO Box 743906<br>Atlanta, GA 30374-3906 |
| Vertical Bridge (South Ottawa)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (South Pontiac)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Spring Valley)<br>PO Box 743906<br>Atlanta, GA 30374-3906 |
| Vertical Bridge (Thawville)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Troy Grove)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Utica)<br>PO Box 743906<br>Atlanta, GA 30374-3906 |
| Vertical Bridge (Walnut)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Watseka)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge Seneca)<br>PO Box 743906<br>Atlanta, GA 30374-3906 |
| Vertical Bridge Towers III, LLC<br>c/o K&L Gates LLP<br>Attn: Brandy A. Sargent<br>70 W Madison St., Ste 3100<br>Chicago, IL 60602-4244 | Windstream<br>4001 Rodney Parham Road<br>Little Rock, AR 72212-2490 | Womble Bond Dickinson<br>One West Fourth Street<br>Winston Salem, NC 27101-3972 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Unit<br>P O Box 19035<br>Springfield IL 62794-9035 | (d)Illinois Department of Revenue<br>Bankruptcy Unit<br>PO Box 19035<br>Springfield, IL 62794-9035 | Mediacom<br>PO Box 5744<br>Carol Stream, IL 60197 |
| Metaswitch Networks<br>11955 Freedom Drive<br>Reston, VA 20190 | T-Mobile USA, Inc.<br>12920 SE 38th Street<br>Bellevue, WA 98006 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Sara K. White
Porter Wright Morris & Arthur LLP
9132 Strada Place, Suite 301
Naples, FL 34108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AMEX TRS CO., INC. | (d)Casa Systems, Inc.<br>100 Old River Road<br>Andover, MA 01810-1030 | (u)Central Louisiana Cellular, LLC |
| (u)Freeborn & Peters LLP | (u)Illinois Valley Cellular RSA 2-11 | (u)Illinois Valley Cellular RSA 2-II, LLC |
| (u)Jamie Kummer (Marselles Sheet Metal) | (u)MTCO | (u)MTCO Communications, Inc. |
| (u)MTCO Development, LLC | (u)Marseilles Cellular, Inc. | (u)Marseilles Telephone Company |
| (u)Smith Gambrell & Russell LLP | (u)United Wireless, Inc.<br>PO Box 117<br>KS 67807 | (u)Vertical Bridge Towers III, LLC |

End of Label Matrix
Mailable recipients   164
Bypassed recipients    15
Total                 179

