UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 22-12537
ILLINOIS VALLEY CELLULAR RSA 2-I, )
LLC, et al., )
)  Chapter: 11
)  Honorable Timothy Barnes
)
)
Debtor(s) )

**ORDER GRANTING MOTION FOR FINAL DECREE PURSUANT TO SECTION 350(a) AND BANKRUPTCY RULE 3022**

This matter coming upon the motion (the "Motion") of Illinois Valley Cellular RSA 2-I, LLC ("RSA 2-I") and Illinois Valley Cellular RSA 2-II, LLC ("RSA 2-II" and together with RSA 2-I, the "Debtors"), for entry of an order of final decree closing these chapter 11 cases pursuant to 11 U.S.C. § 350(a) and Bankruptcy Rule 3022, notice having been properly given and the Court having jurisdiction over this court proceeding and being fully advised in the premise and there being no objections,

IT IS HEREBY ORDERED THAT:

1. A final decree is entered for the above-captioned chapter 11 cases and the cases are hereby closed.

Enter: *[signature]*

Timothy A. Barnes
United States Bankruptcy Judge

Dated: August 30, 2023

**Prepared by:**

Elizabeth L. Janczak
Smith Gambrell & Russell LLP
311 S. Wacker Dr. Suite 3000
Chicago, IL 60606
ejanczak@sgrlaw.com
312.360.6722