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 22-12541<br>Northern District of Illinois<br>Eastern Division<br>Fri Aug 18 15:35:22 CDT 2023 | Ameren Illinois<br>300 Liberty<br>Peoria, IL 61602-1404 | Ameren Illinois<br>PO Box 88034<br>Chicago, IL 60680-1034 |
| American Express<br>PO Box 96001<br>Los Angeles, CA 90096-8000 | Brightspeed<br>PO Box 6102<br>Carol Stream, IL 60197-6102 | CTL-Gallatin River<br>Brightspeed Access Building<br>PO Box 6102<br>Carol Stream, IL 60197-6102 |
| CTL-Gallatin River<br>PO Box 6102<br>Carol Stream, IL 60197-6102 | Central Louisiana Cellular, LLC<br>295 E. Swedesford Road, Suite 356<br>Wayne, PA 19087-1462 | City of Henry<br>514 Front Street<br>Henry, IL 61537-1576 |
| City of Peru<br>4005 Plank Road<br>Peru, IL 61354-1633 | City of Streator<br>204 S Bloomington Street<br>Streator, IL 61364-2996 | Collection Professional<br>P.O. Box 416<br>La Salle, IL 61301-0416 |
| ComEd Customer Care<br>PO Box 805379<br>Chicago, IL 60680-4179 | Commonwealth Edison Co<br>3 Lincoln Center<br>Attn: Bankruptcy  Section<br>Oak Brook Terrace IL 60181-4204 | Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook, IL 60523-1502 |
| Corn Belt Energy Corp.<br>1 Energy Way<br>Bloomington, IL 61705-6356 | Shelly A. DeRousse<br>Smith Gambrell & Russell LLP<br>311 South Wacker Drive<br>Suite 3000<br>Chicago, IL 60606-6683 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Eastern Illinois Electric<br>330 W. Ottawa<br>PO Box 96<br>Paxton, IL 60957-0096 | Ericsson Inc.<br>6300 Legacy Drive<br>Plano, TX 75024-3607 | Frawley Rental Inc.<br>PO Box 35<br>Henry, IL 61537-0035 |
| Frawley Rentals Inc<br>PO Box 35<br>Henry, IL 61537-0035 | Frontier<br>PO Box 740407<br>Cincinnati, OH 45274-0407 | Robert P Handler<br>Commercial Recovery Associates, LLC<br>205 West Wacker Drive<br>Suite 918<br>Chicago, IL 60606-1243 |
| Hi Tech Towers Inc<br>496 N 600 E Rd<br>Gibson City, IL 60936-7218 | IVC RSA 2-1<br>200 Riverfront Dr<br>Marseilles, IL 61341-9541 | Illinois American Water<br>PO Box 6029<br>Carol Stream, IL 60197-6029 |
| (p)ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>PO BOX 19035<br>SPRINGFIELD IL 62794-9035 | Illinois State Police (E911)<br>State 911 Bureau<br>801 South 7th Street<br>Springfield, IL 62703-2487 | Illinois Valley Cellular RSA 2-II, LLC<br>200 Riverfront Drive<br>Marseilles, IL 61341-9541 |

```
Inteliquent                          Internal Revenue Service           Internal Revenue Service
Anpi LLC                             Mail Stop 5014CHI                  Mail Stop 5014CHI
9081 Paysphere Circle                230 S. Dearborn Street, Room 2600  230 South Dearborn Street, Room 2600
Chicago, IL 60674-0001               Chicago, IL 60604-1705             Chicago, IL 60604-1705


Interop Technologies                 Interop Technologies, LLC          Intrado Life and Safety, Inc.
13500 Powers Court                   Sean Stockinger, CFO               1601 Dry Creek Drive
Suite 200                            13500 Powers Court                 Longmont, CO 80503-6493
Fort Myers, FL 33912-4503            Fort Myers, FL 33912-4503


Elizabeth L Janczak                  Josh Springer                      Patrick S Layng
Smith Gambrell & Russell LLP         701 Eastmore Drive                 Office of the U.S. Trustee, Region 11
311 South Wacker Drive               Metamora, IL 61548-8440            219 S Dearborn St
Suite 3000                                                              Room 873
Chicago, IL 60606-6683                                                  Chicago, IL 60604-2027


LikeWize Agency                      LikeWize Device                    MTCO
1900 West Kirkwood Boulevard         1900 West Kirkwood Boulevard       PO Box 800
Suite 1600 C                         Suite 1600 C                       Metamora, IL 61548-0800
Southlake, TX 76092-2247             Southlake, TX 76092-2247


MTCO Communications Inc              MTCO Development LLC               Marseilles Cellular Inc
PO Box 800                           PO Box 800                         200 Riverfront Drive
Metamora, IL 61548-0800              Metamore, IL 61548-0800            Marseilles, IL 61341-9541


Marshall-Putnam Fair Assoc.          Marshall-Putnam Fair Association   (p)MEDIACOM COMMUNICATIONS CORPORATION
PO Box 114                           PO Box 114                         ONE MEDIACOM WAY
Henry, IL 61537-0114                 Henry, IL 61537-0114               CHESTER NY 10918-4850


Miller's Hardware                    NICOR Northern Illinois Gas        OSG
107 N. Main                          Attention Bankruptcy & Collections 775 Washington Avenue
Toluca, IL 61369                     PO Box 549                         Carlstadt, NJ 07072-3002
                                     Aurora IL 60507-0549


OSG                                  Princeton Municipal Utilities      (c)SARA K. WHITE
PO Box 8307                          2 Main Street S.                   PORTER WRIGHT MORRIS & ARTHUR LLP
Southeastern, PA 19398-8307          Princeton, IL 61356-1708           9132 STRADA PL STE 11301
                                                                        NAPLES FL  34108-2976


Streator Seemes Dover LLC            (p)T MOBILE                        The Reserves Network, Inc.
10689 N Pennsylvania St              C O AMERICAN INFOSOURCE LP         PO Box 373415
Suite 100                            4515 N SANTA FE AVE                Cleveland, OH 44193-0001
Indianapolis, IN 46280-1099          OKLAHOMA CITY OK 73118-7901


Transaction Network Services (TNS)   VB S-1 Assets LLC (Vertical Bridge) Verizon Wireless
One Dulles Corridor                  PO Box 743906                      1 Verizon Way
10740 Parkridge Boulevard, Ste 100   Atlanta, GA 30374-3906             Basking Ridge, NJ 07920-1097
Reston, VA 20191-5428
```

| | | |
|---|---|---|
| Vertical Bridge (Bradford)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Henry)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (LaRose)<br>PO Box 743906<br>Atlanta, GA 30374-3906 |
| Vertical Bridge (Leonore)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Long Point)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Magnolia)<br>PO Box 743906<br>Atlanta, GA 30374-3906 |
| Vertical Bridge (North Streator)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Sparland)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Streator)<br>PO Box 743906<br>Atlanta, GA 30374-3906 |
| Vertical Bridge (Toulon)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Wenona)<br>PO Box 743906<br>Atlanta, GA 30374-3906 | Vertical Bridge (Wyoming)<br>PO Box 743906<br>Atlanta, GA 30374-3906 |
| Vertical Bridge Towers III, LLC<br>c/o K&L Gates LLP<br>Attn:  Brandy A. Sargent<br>70 W Madison St, Ste 3100<br>Chicago, IL 60602-4244 | Windstream<br>4001 Rodney Parham Road<br>Little Rock, AR 72212-2490 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Illinois Department of Revenue<br>Bankruptcy Unit<br>P O Box 19035<br>Springfield IL 62794-9035 | Mediacom<br>PO Box 5744<br>Carol Stream, IL 60197 | T-Mobile USA, Inc.<br>12920 SE 38th Street<br>Bellevue, WA 98006 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Sara K. White
Porter Wright Morris & Arthur LLP
9132 Strada Place, Suite 301
Naples, FL 34108

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Central Louisiana Cellular, LLC | (d)Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia PA 19101-7346 | (d)Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (u)Illinois Valley Cellular RSA 2-1 | (u)United Wireless, Inc.<br>PO Box 117<br>KS 67807 | End of Label Matrix<br>Mailable recipients    73<br>Bypassed recipients     5<br>Total                  78 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 22-12537 |
| ILLINOIS VALLEY CELLULAR RSA 2-I, LLC *et al.* | ) |
| | ) Chapter 11 |
| | ) |
| Debtors.[1] | ) Hon. Timothy A. Barnes |
| | ) |
| | ) Hearing Date: August 30, 2023 at 9:00 a.m. |

**MOTION FOR FINAL DECREE PURSUANT TO**
**SECTION 350(a) AND BANKRUPTCY RULE 3022**

Illinois Valley Cellular RSA 2-I, LLC ("*RSA 2-I*") and Illinois Valley Cellular RSA 2-II, LLC ("*RSA 2-II*" and together with RSA 2-I, the "*Debtors*"), the debtors in the above-captioned chapter 11 cases, by and through their counsel, moves (the "*Motion*"), pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedures (the "*Bankruptcy Rules*") for the entry of a final decree ("*Final Decree*") closing these chapter 11 cases. In support of this Motion, the Debtors states as follows:

**JURISDICTION AND VENUE**

1.  This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein 11 U.S.C. § 350(a), Rule 3022 of the Bankruptcy Rules, and Local Rule 3022-1.

---

[1] The Debtors' federal tax identification numbers are: Illinois Valley Cellular RSA 2-I, LLC (58-1918886) and Illinois Valley Cellular RSA 2-II, LLC (36-3694797).

## BACKGROUND

2. On October 28, 2022 (the "*Petition Date*"), the Debtors filed voluntary petitions for relief under subchapter V of chapter 11 of the Bankruptcy Code in the U.S. Bankruptcy Court for the Northern District of Illinois (the "*Court*").

3. On April 5, 2023, the Court entered an order confirming the Debtors' chapter 11 plan of reorganization the ("*Plan*"), which became effective on April 21, 2023. *See* ECF Nos. 138 and 145.

4. Pursuant to the terms of the Plan, the Debtors have satisfied all administrative expense claims, which were unclassified under the Plan and the debtor-in-possession's assets vested in the Debtors as reorganized debtors.

5. The Debtors have resolved all claims objections and executory contracts issues.

6. Contemporaneously with this Motion, the Debtors filed a notice of substantial consummation in accordance with sections 1102(2) and 1183(c)(2) of the Bankruptcy Code.

## RELIEF REQUESTED

7. By this Motion, the Debtors seek entry of an order for Final Decree closing the Debtors' chapter 11 cases.

8. Section 350(a) provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a).

9. Bankruptcy Rule 3022, which implements section 350 of the Bankruptcy Code, further provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

10. The term "fully administered" is not defined in the Bankruptcy Code or the Bankruptcy Rules. The Advisory Committee Note to Bankruptcy Rule 3022, however, sets forth the following non-exclusive factors to be considered in determining whether a case has been fully administered:

    (a) Whether the order confirming the plan has become final;

    (b) Whether deposits required by the plan have been distributed;

    (c) Whether the property proposed by the plan to be transferred has been transferred;

    (d) Whether the debtor or its successor has assumed the business or the management of the property dealt with by the plan;

    (e) Whether payments under the plan have commenced; and

    (f) Whether all motions, contested matters, and adversary proceedings have been finally resolved.

Courts have affirmed its adoption of the view that "these factors are but a guide in determining whether a case has been fully administered, and not all factors need to be present before the case is closed. *In re Mold Makers, Inc.*, 124 B.R. 766, 768-69 (Bankr. N.D. Ill. 1990); *see also In re Kliegel Bros. Universal Elec. Stage Lighting Co., Inc.*, 238 B.R. 531, 542 (Bankr. E.D.N.Y. 1999) (recognizing that bankruptcy courts weigh factors contained in the Advisory Committee Note when deciding whether to close a case); *In re Jay Bee Enters., Inc.*, 207 B.R. 536, 538 (Bankr. E.D. Ky 1997) (same); *Walnut Assocs. v. Saidel*, 164 B.R. 487, 493 (E.D. Pa. 1994) ("[A]ll of the factors in the Committee Note need not be present before the Court will enter a final decree).

11. The factors set forth in the Advisory Committee Note weigh in favor of an entry of Final Decree. First, the Court has entered the Confirmation Order confirming the Plan which is final and non-appealable.

3

12. Second, the Debtors have commenced Plan payments. Specifically, in accordance with Local Rule 3022-1, the status of payments to each class under the Plan is as follows:

| Class | Status |
| --- | --- |
| Unclassified Administrative Expense Claims | Satisfied |
| Class 1 (CLC Secured Claim) | Awaiting distributions in accordance with Plan |
| Class 2 (Allowed Priority Claims) | Satisfied in accordance with the Plan (none filed) |
| Class 3 (Allowed General Unsecured Claims) | Awaiting distributions in accordance with Plan |
| Class 4 (Intercompany Claims) | Discharged under Plan |
| Class 5 (Equity Securities) | Ownership retained under Plan |

13. Third, all of the property provided for under the Plan has vested in the Debtors as reorganized debtors.

14. Finally, all motions, contested matters, and adversary proceedings have been resolved.

15. Accordingly, the Debtors submit that Court should enter a Final Decree closing this Chapter 11 cases because the Debtors' estates have been administered and the Plan has been substantially consummated.

**NOTICE**

16. In accordance with Local Rule 3022-1, the Debtors shall give notice of this Motion to the United States Trustee and all creditors.

**WHEREFORE**, the Debtors request the entry of an order entering a Final Decree and closing these chapter 11 cases, and granting such other and further relief as is just and to which the Debtors may be entitled under the circumstances.

Dated:  August 18, 2023

        **ILLINOIS VALLEY CELLULAR RSA 2-I, LLC and ILLINOIS VALLEY CELLUAR RSA 2-II, LLC**

        By: /s/ Elizabeth L. Janczak
            One of Its Attorneys

        **SMITH GAMBRELL & RUSSELL LLP**
        Shelly A. DeRousse
        Elizabeth L. Janczak
        311 South Wacker Drive, Suite 3000
        Chicago, IL 60606
        Tel:   312.360.6000
        Fax:  312.360.6520
        Email:  sderousse@sgrlaw.com
               ejanczak@sgrlaw.com

        *Counsel for the Debtors*